

Case 1:19-cv-24766-KMW   Document 91-23   Entered on FLSD Docket 03/09/2021   Page 1 of 5







