```
                                                                  1

                    UNITED STATES DISTRICT COURT
                      SOUTH DISTRICT OF FLORIDA
                           Miami Division

           CASE NO.:  1:19-cv-24766-WILLIAMS/TORRES
    _____

    RECORDED VIDEOCONFERENCE DEPOSITION OF
    AMANDA R. POWELL
                                           December 9, 2020
    _____

    JANE DOE,

         Plaintiff,

    vs.

    CARNIVAL CORPORATION,
    d/b/a Carnival Cruise Lines,

         Defendant.
    _____

    APPEARANCES:

         DANIEL W. COURTNEY, P.A.
             By Daniel W. Courtney, Esq.
                800 Brickell Avenue, Suite 1400
                Miami, Florida 33131
                   Appearing via videoconference on
                   behalf of Plaintiff.

         MASE MEBANE, P.A.
             By Curtis J. Mase, Esq.
                2601 South Bayshore Drive, Suite 800
                Miami, Florida  33133
                   Appearing via videoconference on
                   behalf of Defendant.

         Also Present:   Houston Woodhouse
```

13

1   something like that.  Very frequently.
2        Q     Did you discuss the events which involved
3   the alleged assault of ▮▮ ▮▮▮▮▮▮▮ after the cruise
4   with her?
5        A     I don't remember.
6        Q     Have you ever, since the cruise,
7   discussed those events with ▮▮ ▮▮▮▮▮▮▮?
8        A     Yes, but I don't -- not in very much
9   detail.  It was very brief.
10       Q     When she told you what happened on board
11  the ship or what she claims happened, did she tell
12  you, did she recall having sexual relations with a
13  crew member?
14       A     Yes, like -- yeah.
15       Q     Did she tell you that she specifically
16  recalled him penetrating her?
17       A     I don't remember the specific words that
18  she had said when it --
19       Q     When you -- she told you they had sexual
20  relations, tell me exactly what she told you.
21       A     So at the time she had come back into the
22  cabin and we -- we had been drinking a lot.  So she
23  was very intoxicated, but she -- she said that he
24  had fucked her, and she had been pulled into a
25  closet.  And previously to this, she was running

14

1   around, like, hiding from me because I was trying to
2   get her to come back to the cabin but we were just
3   messing around.  But she had told me that he had
4   kind of told her to hide in the closet.  So -- and
5   kind of pulled her in there and said that she needed
6   to bend over -- or in order to let her out, she
7   needed to bend over and that -- yeah, she said that
8   he fucked me and -- and at the time, she -- she was
9   telling me, like no one believed with my grandpa,
10  they're not going to believe me now because her
11  grandpa molested her when she was younger.  So that
12  -- those were the words coming out when she told me
13  all this.  It was bits and pieces.  So I was trying
14  to put it altogether at the time.
15          Q     I want to be real clear about this.  She
16  -- when you saw her that evening, and this was about
17  what, 1:30, 1:40 in the morning, a.m.; is that
18  right?
19          A     Yeah.  Sometime after midnight.  Yeah.
20          Q     So when you saw her, she was very clear
21  at that time to you that he had had sexual relations
22  with her; is that right?
23          A     Can you repeat that?  Sorry.
24          Q     Sure.  I'm going to use your words.  She
25  was very clear in saying he had fucked her; is that

33

1   the question.
2         A      No, she didn't say she was masturbating
3   him or anything like that, no.
4         Q      (BY MR. MASE)  Did she tell you that he
5   ejaculated into her hand?
6         A      No.
7         Q      At any time, did you ask her specific --
8   strike that.
9                Isn't it true that you did not
10  specifically ask her whether or not she consented to
11  having sex with Mr. Engara?
12        A      Did -- sorry.  Can you repeat that?
13        Q      Yeah.  Ms. Powell, you never asked
14  ███ ████████ specifically whether she consented or
15  agreed to having sex with Mr. Engara, did you?
16        A      No, I did not.  Because, I mean, the way
17  she was explaining it to me at the time, you could
18  tell that it's not -- the way she was expressing it,
19  I kind of just got the feeling that it was not
20  consensual.  So I -- I didn't feel like I needed to
21  ask that --
22        Q      That was --
23        A      -- because she was very --
24        Q      -- a feeling you got.  You -- you never
25  asked her, did you?

34

```
 1      A     No, but she was crying.  So...
 2      Q     Did you ever hear the term buyer's
 3  remorse --
 4      A     Yes.
 5      Q     -- in the context of having sexual
 6  relations, ma'am?
 7      A     Yeah, I've heard that.
 8      Q     Okay.  Let me ask you this, earlier in
 9  the cruise prior to this night, had ▮▮ ▮▮▮▮▮▮▮▮
10  hooked up with anyone else?
11      A     No.
12      Q     Do you know what I mean by the term
13  hooked up?
14      A     Yes.  No, she didn't.
15      Q     Okay.  Now, after she came to the cabin
16  and she spoke to you, what did you do?
17      A     After she spoke to me, I went back up to
18  the deck to see if I could find, like, someone up
19  there and kind of get an idea of who she was talking
20  about.
21      Q     Okay.  And did you do that?
22      A     I did.  I went out there and --
23      Q     Tell me what --
24      A     Sorry.  Go ahead.
25      Q     Tell me what happened.  Go ahead.
```

```
                                                                    112
 1    STATE OF COLORADO)
                           ss.      REPORTER'S CERTIFICATE
 2                       )

 3    COUNTY OF DENVER )

 4              I, Marlene F. Smith, do hereby certify

 5    that I am a Registered Professional Reporter and

 6    Notary Public within and for the State of Colorado;

 7    that previous to the commencement of the

 8    examination, the deponent was duly sworn to testify

 9    to the truth.

10              I further certify that this deposition was

11    taken in shorthand by me at the time and place

12    herein set forth, that it was thereafter reduced to

13    typewritten form, and that the foregoing constitutes

14    a true and correct transcript.

15              I further certify that I am not related

16    to, employed by, nor of counsel for any of the

17    parties or attorneys herein, nor otherwise

18    interested in the result of the within action.

19              In witness whereof, I have affixed my

20    signature this 17th day of December, 2020.

21              My commission expires June 29, 2021.

22

23                    _Marlene F. Smith_____
                      Marlene F. Smith, RPR
24                    216 - 16th Street, Suite 600
                      Denver, Colorado  80202
25
```