UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-24766-CIV-WILLIAMS

JANE DOE,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

    Defendant.
_____/

**PLAINTIFF'S WITNESS LIST**

| PRESIDING JUDGE: Hon. Kathleen M. Williams | | | | PLAINTIFF'S ATTORNEY Daniel W. Courtney | DEFENDANT'S ATTORNEY Curtis Mase |
|---|---|---|---|---|---|
| TRIAL DATE(S): | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | LIVE or BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
|---|---|---|---|---|---|---|---|
| 1. | | LIVE | 60 min. | 60 min. | 1209 Cranford Place, Greeley, Colorado 80631 | Amanda Powell – Plaintiff's friend and cabin mate at the time of the subject cruise. She will testify regarding the night of the subject incident. She will also testify as to Plaintiff's quality of life before and after the incident. | 1, 2 |
| 2. | | BY DEPOSITION | 20 min. | | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | Yuliya Kalmayeva – Carnival Guest Services Associate. She will testify as to her experience when the Plaintiff and Amanda reported the incident to her at the Guest Services Desk. | 3 |
| 3. | | BY DEPOSITION | 60 min. | | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | Natalia Molina Franco – Carnival Physician. Dr. Molina will testify as to her examination of Plaintiff after the subject incident. | 4-11 |
| 4. | | BY DEPOSITION | 30 min. | | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | Hitendra Rawat – Carnival Assistant Chief Security Officer. He will testify as to Carnival's policies and procedures and the investigation of the subject incident. | 12 |

| # | | Type | Direct | Cross | Address | Witness / Testimony | Exhibits |
|---|---|---|---|---|---|---|---|
| 5. | | BY DEPOSITION | 20 min. | | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | Vikas Suyal - Carnival Assistant Chief Security Officer. He will testify as to Carnival's policies and procedures and the investigation of the subject incident. | |
| 6. | | BY DEPOSITION | 30 min. | | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | Vikram Singh – Carnival Chief Security Officer. She will testify as to Carnival's policies and procedures, a previous incident that occurred on the Miracle a few months before Plaintiff's, and the investigation of the subject incident. | |
| 7. | | BY DEPOSITION | 20 min. | | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | Rea Datinguinoo – Carnival Security Officer. She will testify as to Carnival's policies and procedures and the investigation of the subject incident. | |
| 8. | | BY DEPOSITION | 20 min. | | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | Ulrico Forni – Carnival Staff Captain. He will testify as to Carnival's policies and procedures and the investigation of the subject incident. | |
| 9. | | LIVE | 5 min. | | FBI Tampa Field Office 5525 W Gray St, Tampa, FL 33609 | Records Custodian for the Federal Bureau of Investigation ("FBI"). | 13 |
| 10. | | LIVE | 45 min. | 45 min. | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | John Butchko – Carnival Security Corporate Representative. He will testify as to Carnival's policies and procedures and the investigation of the subject incident. | 14-16 |
| 11. | | LIVE | 120 min. | 45 min. | c/o Carnival Cruise Line 3555 Northwest 87th Avenue Miami, Florida 33178 | Suzanne Vazquez – Carnival Corporate Representative. She will testify as to Carnival's policies and procedures and the investigation of the subject incident. | 17-37 |
| 12. | | LIVE | 45 min. | 45 min. | 13814 Egret Lane Clearwater, FL 33762 | Lance Foster – Security Expert. Mr. Foster will testify as to Carnival's security policies and general security standards. | |
| 13. | | LIVE | 45 min. | 45 min. | 6 Cormack Street St. John's, NL A1C 5S7 | Ross Klein – Cruise Industry Expert. Dr. Klein will testify regarding the cruise industry and cruise tourism, specifically regarding sexual assaults that occur on cruises. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14. | | LIVE | 60 min. | 60 min. | 17251 NE 19th Avenue North Miami Beach, FL 33162 | Cheri Surloff – Neuropsychology Expert. Dr. Surloff will testify on the Plaintiff's damages. | 38 |
| 15. | | LIVE | 90 min. | 90 min. | c/o Daniel W. Courtney, P.A., 800 Brickell Avenue, Suite 1400, Miami, Florida 33131. | Plaintiff, Jane Doe[1] | 39-44 |

---

[1] The name "Jane Doe" is a generic reference to the Plaintiff whose identity should not be public record due to the nature of this action and the further emotional pain and embarrassment Plaintiff would suffer should her name be revealed in the public record.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-24766-CIV-WILLIAMS

JANE DOE,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

    Defendant.
_____/

**PLAINTIFF'S EXHIBIT LIST**

| PRESIDING JUDGE: Hon. Kathleen M. Williams | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|---|
| TRIAL DATE(S): | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESS |
| 1. | | | H, I | | | Amanda Powell's handwritten statement to Carnival. | Amanda Powell |
| 2. | | | A | | | Photo of Fredy Anggara | Amanda Powell |
| 3. | | | N | | | Guest Services Log of incident. | Yuliya Kalmayeva, Suzanne Vazquez |
| 4. | | | N to shipboard medical records; all other medical records I, R, H, UP, A | | | Medical Records | Dr. Natalia Molina |
| 5. | | | N | | | Retraction of Allegation | Dr. Natalia Molina |
| 6. | | | N | | | Body Chart of Injuries | Dr. Natalia Molina |
| 7. | | | A, I, UP, R, H (Exhibit produced does | | | Pregnancy Test | Dr. Natalia Molina |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | not match description) |  |  |  |  |
| 8. |  | N |  |  | Chain of Custody Form | Dr. Natalia Molina |
| 9. |  | N |  |  | Photograph of Plaintiff/ Patient Check in | Dr. Natalia Molina |
| 10. |  | A, R, UP, I, H |  |  | Text Message with Camille | Dr. Natalia Molina, Jane Doe, Suzanne Vazquez |
| 11. |  | N |  |  | Sail and Sign POS – Medical Charges | Dr. Natalia Molina, Jane Doe |
| 12. |  | I, R, |  |  | Carnival's Photo Log depicting the Carnival's Miracle Decks and where the alleged incident occurred. | Hitendra Rawat, Vikas Suyal, Vikram Singh, John Butchko |
| 13. |  | H, I (Incomplete) |  |  | FBI Notes from the day of the incident. | FBI Records Custodian. |
| 14. |  | I |  |  | Email with attachments from Miracle CSO to shoreside regarding subject incident. | John Butchko |
| 15. |  | N |  |  | Carnival Cruise Line Security Services Department Sexual Assault Policy and Procedures (5.02.1 rev 1—8-12-2016) | John Butchko, Suzanne Vazquez |
| 16. |  | I, A, H, R, UP |  |  | STOP/Frat power point. | John Butchko, Suzanne Vazquez |
| 17. |  | I, A, R |  |  | Carnival's Code of Conduct | Suzanne Vazquez |
| 18. |  | R, I |  |  | Shipboard H.R. Team Carnival Orientation Program | Suzanne Vazquez |
| 19. |  | R, UP, I, A, H |  |  | RAINN Compliance Report & Power Point | Suzanne Vazquez |
| 20. |  | R, UP, I, A, H |  |  | RAINN Ship Site Visit Guide | Suzanne Vazquez |
| 21. |  | N |  |  | Security Schedule | Suzanne Vazquez, Lance Foster |
| 22. |  | H, I |  |  | Security Officer Watch Report dated December 1, 2018 - December 2, 2018 by Mary Ann Guibao | Suzanne Vazquez |
| 23. |  | H, I |  |  | Security Officer Watch Report dated December 2, 2018 by | Suzanne Vazquez |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Rea M. Datinguinoo | |
| 24. | | | H, I | | | Daily Security Summary Watch Report dated December 1, 2018 - December 2, 2018 by Vikas Suyal and Hitendra Rawat | Suzanne Vazquez |
| 25. | | | R, I UP (Camera log is of the wrong ship) | | | Initial Camera Log | Suzanne Vazquez |
| 26. | | | R, I, UP, A | | | Five (5) still-shots from CCTV Cameras of Decks 9&10 | Suzanne Vazquez |
| 27. | | | R, I, UP | | | Carnival Miracle CCTV Camera Log | Suzanne Vazquez |
| 28. | | | R, I, UP, A | | | Twenty-five (25) still-shots from CCTV Cameras of Decks 9&10 | Suzanne Vazquez, Lance Foster, Jane Doe |
| 29. | | | R, I, UP, A | | | Security camera photo of Deck 9 forward | Suzanne Vazquez |
| 30. | | | R, I, UP, A | | | Security camera photo of Guest Services Desk | Suzanne Vazquez |
| 31. | | | N | | | Sail and Sign | Suzanne Vazquez, Jane Doe |
| 32. | | | N | | | Consent for HIV Testing | Suzanne Vazquez |
| 33. | | | N | | | Waiver of Medical Privilege | Suzanne Vazquez |
| 34. | | | N | | | Sexual Assault Exam Findings | Suzanne Vazquez |
| 35. | | | N | | | Guest Consultation Form | Suzanne Vazquez |
| 36. | | | N | | | CBC Results | Suzanne Vazquez |
| 37. | | | R, I, UP, A, H | | | Five (5) investigation videos taken from body worn cameras | Suzanne Vazquez |
| 38. | | | R, I, UP, A, H | | | Future Treatment Summary | Cheri Surloff |
| 39. | | | H, I | | | Plaintiff's handwritten statement to Carnival. | Jane Doe |
| 40. | | | H, I | | | Plaintiff's video recorded statement to Carnival (two (2) videos). | Jane Doe |
| 41. | | | R, I, UP, H, A | | | Continuing Forward – Sexual Assault Brochure | Jane Doe |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42. | | | N | | Fun times brochure | Jane Doe |
| 43. | | | N | | Correspondence from Carnival sent to Plaintiff enclosing medical receipt | Jane Doe |
| 44. | | | R, I, UP | | Photo of Jane Doe with shaved head and head tattoo | Jane Doe |
| 45. | | | R, I, UP, H to legal objections | | Defendant's Answers to Plaintiff's Interrogatories | Suzie Vazquez |

Plaintiff reserves the right to amend and supplement its exhibit list upon proper notice to Defendant.

### INDEX TO OBJECTIONS

| | | | |
|---|---|---|---|
| A. Authenticity | LP. Lack of Personal Knowledge | UP. Unduly Prejudicial | V. Vague |
| I. Inadmissible Material | F. Foundation | P. Privileged | S. Speculation |
| R. Relevancy | O. Opinion | N. No Objection | L. Leading |
| H. Hearsay | | C. Cumulative | |