AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

CASE NO.: 19-cv-24766-KMW

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

**DEFENDANT'S WITNESS LIST**

    Defendant.

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | PLAINTIFF'S ATTORNEY<br>**Daniel W. Courtney** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**William R. Seitz**<br>**Lauren A. Levitt** | |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 19, 2021 through July 30, 2021** | | | | COURT REPORTER | COURTROOM DEPUTY | |
| PLF.<br>NO. | DEF.<br>NO. | LIVE OR BY<br>DEPOSITION | DIRECT<br>(est.) | CROSS<br>(est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | 1. | Live | 4 hours | 1 hour | | Jane Doe<br>Knowledge of circumstances surrounding alleged incident which gave rise to the Complaint. | 1-15, 18, 23-26, 45-56 |
| | 2. | Live | 2 hours | 2 hours | | Fredy Anggara<br>Knowledge of circumstances surrounding alleged incident which gave rise to the Complaint. | |
| | 3. | Deposition | 40 minutes | | | Amanda Powell<br>Knowledge of circumstances surrounding incident and issues related to Plaintiff's damages, including Plaintiff's circumstances before the incident. | 5 |
| | 4. | Deposition | 30 minutes | | | Bradley Boaz<br>Knowledge of issues related to Plaintiff's damages, including Plaintiff's circumstances post-incident. | |
| | 5. | Deposition | 30 minutes | | | Mandie Solano<br>Knowledge of circumstances surrounding incident and issues related to Plaintiff's damages, including Plaintiff's circumstances before and post-incident. | |
| | 6. | Deposition | 20 minutes | | | Jimmie Solano<br>Knowledge of circumstances surrounding incident and issues related to Plaintiff's damages, including Plaintiff's circumstances before the incident. | |
| | 7. | Live | 30 minutes | 30 minutes | | Albert Solano<br>Knowledge of circumstances surrounding incident and issues related to Plaintiff's damages, including Plaintiff's circumstances before and post-incident. | |
| | 8. | Live | 30 minutes | 30 minutes | | Jessica Darnell (aka Jessica Lange Garrett)<br>Knowledge of circumstances surrounding incident and issues related to Plaintiff's damages, including Plaintiff's circumstances before and post-incident. | |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

CASE NO.: 19-cv-24766-KMW

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

**DEFENDANT'S WITNESS LIST**

    Defendant.

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | | | | | PLAINTIFF'S ATTORNEY<br>**Daniel W. Courtney** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**William R. Seitz**<br>**Lauren A. Levitt** |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>**July 19, 2021 through July 30, 2021** | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
| | 9. | Live | 30 minutes | 30 minutes | | Diana McCray<br>Knowledge of circumstances surrounding incident and issues related to Plaintiff's damages, including Plaintiff's circumstances before and post-incident. | |
| | 10 | Live*[1] | 1 hr | 1 hour | | CSO Vikram Singh<br>Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. | 26-30 |
| | 11 | Live* | 1 hr | 1 hour | | ACSO Hitendra Rawat<br>Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. | 26-30 |
| | 12 | Live* | 1 hr | 1 hour | | SO Vikas Suyal<br>Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. | 26-30 |
| | 13 | Deposition | 20 minutes | | | SO Rea Datinguinoo<br>Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. | 26-30 |
| | 14 | Live | 30 minutes | 30 minutes | | SO Mary Ann Guibao<br>Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. | 26-30 |
| | 15 | Live* | 1 hr | 1 hour | | Dr. Natalia Molina, Ship's Physician<br>Expected to testify regarding circumstances surrounding and following the incident, including Plaintiff's medical treatment onboard the ship. | 2-11, 43 |

---

* Plaintiff designated the witness's deposition, however, Carnival may still call the witness live.

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

CASE NO.: 19-cv-24766-KMW

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

**DEFENDANT'S WITNESS LIST**

    Defendant.

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY<br>**Daniel W. Courtney** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**William R. Seitz**<br>**Lauren A. Levitt** |
|---|---|---|
| TRIAL DATE(S)<br>**July 19, 2021 through July 30, 2021** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
|---|---|---|---|---|---|---|---|
|  | 16 | Live | 30 minutes | 30 minutes |  | Kanijtha Teabtong, RN, Ship's Nurse<br>Expected to testify regarding Plaintiff's medical treatment onboard the ship. | 2-11, 43 |
|  | 17 | Live | 30 minutes | 15 minutes |  | Cariza Impev, RN, Ship's Nurse<br>Expected to testify regarding Plaintiff's medical treatment onboard the ship. | 2-11, 43 |
|  | 18 | Live | 30 minutes | 30 minutes |  | Sharon Tomik, Guest Services Manager<br>Expected to testify regarding circumstances surrounding the incident, including Plaintiff's report of same. | 25 |
|  | 19 | Deposition | 20 minutes |  |  | Yuliya Kalmayeva, Guest Services Associate<br>Expected to testify regarding circumstances surrounding the incident, including Plaintiff's report of same. | 25 |
|  | 20 | Deposition | 30 minutes |  |  | Staff Captain Ulrico Forni<br>Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. |  |
|  | 21 | Live | 30 minutes | 30 minutes |  | Nigar Rahimova, Ship's Human Resources Director<br>Expected to testify regarding circumstances surrounding the incident. |  |
|  | 22 | Live | 30 minutes | 15 minutes |  | Michael Scully, Carnival Fleet Operations Center<br>Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. |  |
|  | 23 | Live | 30 minutes | 15 minutes |  | Anastasia LNU, Carnival Fleet Operations Center<br>Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. |  |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

CASE NO.: 19-cv-24766-KMW

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

**DEFENDANT'S WITNESS LIST**

    Defendant.

| PRESIDING JUDGE **Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY **Daniel W. Courtney** | DEFENDANT'S ATTORNEY **Curtis J. Mase** <br> **William R. Seitz** <br> **Lauren A. Levitt** |
|---|---|---|
| TRIAL DATE(S) **July 19, 2021 through July 30, 2021** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
|---|---|---|---|---|---|---|---|
| | 24 | Live | 30 minutes | 30 minutes | | Mark Damme, Ship HR Department Head <br> Expected to testify regarding circumstances Surrounding the incident. | |
| | 25 | Live | 30 minutes | 15 minutes | | James Garlick <br> Expected to testify regarding circumstances leading up to the incident. | |
| | 26 | Live | 30 minutes | 30 minutes | | FBI Special Agent Sara Andreasen <br> Expected to testify regarding investigation of incident, including FBI's findings and conclusions. | 26-30 |
| | 27 | Live | 30 minutes | 30 minutes | | FBI Special Agent William Ortiz <br> Expected to testify regarding investigation of incident, including FBI's findings and conclusions. | 26-30 |
| | 28 | Live | 30 minutes | 30 minutes | | Julio Estopinan, Carnival Shore Side Investigator <br> Expected to testify regarding circumstances surrounding, leading up to, and following the incident, including investigation of the incident. | |
| | 29 | Live | 1 hr | 1 hour | | Suzanne Vazquez <br> Expected to testify regarding circumstances surrounding the incident, as well as the events leading up to and following same, including issues of liability and damages. | 1-44 |
| | 30 | Live | 1 hr | 1 hour | | John Butchko <br> Expected to testify regarding circumstances surrounding the incident, as well as the events leading up to and following same. | |
| | 31 | Live | 2 hrs | 90 minutes | | Corey Ranslem (Security Expert) <br> Expected to testify in conformance with his report and will offer expert opinion regarding security, as well as his findings upon his ship inspection and | 58, 60 |

4

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

CASE NO.: 19-cv-24766-KMW

v.

CARNIVAL CORPORATION,
d/b/a Carnival Cruise Line,

**DEFENDANT'S WITNESS LIST**

    Defendant.

| PRESIDING JUDGE<br>**Honorable Kathleen M. Williams** | PLAINTIFF'S ATTORNEY<br>**Daniel W. Courtney** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase**<br>**William R. Seitz**<br>**Lauren A. Levitt** |
|---|---|---|
| TRIAL DATE(S)<br>**July 19, 2021 through July 30, 2021** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | LIVE OR BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | EXHIBIT(S) |
|---|---|---|---|---|---|---|---|
| | | | | | | review of security related records. | |
| | 32 | Live | 2 hrs | 90 minutes | | Dr. Kaia Calbeck (Neuropsychologist Expert) Expected to testify in conformance with her report and will offer expert opinion regarding medical care, both past and future for Plaintiff, as well as her findings upon her medical examination. | 47-54, 57, 59 |
| | 33 | Deposition* | 1.5 hrs | | | Dr. Robert Reinach Expected to testify regarding his treatment of Plaintiff. | 48-49 |
| | 34 | | | | | Any and all medical care providers and/or records custodians from all of Plaintiff's treating physicians, both before and after the alleged incident. | 47-54 |
| | 35 | | | | | Any and all witnesses identified in discovery responses and documents produced during discovery in this matter. | |
| | 36 | | | | | Impeachment and rebuttal witnesses, the need for which arises. | |
| | 37 | | | | | Witnesses identified by Plaintiff. | |