UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24766-CIV-WILLIAMS

JANE DOE,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres's Report and Recommendation ("***the Report***") (DE 151) that the Court grant Plaintiff Jane Doe's ("***Plaintiff***") Motion for Partial Summary Judgment ("***Plaintiff's Motion***") (DE 92) and grant Defendant Carnival Corporation's ("***Defendant***") Motion for Partial Summary Judgment ("***Defendant's Motion***"). (DE 94.) Defendant filed objections (DE 153), to which Plaintiff did not respond.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 151) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion (DE 92) is **GRANTED**. At trial, Defendant may not challenge its prima facie vicarious liability for the period of false imprisonment that Plaintiff was intentionally subjected to by Defendant's employee. However, any affirmative defenses that Defendant has raised to this claim may still be adjudicated by the trier of fact. Further, the amount of damages that Defendant is liable for is also subject to jury determination.
3. Defendant's Motion (DE 94) is **GRANTED**. Count III of Plaintiff's Complaint (DE 1), regarding Defendant's negligent infliction of emotional distress, is **DISMISSED**. An order of final judgment as to Count III will follow separately.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 31st day of May, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE