**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO.: 19-24766-CIV-Williams/Torres

AT LAW AND IN ADMIRALTY

JANE DOE,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO RESET CALENDAR CALL**

JANE DOE ("Plaintiff"), by and through her undersigned counsel, files Plaintiff's Motion to Reset Calendar Call as follows:

1. This cause is set for trial to commence on June 13, 2022.

2. This Court previously set calendar call for June 1, 2022 at 11:00 a.m.

3. Earlier this afternoon this Court reset calendar call for June 6, 2022 at 4:00 a.m.

4. Plaintiff's counsel observes the Jewish holiday of Shavuot which is a two (2) day holiday that falls out on June 5th and June 6th and thus is unavailable to attend calendar call on June 6, 2022.

5. Plaintiff's counsel respectfully requests the Court reset calendar call to another date.

6. Plaintiff's counsel has conferred with defense counsel and defense counsel does not object to moving the date and time.

7. Plaintiff has conferred with Defendant's counsel and respectfully requests the Court reset the calendar call to one of the following dates and times that can work

1

for both parties: any time beginning at 11:00a.m. on June 2, 2022; any time in the morning on June 3, 2022; any time in the afternoon on June 7, 2022.

WHEREFORE, for each of the foregoing reasons, Plaintiff respectfully requests that the Court resets calendar call without interfering with the trial date which is scheduled to begin on June 13, 2022.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Undersigned counsel certifies that counsel for the Plaintiff has conferred in a good faith effort to resolve the issues raised in the motion and Defendant's counsel does not object to the relief sought.

    Respectfully Submitted,

    DANIEL W. COURTNEY, P.A.
    10800 Biscayne Blvd, Suite 700
    Miami, Florida, 33161
    Telephone: (305) 579-0008
    Facsimile: (305) 563-7055

    By: s/ Daniel W. Courtney
    Daniel W. Courtney, Esq.
    Florida Bar No.: 499781

2

10800 Biscayne Blvd. · Suite 700 · Miami, FL 33161 · Tel: (305) 579-0008 · Fax: (305) 563-7055
www.danielcourtneylaw.com · dc@danielcourtneylaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        DANIEL W. COURTNEY, P.A.
        10800 Biscayne Blvd
        Suite 700
        Miami, Florida, 33161
        Telephone: (305) 579-0008
        Facsimile: (305) 563-7055

        By: s/ Daniel W. Courtney
        Daniel W. Courtney, Esq.
        Florida Bar No.: 499781

3

10800 Biscayne Blvd. · Suite 700 · Miami, FL 33161 · Tel: (305) 579-0008 · Fax: (305) 563-7055
www.danielcourtneylaw.com · dc@danielcourtneylaw.com

**SERVICE LIST**

| | |
|---|---|
| DANIEL W. COURTNEY, ESQ. | CURTIS J. MASE, ESQ. |
| dc@danielcourtneylaw.com | cmase@maselaw.com |
| Daniel W. Courtney, P.A. | LAUREN N. CABEZA, ESQ. |
| 10800 Biscayne Blvd | lcabeza@maselaw.com |
| Suite 700 | WILLIAM SEITZ, ESQ. |
| Miami, Florida, 33161 | wseitz@maselaw.com |
| Telephone: (305) 579-0008 | Mase Maebane & Briggs, P.A. |
| Facsimile: (305) 563-7055 | 2601 S. Bayshore Drive, Suite 800 |
| Counsel for Plaintiff | Miami, FL 33133 |
| | Telephone: (305) 377-3770 |
| | Facsimile: (305) 377-0080 |
| | Counsel for Defendant |