UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24766-Civ-WILLIAMS/TORRES

JANE DOE,

       Plaintiff,

v.

CARNIVAL CORPORATION,

       Defendants.

_____/

***ORDER ON DEFENDANT DEPOSITION DESIGNATIONS***

This matter is before the Court on the Court's referral of the parties' deposition designations for disposition and for use at trial. [D.E. 167]. The Court has reviewed the parties' amended designations [D.E. 170] and hereby enters its rulings on the objections to the designations. This Order pertains to Defendant's designations and Plaintiff's cross-designations thereto. To the extent the parties' objections had merit, the objections are specifically SUSTAINED through the attached table of rulings that identifies the specific page and line of the testimony that is deemed inadmissible. The objections were otherwise OVERRULED as shown. To the extent objections were made that are not identified in the attached table, the Court fully considered such objections and now deems them OVERRULED as they lack merit or were otherwise waived.

Notwithstanding entry of this Order, the Court notes that the designations in their current form are still unnecessarily broad and cumulative at many points. The parties are Directed to review the designations and further narrow them for trial. Apart from making the trial more efficient, the parties will benefit from the jury not being forced to tediously listen or view redundant testimony by deposition.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of June, 2022.

    /s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge

**DEPOSITION OF MANDIE JAMAYA SOLANO**

| Depo Lines | Original Objection(s) | Ruling |
|---|---|---|
| 7:20-8:12; 9:20-10:16 | Relevance | Sustained |
| 9:10-16 | Relevance | Overruled |
| 14:21-15:7 | Relevance, speculation | Sustained |
| 18:23-25-19:20 | Relevance, speculation, hearsay | Sustained as speculation and relevance |
| 20:13-21:22 | Hearsay | Overruled on that basis |
| 21:24-22:7 | Hearsay, speculation/opinion | Sustained as speculation |
| 23:3-24:25; 25:2-4 | Relevance, speculation/opinion | Sustained on both grounds |
| 26:14-18 | Opinion | Sustained |

**DEPOSITION OF BRADLEY BOAZ**

| Depo Lines | Original Objection(s) | Ruling |
|---|---|---|
| 9:15-25 | Relevance | Overruled |
| 11:24-15:6 | Relevance | Sustained |
| 15:23-19:12 | Relevance | Sustained |
| 20:7-21; 22:5-9 | Relevance | Overruled |
| 23:22-24:7 | Hearsay | Overruled on that basis |
| 24:15-25 – 26:5 | Speculation, opinion | Sustained as inadmissible opinion |
| 31:25-32:2 | Relevance | Overruled |
| 32:3-21 | Relevance | Sustained |
| 32:17-33:13 | Relevance | Overruled |