UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24766-CIV-WILLIAMS

SIERRA LEMPINEN,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## VERDICT FORM

**Do you find by a preponderance of the evidence:**

1. That Plaintiff Sierra Lempinen's false imprisonment by Defendant Carnival Corporation's crewmember employee Fredy Anggara caused Plaintiff damages?

    Yes __X__   No _____

    *Now that you have answered Question #1, continue to Question #2.*

2. That Defendant's crewmember employee Fredy Anggara sexually assaulted Plaintiff?

    Yes __X__   No _____

    *If you answered "Yes," continue to Question #3.*

    *If you answered "No," skip Question #3 and proceed to Question #4.*

3. That this sexual assault caused Plaintiff damages?

    Yes __X__   No _____

    *Now that you have answered Question #3, continue to Question #4.*

4. That Defendant's crewmember employee Fredy Anggara intentionally inflicted emotional distress upon Plaintiff?

    Yes _____   No __X__

    *If you answered "Yes," continue to Question #5.*

    *If you answered "No," skip Question #5 and proceed to Question #6.*

5. That this intentional infliction of emotional distress caused Plaintiff damages?

   Yes _____   No _____

   *Now that you have answered Question #5, continue to Question #6.*

6. That Defendant was negligent?

   Yes _____   No \_\_\_\_X_____

   *If you answered "Yes," continue to Question #7.*

   *If you answered "No," skip Question #7 and proceed to Question #8.*

7. That Defendant's negligence was a legal cause of Plaintiff damages?

   Yes _____   No _____

   *Now that you have answered Question #7, continue to Question #8.*

---

8. What is the total amount of Plaintiff's damages for:

   a. Medical and psychological expenses and treatment in the past:

   $ 3,000.00

   b. Medical and psychological expenses and treatment in the future:

   $ 240,000

   c. Pain and suffering, disability, physical impairment, mental anguish, emotional distress, inconvenience, aggravation of a disease or physical defect, and loss of capacity for the enjoyment of life sustained in the past:

   $ 6,000,000

   d. Pain and suffering, disability, physical impairment, mental anguish, emotional distress, inconvenience, aggravation of a disease or physical defect, and loss of capacity for the enjoyment of life sustained in the future:

   $ 4,000,000

   **TOTAL DAMAGES** [sum of the amounts above:]   $ 10,243,000
   
   ~~$10,248,000~~   $10,243,000

   *Now that you have answered Question #8, this ends your deliberations. Have your Foreperson sign and date the Verdict Form on the next page.*

**SO SAY WE ALL.**

_____
**Foreperson's Signature**

___July 19, 2022___
**Date**

_____
**Foreperson's Printed Name**