**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO.: 19-24766-CIV-Williams/Torres

AT LAW AND IN ADMIRALTY

JANE DOE,

   Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,

   Defendant.
_____/

**JOINT FILING OF TRIAL EXHIBITS**

COME NOW Plaintiff, JANE DOE, and Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE ("Carnival"), by and through undersigned counsel, hereby file, via CM/ECF pursuant to Local Rule 5.3 the following exhibits that the parties introduced into evidence at trial:

**Joint Stipulated Exhibits:**
- J.E. 1    Ticket Contract
- J.E. 2    Ship's Medical Case Summary Reports
- J.E. 3    Consent for HIV Antibody Testing & Release for Disclosure of Test Results
- J.E. 4    Waiver of Medical Privilege and Authorization
- J.E. 5    Retraction of Allegation
- J.E. 6    Forensic Sexual Assault Examination Findings
- J.E. 7    Body Chart of Injuries
- J.E. 8    Guest Consultation Form
- J.E. 9    Hematology Results
- J.E. 10   Pregnancy Test
- J.E. 11   Photos of Test Kits
- J.E. 12   Chain of Custody Form
- J.E. 13   Photograph of Plaintiff
- J.E. 14   Guest Details of Plaintiff

| | | |
|---|---|---|
| J.E. 15 | Guest Services Log |
| J.E. 16 | Final Invoice of Plaintiff |
| J.E. 17 | Ship's Deck Plans |
| J.E. 18 | Security Guide & Global Directory |
| J.E. 19 | Fun Times Brochure |
| J.E. 20 | CCL Security Manual |
| J.E. 21 | Shipboard Patrol Techniques |
| J.E. 22 | Movement Report |
| J.E. 23 | Sail and Sign and receipts |
| J.E. 24 | Comment Details |
| J.E. 25 | Correspondence from Carnival sent to Plaintiff enclosing medical receipt |
| J.E. 26 | FBI Notes from the day of the incident |
| J.E. 27 | Job Description – Hotel Steward/ess |
| J.E. 28 | Sexual Assault Policy and Procedures 5.02.1 |
| J.E. 29 | Chapter 5.02 Investigations |
| J.E. 30 | Chapter 5.03 Crime Scene Preservation Evidence and Collection |
| J.E. 31 | Security Schedule |
| J.E. 32 | Detailed Instructions - MED-3404 Sexual Assault and Cases with Forensic Potential |
| J.E. 33 | HESS Procedures - MED-3404 Sexual Assault and Cases with Forensic Potential |
| J.E. 34 | Medical Department policies and/or procedures that relates to sexual assault allegations |
| J.E. 36 | Photo of Fredy Anggara |
| J.E. 37 | Text Message with Camille |
| J.E. 38 | STOP/Frat Power Point |
| J.E. 39 | Carnival's Code of Conduct |
| J.E. 40 | Witness Statement of Fredy Anggara |
| J.E. 41 | Photographs of Scene (Bates 586-587) |
| J.E. 42 | Shipboard H.R. Team Carnival Orientation Program |
| J.E. 43 | Security Officer Watch Report dated December 1, 2018 - December 2, 2018 by Mary Ann Guibao |
| J.E. 44 | Daily Security Summary Watch Report dated December 1, 2018 - December 2, 2018 by Vikas Suyal and Hitendra Rawat |
| J.E. 45 | Photo of Jane Doe with shaved head and head tattoo |

**Plaintiff's Agreed Exhibits:**

| | |
|---|---|
| Plaintiff Ex. 1 | Email from Miracle CSO to shoreside regarding subject incident. |
| Plaintiff Ex. 2 | RAINN Compliance Report & Power Point (2-41 TO 2-78) |
| Plaintiff Ex. 3 | RAINN Ship Site Visit Guide 3-18, 3-19, and 3-20 |
| Plaintiff Ex. 4 | Security Officer Watch Report by Rea M. Datinguinoo |
| Plaintiff Ex. 6 | Five (25) still-shots from CCTV Cameras of Decks 9&10 |
| Plaintiff Ex. 8 | Twenty-five (25) still-shots from CCTV Cameras of Decks 9&10 |

Plaintiff Ex. 9   Security camera photo of Deck 9 forward
Plaintiff Ex. 10  Security camera photo of Guest Services Desk
Plaintiff Ex. 12  Future Treatment Summary
Plaintiff Ex. 13  Two photos from Plaintiff's video recorded statement to Carnival.
Plaintiff Ex. 14  Continuing Forward – Sexual Assault Brochure

**Defendant's Agreed Exhibits**:
Defendant's Ex. 6   Centennial Peaks Hospital Medical Records
Defendant's Ex. 7   Kaiser Permanente (Bremerton) Medical Records
Defendant's Ex. 8   Kaiser Permanente (Silverdale) Medical Records
Defendant's Ex. 10  North Colorado Medical Center Medical Records
Defendant's Ex. 11  North Range Behavioral Health Medical Records

| | |
|---|---|
| DANIEL W. COURTNEY, P.A.<br>10800 Biscayne Blvd., Suite 700<br>Miami, FL 33161<br>Telephone (305) 579-0008<br>Facsimile: (305) 563-7055<br>Counsel for Plaintiff<br><br>By: *s/ Daniel W. Courtney*<br>Daniel W. Courtney, Esq.<br>Florida Bar No. 499781<br>dc@danielcourtneylaw.com | MASE MAEBANE & BRIGGS, P.A.<br>2601 S. Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>Counsel for Defendant<br><br>By: *s/ Lauren N. Cabeza*<br>Curtis J. Mase, Esq.<br>Florida Bar No. 663034<br>cmase@maselaw.com<br>Lauren N. Cabeza, Esq.<br>Florida Bar No. 1025668<br>lcabeza@maselaw.com<br>William R. Seitz, Esq.<br>Florida Bar No. 73928<br>Wseitz@maselaw.com |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 29, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      DANIEL W. COURTNEY, P.A.
10800 Biscayne Blvd
Suite 700
Miami, Florida, 33161
Telephone: (305) 579-0008
Facsimile: (305) 563-7055

By: s/ Daniel W. Courtney
Daniel W. Courtney, Esq.
Florida Bar No.: 499781

**SERVICE LIST**

| DANIEL W. COURTNEY, ESQ. | CURTIS J. MASE, ESQ. |
|---|---|
| dc@danielcourtneylaw.com | cmase@maselaw.com |
| Daniel W. Courtney, P.A. | LAUREN N. CABEZA, ESQ. |
| 10800 Biscayne Blvd | lcabeza@maselaw.com |
| Suite 700 | WILLIAM SEITZ, ESQ. |
| Miami, Florida, 33161 | Wseitz@maselaw.com |
| Telephone: (305) 579-0008 | Mase Maebane & Briggs, P.A. |
| Facsimile: (305) 563-7055 | 2601 S. Bayshore Drive, Suite 800 |
| Counsel for Plaintiff | Miami, FL 33133 |
| | Telephone: (305) 377-3770 |
| | Facsimile: (305) 377-0080 |
| | Counsel for Defendant |