```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2              CASE NO. 19-CV-24766-WILLIAMS/TORRES

 3

 4    JANE DOE,                        )    Pages 1-58
                                       )
 5                  Plaintiff,         )
                                       )
 6              vs.                    )    Miami, Florida
                                       )
 7    CARNIVAL CORPORATION d/b/a CARNIVAL  )
      CRUISE LINE,                     )    July 12, 2022
 8                                     )    9:00 A.M.
                    Defendant.
 9

10              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
11                 UNITED STATES DISTRICT JUDGE
                           Volume II
12

13    APPEARANCES:

14    For the Plaintiff:      DANIEL W. COURTNEY, ESQ
                              Daniel W. Courtney, P.A.
15                            10800 Biscayne Boulevard, Suite 700
                              Miami, Florida  33161
16

17    For the Defendant:     CURTIS JAY MASE, ESQ
                             WILLIAM ROBERT SEITZ, ESQ
18                           LAUREN NICOLE CABEZA, ESQ
                             Mase Mebane Seitz, P.A.
19                           2601 S. Bayshore Drive, Suite 800
                             Miami, Florida  33133
20

21

22    Reported by:           VERNITA ALLEN-WILLIAMS
      Vernita_Allen-Williams  Official Court Reporter
23    @flsd.uscourts.gov      United States District Court
      305.523.5048            400 North Miami Avenue
24                            Miami, Florida  33128

25
```

1                        INDEX OF WITNESSES

2    AMANDA POWELL:
                     Video Deposition Played.......Page 7
3
     JOHN BUTCHKO:
4                    Direct Examination............Page 9

5

6

7

8

9

10

11
                        EXHIBITS ADMITTED
12
     Plaintiff's Exhibit 8........................Page 32
13

14

15

16

17

18

19

20

21

22

23

24

08:43AM   25

| | |
|---|---|
| 08:43AM | 1 |
| 09:07AM | 2 |
| 09:07AM | 3 |
| 09:07AM | 4 |
| 09:07AM | 5 |
| 09:07AM | 6 |
| 09:07AM | 7 |
| 09:07AM | 8 |
| 09:07AM | 9 |
| 09:07AM | 10 |
| 09:07AM | 11 |
| 09:07AM | 12 |
| 09:08AM | 13 |
| 09:08AM | 14 |
| 09:08AM | 15 |
| 09:08AM | 16 |
| 09:08AM | 17 |
| 09:08AM | 18 |
| 09:08AM | 19 |
| 09:08AM | 20 |
| 09:08AM | 21 |
| 09:08AM | 22 |
| 09:08AM | 23 |
| 09:08AM | 24 |
| 09:08AM | 25 |

1    THE COURT:  You may be seated.  All right.  Our jurors

2  are here, and I just wanted to make sure we were technologically

3  cued up.  Mr. Santorufo will be out in a moment to turn on the

4  computer, but.

5         So we have Ms. Powell, and then John --

6         I keep forgetting his last name.

7         MR. COURTNEY:  John Butchko, Your Honor.

8         THE COURT:  -- John Butchko.  Okay.  Very good.

9         And I just want to be certain we are on track for

10  tomorrow with our witnesses and --

11         MR. MASE:  As far as I know, we are.  Mr. Courtney and I

12  spoke just a few moments ago to confirm the schedule.  Dr. Calbeck

13  will be first after lunch by agreement, and then our out-of-turn

14  witness will be Mr. Ranslem Friday at 9:00 clock.

15         THE COURT:  Okay.

16         MR. MASE:  Mr. Courtney and I talked about this.  We're

17  all in agreement.

18         THE COURT:  Very good.

19         MR. MASE:  The way we see it, Judge, the case will

20  largely be finished with the plaintiff by Friday.  And then I

21  believe, if things go as we expect, I may or may not have as my

22  last witness Monday morning the agent.

23         THE COURT:  Okay.

24         MR. MASE:  We're just going to see.  I openly said to Mr.

25  Courtney and I'll tell you:  I want to see how the trial

09:08AM   1   progresses.  I have her cued up.

09:08AM   2          THE COURT:  You just had coffee.

09:08AM   3          MR. MASE:  Thank you, Judge.

09:08AM   4          THE COURT:  You just had coffee.

09:08AM   5          The other thing I wanted to tell everyone was Ms. Sanders

09:08AM   6   is not here.  She had an unfortunate family emergency.  We have a

09:08AM   7   very veteran court reporter, but I've told her about you.  And, so

09:08AM   8   --

09:08AM   9          MR. MASE:  Thanks, Judge.

09:09AM  10          THE COURT:  I'm all about taking care of the people.

09:09AM  11          So I'll do my public service announcement for everyone's

09:09AM  12   benefit:  Speak into the microphone.  Speak slowly.  Don't talk

09:09AM  13   over -- now, the first witness is a depo, so no problems there.

09:09AM  14   But when you're examining a witness, ask your question.  I am

09:09AM  15   assuming you have advised your witnesses not to talk over you or

09:09AM  16   opposing counsel, and we will have a good day.

09:09AM  17          After lunch Wednesday, so your witness knows anywhere

09:09AM  18   between 1:00 and 1:30, depending on how we break, and then first

09:09AM  19   thing Friday.  And I am glad you are speaking together about

09:09AM  20   scheduling, because that makes things so much more efficient.

09:09AM  21          And I think that's all we need to take up before we cue

09:10AM  22   of Ms. Powell.

09:10AM  23          MR. COURTNEY:  Your Honor, may I --

09:10AM  24          MR. MASE:  I was just going to ask a question of Mr.

09:10AM  25   Courtney, if I may?

|  |  |  |
|---|---|---|
| 09:10AM | 1 | THE COURT:  Sure. |
| 09:10AM | 2 | (Brief pause for counsel to confer.) |
| 09:10AM | 3 | MR. MASE:  Thank you, Judge. |
| 09:10AM | 4 | MR. COURTNEY:  Your Honor, I just want to raise a couple |
| 09:10AM | 5 | of concerns that I have. |
| 09:10AM | 6 | THE COURT:  Do we have to do them now while the jury is |
| 09:10AM | 7 | waiting? |
| 09:10AM | 8 | MR. COURTNEY:  Okay.  No.  We can bring them in and play |
| 09:10AM | 9 | the deposition. |
| 09:10AM | 10 | THE COURT:  Okay.  Or you can break it up. |
| 09:10AM | 11 | Give me one concern that I can take care of and another |
| 09:10AM | 12 | concern later. |
| 09:10AM | 13 | MR. COURTNEY:  Okay.  Thank you for that, Your Honor. |
| 09:10AM | 14 | THE COURT:  Okay. |
| 09:10AM | 15 | MR. COURTNEY:  Mr. Maze said in his opening statement |
| 09:11AM | 16 | that they're going to hear by the FBI investigation conclusion, |
| 09:11AM | 17 | and that's a direct violation of what Your Honor had previously |
| 09:11AM | 18 | ruled.  And I'm just concerned because there was also language |
| 09:11AM | 19 | about how Mr. Angarra was immediately repatriated, which of course |
| 09:11AM | 20 | then implies that the FBI didn't take him into custody.  I'm just |
| 09:11AM | 21 | nervous about these different things that should not be coming |
| 09:11AM | 22 | into this trial. |
| 09:11AM | 23 | And so when Mr. Mase said that he's going to be calling |
| 09:11AM | 24 | the FBI agent maybe next Monday, I went back and I looked at my |
| 09:11AM | 25 | notes at what Your Honor had said at a previous hearing where Your |

09:11AM   1   Honor had said that the only questions that you anticipate that

09:11AM   2   could be okay is:  Who are you?  And did you author the notes?

09:11AM   3   Everything else is, like, going around to try to like figure out a

09:11AM   4   way to avoid the Court's clear ruling in this case.

09:11AM   5        THE COURT:  Okay.  I will consider that.  I do remember

09:11AM   6   the repatriation, I don't remember -- and I was taking notes

09:11AM   7   myself -- anything about -- I think they just said they concluded

09:12AM   8   and they left the ship, which is, you know, okay.

09:12AM   9        The fact that the FBI was on scene and that's all you're

09:12AM   10  going to hear, I don't know that I can have the jurors do anything

09:12AM   11  but what I tell them to do; which is to base their decision only

09:12AM   12  on the evidence presented.

09:12AM   13       The repatriation I am assuming because -- let me be frank

09:12AM   14  about this, Mr. Mase.  While you argued that some of Mr. Angarra's

09:12AM   15  statements should be admitted, this is the first we're hearing

09:12AM   16  about the repatriation, and I am assuming it's in some way related

09:12AM   17  to his unavailability; which, in fact, has never been established

09:12AM   18  on this record and quite the contrary.

09:12AM   19       At several points Mr. Angarra popped up and was somewhere

09:12AM   20  and was coming to the U.S., and I said:  Well, there would be

09:13AM   21  conditions attendant to that.  So there has never been an 804

09:13AM   22  proffer of unavailability.  And I don't know, frankly, how you

09:13AM   23  would prove his repatriation on this record, but we'll take that

09:13AM   24  up before the FBI agent gets here.

09:13AM   25       And now we're going to hear from Ms. Powell, so bring in

09:13AM 1    our jury.

09:13AM 2          MR. COURTNEY:  Thank you, Your Honor.  That was my second

09:13AM 3    of the issues.

09:14AM 4          (Jury in at 9:14 A.M.)

09:14AM 5          THE COURT:  Everyone may be seated.  Good morning, ladies

09:14AM 6    and gentlemen.

09:14AM 7          THE JURY:  Good morning.

09:14AM 8          THE COURT:  I think we fixed the technology.  Fingers

09:14AM 9    crossed.

09:14AM 10         And so, Mr. Courtney, you may call your witness.  And I

09:14AM 11   believe it's Ms. Powell; is that correct?

09:14AM 12         MR. COURTNEY:  Correct, Your Honor.  Good morning.

09:14AM 13         THE COURT:  Okay.

09:14AM 14         MR. COURTNEY:  The plaintiff calls Amanda Powell.

09:14AM 15         THE COURT:  All right.  And, ladies and gentlemen, I

09:14AM 16   already told you about a deposition and how you should treat it in

09:14AM 17   the same way as if the person were here in court.  All right.

09:14AM 18         (The videotaped deposition of Amanda Powell was played in

09:14AM 19         open court.)

10:26AM 20         THE COURT:  All right.  Ladies and gentlemen, it's been a

10:26AM 21   long period.  Let's take a break for about ten minutes.

10:26AM 22         Again, do not talk about the case with each other.  Have

10:26AM 23   some coffee, water, snacks, but we'll be back in court about ten

10:26AM 24   minutes from now.

10:26AM 25         (Jury out at 10:26 A.M.)

| | |
|---|---|
| 10:26AM | 1 |
| 10:27AM | 2 |
| 10:27AM | 3 |
| 10:43AM | 4 |
| 10:43AM | 5 |
| 10:44AM | 6 |
| 10:44AM | 7 |
| 10:44AM | 8 |
| 10:44AM | 9 |
| 10:44AM | 10 |
| 10:44AM | 11 |
| 10:44AM | 12 |
| 10:44AM | 13 |
| 10:44AM | 14 |
| 10:44AM | 15 |
| 10:44AM | 16 |
| 10:45AM | 17 |
| 10:44AM | 18 |
| 10:45AM | 19 |
| 10:45AM | 20 |
| 10:45AM | 21 |
| 10:45AM | 22 |
| 10:45AM | 23 |
| 10:45AM | 24 |
| 10:46AM | 25 |

1       MR. COURTNEY:  Your Honor, we're adjourned for now?

2       THE COURT:  Yes.

3       (Recess.)

4       THE COURT:  Everyone may be seated.  Just as an FYI, on

5  Thursday it appears that two jurors have afternoon plans because I

6  had told them we wouldn't go that entire afternoon, so it is

7  likely that we will break at about 2:00.  I had hoped to go to

8  3:00 or so, but it seems to accommodate a doctor's appointment and

9  a passport renewal appointment.  2:00 would be in and around the

10 right time.

11      Okay.  Are our jurors ready?  Bring them in.

12      MR. COURTNEY:  Your Honor, those podiums, are they able

13 to move a little bit; or just leave them as is?

14      THE COURT:  No.

15      MR. COURTNEY:  Michael, just so you know, I'm going to be

16 using the laptop now.

17      THE COURT:  That's Shane.

18      (Jury in at 10:44 A.M.)

19      All right.  Everyone may be seated.

20      And, Mr. Courtney, if you would call your next witness.

21      MR. COURTNEY:  The plaintiff calls John Butchko.

22      THE COURT:  All right.  And if you would come over here

23 to the witness stand.  Would you raise your right hand, Mr.

24 Butchko.

25      (The witness is sworn.)

| | | |
|---|---|---|
| 10:46AM | 1 | THE WITNESS:  Yes, ma'am. |
| 10:46AM | 2 | THE COURT:  Please be seated.  If you'll note, to the |
| 10:46AM | 3 | right of the microphone are some plastic masks.  If you would take |
| 10:46AM | 4 | your mask off and replace it.  There you go.  Thank you so much, |
| 10:46AM | 5 | sir. |
| 10:46AM | 6 | THE WITNESS:  You're welcome. |
| 10:46AM | 7 | THE COURT:  And, Mr. Butchko, let me tell you what I've |
| 10:46AM | 8 | been telling the lawyers:  Try to speak slowly and into the |
| 10:46AM | 9 | microphone so our court reporter can take this down. |
| 10:46AM | 10 | THE WITNESS:  Okay. |
| 10:46AM | 11 | THE COURT:  All right. |
| 10:46AM | 12 | JOHN BUTCHKO, PLAINTIFF'S WITNESS, SWORN |
| 10:46AM | 13 | DIRECT EXAMINATION |
| 10:46AM | 14 | BY MR. COURTNEY: |
| 10:46AM | 15 | Q.  Good morning, sir. |
| 10:46AM | 16 | A.  Good morning.  How are you? |
| 10:46AM | 17 | Q.  Thank you. |
| 10:46AM | 18 | MR. COURTNEY:  Your Honor, do I have permission to remove |
| 10:46AM | 19 | for questioning, or leave it on? |
| 10:46AM | 20 | THE COURT:  No, no, just leave it. |
| 10:46AM | 21 | MR. COURTNEY:  Thank you, Your Honor. |
| 10:47AM | 22 | BY MR. COURTNEY: |
| 10:47AM | 23 | Q.  Please tell us your name. |
| 10:47AM | 24 | A.  My name is John Butchko. |
| 10:47AM | 25 | Q.  And who do you work for? |

10:47AM   1   A.  I work for Carnival Cruise Line.

10:47AM   2   Q.  And what do you do for Carnival Cruise Line?

10:47AM   3   A.  I'm a senior staff investigator for them.

10:47AM   4   Q.  How long have you been with them?

10:47AM   5   A.  For nine years.  Just over nine years.

10:47AM   6   Q.  And before that, were you a police officer?

10:47AM   7   A.  Yes.  I was a police officer with Miami-Dade Police for

10:47AM   8   31 years; and prior to that, I was a police officer in the North

10:47AM   9   Bay Village community for two years; and before that, I was in the

10:47AM   10  military, the United States Air Force military police.

10:47AM   11  Q.  Got it.

10:47AM   12      And so you and I met via Zoom about a year and a half ago;

10:47AM   13  is that fair to say?

10:47AM   14  A.  That's correct, yes.

10:47AM   15  Q.  And so we're here to talk about the case of Sierra Lempinen.

10:47AM   16  And let's just start off with talking about the night of the

10:48AM   17  incident.

10:48AM   18  A.  Okay.

10:48AM   19  Q.  What we know is that there was a report to guest services

10:48AM   20  about a sexual assault against a crew member; is that correct?

10:48AM   21  A.  There was an allegation, yes, that's correct.

10:48AM   22  Q.  And what we know is that very soon after, Carnival starts

10:48AM   23  their investigation; is that correct?

10:48AM   24  A.  That's correct, yes.

10:48AM   25  Q.  And Carnival takes sexual assault allegations very seriously;

| | | |
|---|---|---|
| 10:48AM | 1 | is that fair to say? |
| 10:48AM | 2 | A.  Yes, that's correct. |
| 10:48AM | 3 | Q.  And also Carnival has a zero tolerance policy for sexual |
| 10:48AM | 4 | assaults; is that correct? |
| 10:48AM | 5 | A.  Yes. |
| 10:48AM | 6 | Q.  And so once there is a sexual assault accusation, it is really |
| 10:48AM | 7 | important for Carnival to figure out who is the person who may |
| 10:48AM | 8 | have committed the sexual assault; is that correct? |
| 10:48AM | 9 | A.  Yes. |
| 10:48AM | 10 | Q.  And, of course, it's also very important to make sure that |
| 10:48AM | 11 | Carnival abides by its own policy of being victim centered and |
| 10:49AM | 12 | trauma informed when it comes to the supposed victim; is that |
| 10:49AM | 13 | correct? |
| 10:49AM | 14 | A.  Yes. |
| 10:49AM | 15 | Q.  And so that means that Carnival does whatever it can to make |
| 10:49AM | 16 | sure that the victim or alleged victim is comfortable; correct? |
| 10:49AM | 17 | A.  Yes. |
| 10:49AM | 18 | Q.  It's so important for a victim to get a sense of control as |
| 10:49AM | 19 | early as they can after reporting an allegation; is that correct? |
| 10:49AM | 20 | A.  Yes. |
| 10:49AM | 21 | Q.  And Carnival has a care team, a specific group of individuals |
| 10:49AM | 22 | on each of their ships, so that in the event someone makes a |
| 10:49AM | 23 | sexual assault allegation, immediately there are people who know |
| 10:49AM | 24 | how to deal with people who have just been through such a |
| 10:49AM | 25 | traumatic event; is that correct? |

10:49AM  1    A.  Yes.

10:49AM  2    Q.  So we're going to talk about these different kinds of

10:49AM  3    situations.  There is a security team; there is a care team.

10:49AM  4         With the security team, right away, because you need to

10:50AM  5    figure out who this person is that is being accused of a terrible

10:50AM  6    crime, one of the first things that you do is you go to the CCTV;

10:50AM  7    is that correct?

10:50AM  8    A.  It's one of the things they do, yes.

10:50AM  9    Q.  And just so everyone knows, CCTV is closed-circuit television;

10:50AM  10   correct?

10:50AM  11   A.  Yes.

10:50AM  12   Q.  And on the Carnival Miracle back in December of 2018, there

10:50AM  13   was over 160 cameras that were functioning; is that correct?

10:50AM  14   A.  Throughout the whole ship, yes.

10:50AM  15   Q.  Yes.  And if we want to just limit it to Decks 9 and 10, you

10:50AM  16   would agree that there is over 25 cameras just for Decks 9 and 10?

10:50AM  17   A.  Around that, 25, yes.

10:50AM  18   Q.  Okay.  Now, what we heard yesterday in opening statement is

10:50AM  19   that --

10:50AM  20        THE COURT:  Whoa.  Whoa.

10:50AM  21        MR. COURTNEY:  Sorry.

10:50AM  22        THE COURT:  Go ahead.

10:50AM  23   BY MR. COURTNEY:

10:50AM  24   Q.  What we know is that being able to use the different cameras,

10:50AM  25   there was four individuals who were identified by Carnival as

| | |
|---|---|
| 10:51AM | 1 |
| 10:51AM | 2 |
| 10:51AM | 3 |
| 10:51AM | 4 |
| 10:51AM | 5 |
| 10:51AM | 6 |
| 10:51AM | 7 |
| 10:51AM | 8 |
| 10:51AM | 9 |
| 10:51AM | 10 |
| 10:51AM | 11 |
| 10:51AM | 12 |
| 10:51AM | 13 |
| 10:51AM | 14 |
| 10:52AM | 15 |
| 10:52AM | 16 |
| 10:52AM | 17 |
| 10:52AM | 18 |
| 10:52AM | 19 |
| 10:52AM | 20 |
| 10:52AM | 21 |
| 10:52AM | 22 |
| 10:52AM | 23 |
| 10:52AM | 24 |
| 10:52AM | 25 |

1  possible suspects; is that correct?

2  A.  At the initial stages of the investigation, yes.

3  Q.  So it was not a situation where -- I mean --

4      And four people ended up being spoken to; is that correct?

5  A.  Yes.

6  Q.  And you would agree that today as we sit here three and a half

7  years later, we don't have any of that footage from that evening;

8  is that correct?

9  A.  There was no CCTV covering that particular area.

10  Q.  Okay.

11  A.  What we had was what the Coast Guard requires that we have,

12  yes.

13  Q.  So you don't have video.  But you did learn very quickly after

14  the report of the assault where the area was that this occurred;

15  is that correct?

16  A.  Yes.

17  Q.  In fact, you moved quickly.  And I believe it was by

18  4:25 A.M., you already had multiple officers that were cordoning

19  off the area; correct?

20  A.  They were cordoning off the area, yes.

21  Q.  This was a potential crime scene; is that correct?

22  A.  Yes, that's correct.

23  Q.  And just so we're clear, at the end of all of this, Mr.

24  Anggara, he made multiple statements over the course of a few

25  hours; is that correct?

10:52AM   1   A.  Well, what I am aware of was that he made two statements.

10:52AM   2   Q.  Oh, only two?

10:52AM   3   A.  Two to our security personnel.

10:52AM   4   Q.  Okay.  And so if there is evidence that there's three

10:52AM   5   statements, did he make one to medical personnel, or did he make

10:52AM   6   one to someone else, or you're not aware?

10:53AM   7   A.  No, I'm not aware.  I'm aware of the two; and then, of course,

10:53AM   8   another one with the authorities.

10:53AM   9   Q.  Of course.  And at first he said that he had nothing to do

10:53AM  10   with this person at all; correct?

10:53AM  11   A.  I recall him saying that he -- that he met her on a deck and

10:53AM  12   saw her running and asked her to slow down because of the -- the

10:53AM  13   floors were wet.

10:53AM  14   Q.  Oh, okay.  And was this before or after she slipped and fell

10:53AM  15   and hit her head?

10:53AM  16   A.  There was never any evidence that she fell and hit her head.

10:53AM  17   There was no CCTV and there were no injuries on her.  And she was

10:53AM  18   checked at the medical center.  There is no indication that she

10:53AM  19   had any injuries to her head.

10:53AM  20   Q.  So is it Carnival's position today that Sierra did not slip

10:53AM  21   and fall and hit her head?

10:53AM  22   A.  It's our position that I don't know one way or another.  I

10:53AM  23   just know that there was no witnesses to it and that the

10:53AM  24   medical -- she never mentioned it to the medical staff or the

10:53AM  25   medical center, to the doctors, never indicated she had injuries

| | |
|---|---|
| 10:54AM | 1 |
| 10:54AM | 2 |
| 10:54AM | 3 |
| 10:54AM | 4 |
| 10:54AM | 5 |
| 10:54AM | 6 |
| 10:54AM | 7 |
| 10:54AM | 8 |
| 10:54AM | 9 |
| 10:54AM | 10 |
| 10:54AM | 11 |
| 10:54AM | 12 |
| 10:54AM | 13 |
| 10:54AM | 14 |
| 10:54AM | 15 |
| 10:54AM | 16 |
| 10:54AM | 17 |
| 10:54AM | 18 |
| 10:54AM | 19 |
| 10:55AM | 20 |
| 10:55AM | 21 |
| 10:55AM | 22 |
| 10:55AM | 23 |
| 10:55AM | 24 |
| 10:55AM | 25 |

1  on her head or she fell.

2  Q.  Okay.  Were there any witnesses to the fact that she slipped

3  and fell?

4  A.  My knowledge to this point is that there was not.

5  Q.  Okay.  I noticed when I was leaving that you were in the

6  courtroom during the course of Amanda Powell's deposition.  Is

7  that correct?

8  A.  Yes.

9  Q.  Did you hear the part where she said that she and James

10  watched Sierra running and slip and fall?

11  A.  I heard her say that; but that was allegedly -- she ran away

12  from her and she lost track of her, where she was.  My impression

13  was that that happened after she lost track of her.

14  Q.  Oh, okay.  So let me just make sure I got this right, because

15  the video we all just --

16           THE COURT:  Come sidebar.

17           (Sidebar conference.)

18           MR. COURTNEY:  Sorry, Your Honor.

19           THE COURT:  No one invoked the rule.  Would somebody like

20  to invoke the rule at this time?

21           MR. COURTNEY:  I would like to invoke the rule.

22           THE COURT:  Henceforth, the rule is invoked.  Mr. Butchko

23  was sitting there.  I don't think he knew that it was

24  inappropriate; but, nonetheless.

25           Now you're going to ask him, I imagine, whether or not

John Butchko - Direct (Courtney)

| | | |
|---|---|---|
| 10:55AM | 1 | Ms. Powell's testimony is credible. |
| 10:55AM | 2 | No, no.  Witnesses don't testify as to another witness' |
| 10:55AM | 3 | credibility.  He sat here.  He saw it.  He knows it.  Let's move |
| 10:55AM | 4 | on. |
| 10:55AM | 5 | MR. COURTNEY:  I was not going to do that.  I just wanted |
| 10:55AM | 6 | to cover the slip and fall.  He said there were no witnesses that |
| 10:55AM | 7 | saw her slip and fall. |
| 10:55AM | 8 | THE COURT:  Right. |
| 10:55AM | 9 | MR. COURTNEY:  Thank you, Your Honor. |
| 10:55AM | 10 | (End of sidebar conference.) |
| 10:55AM | 11 | BY MR. COURTNEY: |
| 10:56AM | 12 | Q.  On that evening at the time of the -- |
| 10:56AM | 13 | Well, what time was Ms. Lempinen with Fredy Anggara? |
| 10:56AM | 14 | A.  It would have been sometime around 1:30 A.M., 1:45 A.M. |
| 10:56AM | 15 | Q.  Okay.  And so what time did they -- were they first together? |
| 10:56AM | 16 | A.  It would have been right around that time.  She -- |
| 10:56AM | 17 | From what I understood, she did not know him before, he |
| 10:56AM | 18 | didn't know her before, and he saw her moments before that on |
| 10:56AM | 19 | another deck, and then he -- that's the ninth deck -- then he |
| 10:56AM | 20 | responded to the tenth deck to do his work, and she came by him |
| 10:56AM | 21 | again at that point, so it was within -- within minutes of that |
| 10:56AM | 22 | time. |
| 10:56AM | 23 | Q.  Okay.  So at around 1:30, is that when he first was telling |
| 10:56AM | 24 | her that she should slow down and not run? |
| 10:56AM | 25 | A.  Approximately. |

10:56AM  1   Q.  Okay.  And then at what time were they together at first

10:56AM  2   inside the closet?

10:56AM  3   A.  Well, the estimated time is sometime between 1:30 and 1:45.  I

10:56AM  4   don't know.  It could have been a few minutes before that.  Also,

10:57AM  5   I don't know that exact time.

10:57AM  6   Q.  And so how many minutes were they in the closet together?

10:57AM  7   A.  I don't know.

10:57AM  8   Q.  At the time there were five security officers that were on

10:57AM  9   duty; is that correct?

10:57AM  10  A.  Approximately five, plus the two.  An assistant chief and the

10:57AM  11  chief was on duty at that time, but he came on duty subsequently.

10:57AM  12  Q.  Correct.  So at the time of the alleged sexual assault, there

10:57AM  13  was five -- let's just call them regular security officers, and

10:57AM  14  there was one assistant chief security officer that was on duty;

10:57AM  15  is that correct?

10:57AM  16  A.  Yes.

10:57AM  17  Q.  At the time that it occurred, the chief security officer was

10:57AM  18  in his cabin off duty but available if necessary; correct?

10:57AM  19  A.  Yes.  They're always available 24 hours a day.

10:58AM  20  Q.  Correct.  And the same with the staff captain and the captain;

10:58AM  21  correct?

10:58AM  22  A.  Yes.

10:58AM  23  Q.  All right.  And of those five security officers, we know that

10:58AM  24  three of them were at the Frankenstein Club Lounge; correct?

10:58AM  25  A.  Yes.  They're usually more assigned to areas that are heavily

10:58AM 1   populated.

10:58AM 2   Q.  We know that one of them was instructed by the assistant chief

10:58AM 3   security officer to monitor a separate situation on Deck 3, the

10:58AM 4   Promenade Deck; correct?

10:58AM 5   A.  Yes.

10:58AM 6   Q.  And we know that the fifth security officer, whose name was

10:58AM 7   Mary Ann Guibao, she was on fire watch duty; is that correct?

10:58AM 8   A.  Yes, the fire watch duty.  They still perform their patrol

10:58AM 9   duties.

10:58AM 10  Q.  Yes.  And as fire watch duty, what you have is you go to the

10:58AM 11  108 or 120 different points on the ship to make sure that things

10:58AM 12  are looking okay; is that correct?

10:58AM 13  A.  I don't know how many areas.

10:58AM 14  Q.  Okay.  We also know that at 1:00 A.M. Mary Ann Guibao herself

10:59AM 15  went to the bridge to collect a pile; isn't that correct?

10:59AM 16  A.  I don't know that either.

10:59AM 17  Q.  We know that at 3:00 A.M. when it was reported to guest

10:59AM 18  services that very soon thereafter, maybe even within seconds or

10:59AM 19  less than a minute, Mary Ann Guibao and assistant chief security

10:59AM 20  officer Vikas Suyal reported to the guest services area; is that

10:59AM 21  correct?

10:59AM 22  A.  Vikram Singh?  Vikram Singh, yes, was the chief and the other

10:59AM 23  officer.

10:59AM 24  Q.  So no?

10:59AM 25       Vikram Singh was the chief security officer, and he reported

10:59AM   1   to the medical center?

10:59AM   2   A.  Yeah.  My error.  My error.  It's correct what you said.

10:59AM   3   Q.  That's okay.  It's confusing with the names, so.  But that's

10:59AM   4   okay.

10:59AM   5       But just so we're clear:  Vikas Suyal and Mary Ann Guibao

11:00AM   6   are the ones who reported to the guest services area; correct?

11:00AM   7   A.  Yes.  When they were told about the allegation, yes.

11:00AM   8   Q.  And we have learned that the two of them were together in the

11:00AM   9   security office just before the report to guest services; is that

11:00AM  10   correct?

11:00AM  11   A.  I don't remember.  I don't recall that.

11:00AM  12   Q.  Okay.  In terms of security on the ship, you would agree that

11:00AM  13   an appropriate amount of security officers for 1:00 A.M. would be

11:01AM  14   seven security officers, plus one assistant chief security

11:01AM  15   officer; is that correct?

11:01AM  16   A.  No.  Carnival determines how many security officers are on a

11:01AM  17   ship and what shifts they work, depending on the amount of people;

11:01AM  18   for example, the nightclub; also the open decks, which are less

11:01AM  19   traveled at night.  So they determine the amount that are

11:01AM  20   necessary.

11:01AM  21   Q.  So just so we're clear, you yourself were not involved in any

11:01AM  22   way with this case in the first 24, 48 hours; is that correct?

11:01AM  23   A.  That's correct, yes.

11:01AM  24   Q.  And the reason why you were deposed a year and a half ago is

11:01AM  25   because Carnival determined that you were going to be the person

| | |
|---|---|
| 11:01AM | 1 |
| 11:01AM | 2 |
| 11:01AM | 3 |
| 11:02AM | 4 |
| 11:02AM | 5 |
| 11:02AM | 6 |
| 11:02AM | 7 |
| 11:02AM | 8 |
| 11:02AM | 9 |
| 11:02AM | 10 |
| 11:02AM | 11 |
| 11:02AM | 12 |
| 11:02AM | 13 |
| 11:02AM | 14 |
| 11:02AM | 15 |
| 11:02AM | 16 |
| 11:02AM | 17 |
| 11:02AM | 18 |
| 11:02AM | 19 |
| 11:02AM | 20 |
| 11:02AM | 21 |
| 11:02AM | 22 |
| 11:02AM | 23 |
| 11:02AM | 24 |
| 11:02AM | 25 |

to answer questions on their behalf regarding security issues; is
that correct?

A.  Yes.

Q.  Please let me know if you remember being asked the following
question and giving the following answer.

      MR. SEITZ:  Your Honor --

      MR. COURTNEY:  Page 75.

      THE COURT:  No, no.  Wait.  Wait, Mr. Courtney.

      MR. COURTNEY:  Yes, Your Honor.

      THE COURT:  Let me hear what Mr. Seitz has to say.

      MR. SEITZ:  If the witness is going to be asked about his
testimony, we would ask that he have a copy of the deposition so
he can follow along.

      THE COURT:  Correct.

      So, Mr. Butchko, you remember in this case that you were
asked to take a deposition; correct?

      THE WITNESS:  Yes, ma'am.

      THE COURT:  And you were under oath at that time?

      THE WITNESS:  Yes, ma'am.

      THE COURT:  And what was the date of that deposition?

      MR. COURTNEY:  December 22, 2020.

      THE COURT:  You remember that it was December 22, 2020?

      THE WITNESS:  Yes.

      THE COURT:  Mr. Courtney is going to ask if you remember
being asked this question and giving this answer.

| | | |
|---|---|---|
| 11:02AM | 1 | And give us a line and page, Mr. Courtney. |
| 11:03AM | 2 | MR. COURTNEY:  Page 75, line 25. |
| 11:03AM | 3 | THE COURT:  Okay.  Go ahead. |
| 11:03AM | 4 | BY MR. COURTNEY: |
| 11:03AM | 5 | Q.  What's your understanding of the amount of security officers |
| 11:03AM | 6 | that were working between 1:00 A.M. and 2:00 A.M. on December 2, |
| 11:03AM | 7 | 2018? |
| 11:03AM | 8 | And your answer was:  It should have been around seven or |
| 11:03AM | 9 | seven and its assistant chief. |
| 11:03AM | 10 | And then I asked:  Okay.  So that would be eight total? |
| 11:03AM | 11 | And your answer was:  Yes. |
| 11:03AM | 12 | And then I followed that with -- |
| 11:03AM | 13 | THE COURT:  Whoa, whoa.  We're not going to read it any |
| 11:03AM | 14 | further. |
| 11:03AM | 15 | Do you remember giving those answers to those questions? |
| 11:03AM | 16 | THE WITNESS:  Yes, I do. |
| 11:03AM | 17 | THE COURT:  Okay.  Let's move on. |
| 11:03AM | 18 | BY MR. COURTNEY: |
| 11:03AM | 19 | Q.  And then you were asked:  And what's the basis for that |
| 11:03AM | 20 | number? |
| 11:03AM | 21 | And your answer was:  Carnival feels it's sufficient enough |
| 11:03AM | 22 | to provide security on the ship. |
| 11:03AM | 23 | Do you remember giving those answers? |
| 11:03AM | 24 | A.  Yes, I do. |
| 11:03AM | 25 | Q.  Okay. |

11:03AM  1   A.  Can I explain?

11:03AM  2   Q.  Absolutely.  Feel free.  Go ahead.

11:04AM  3   A.  The way you read that, you said should have.

11:04AM  4       I wasn't saying that they -- I wasn't saying that they

11:04AM  5   should have had that many and they didn't.

11:04AM  6       I was saying that that's how many normally they have, and

11:04AM  7   it's usually on the size of the ship.  A little bigger -- a bigger

11:04AM  8   ship will have that many amount of people.  And back at that time,

11:04AM  9   that's how I answered that question.

11:04AM  10      So I wasn't saying they should have had them.  I was saying

11:04AM  11  that based on the past, that's how many they would have.  And,

11:04AM  12  again, that was -- later on I learned that was on a larger ship

11:04AM  13  that they would have that many.

11:04AM  14  Q.  Your words were:  It should have been around seven or seven

11:04AM  15  and its assistant chief; correct?

11:04AM  16  A.  Again, I explained the should does not mean that they should

11:04AM  17  have had them; otherwise, it's a problem.  That was not the way I

11:04AM  18  was answering that.

11:04AM  19      I was basing it on what I thought at the time; they should

11:04AM  20  have had that many people on board in the hallway or in the ship

11:04AM  21  with security.  So that -- that's -- I just wanted to be clear on

11:05AM  22  that.

11:05AM  23          THE COURT:  Okay.  Okay.  That question was a yes or no,

11:05AM  24  but you've given your answer.

11:05AM  25          Continue on, Mr. Courtney.

| | | |
|---|---|---|
| 11:05AM | 1 | BY MR. COURTNEY: |
| 11:05AM | 2 | Q.  You would agree that within a half hour after the sexual |
| 11:05AM | 3 | assault being reported, chief security officer Vikram Singh went |
| 11:05AM | 4 | to different cabins to wake up additional security officers; is |
| 11:05AM | 5 | that correct? |
| 11:05AM | 6 | A.  Well, they used the officers that were on duty.  I don't know |
| 11:05AM | 7 | of them waking up other security officers. |
| 11:05AM | 8 | Q.  Okay.  So -- okay. |
| 11:05AM | 9 | You recall that there is an assistant chief security officer |
| 11:05AM | 10 | Hitendra Rawat? |
| 11:05AM | 11 | A.  Yes. |
| 11:05AM | 12 | Q.  And you also recall that there is one assistant chief security |
| 11:05AM | 13 | officer typically working at a time; correct? |
| 11:05AM | 14 | A.  Yes. |
| 11:05AM | 15 | Q.  And so if Vikas Suyal and Hitendra Rawat were working at the |
| 11:05AM | 16 | same time, around 7:00 A.M., that would be an indication that one |
| 11:05AM | 17 | of them was called to join the other one; is that correct? |
| 11:06AM | 18 | A.  Well, that's actually, I believe, a change of shift is around |
| 11:06AM | 19 | that time.  And he joined the on duty people and became involved |
| 11:06AM | 20 | in the case, yes. |
| 11:06AM | 21 | Q.  So just so we're clear, and I'm going to move on, but |
| 11:06AM | 22 | Carnival's position is that it did not wake up additional security |
| 11:06AM | 23 | officers after this was reported; correct? |
| 11:06AM | 24 | A.  My position:  I don't know that answer. |
| 11:06AM | 25 | Q.  I'm showing you what is in evidence as Joint Exhibit 38-5. |

| | |
|---|---|
| 11:06AM | 1 |
| 11:06AM | 2 |
| 11:06AM | 3 |
| 11:06AM | 4 |
| 11:06AM | 5 |
| 11:07AM | 6 |
| 11:07AM | 7 |
| 11:07AM | 8 |
| 11:07AM | 9 |
| 11:07AM | 10 |
| 11:07AM | 11 |
| 11:07AM | 12 |
| 11:07AM | 13 |
| 11:07AM | 14 |
| 11:07AM | 15 |
| 11:07AM | 16 |
| 11:07AM | 17 |
| 11:07AM | 18 |
| 11:07AM | 19 |
| 11:07AM | 20 |
| 11:07AM | 21 |
| 11:07AM | 22 |
| 11:07AM | 23 |
| 11:07AM | 24 |
| 11:07AM | 25 |

1     You're familiar with the different fraternization rules that

2 Carnival has; correct?

3         MR. SEITZ:  Your Honor --

4         THE COURT:  Yes.

5         MR. SEITZ:  We're not receiving any of the presentation.

6         THE COURT:  Right.

7     Is this on ELMO or computer, Mr. Courtney?

8         MR. COURTNEY:  Computer, Your Honor.

9         MR. SEITZ:  We have it now, Your Honor.  Thank you.

10        THE COURT:  There we go.

11    Does everybody have it on their screen, ladies and

12 gentlemen?

13        THE JURORS:  (Nodding.)

14        THE COURT:  Thank you.

15 BY MR. COURTNEY:

16 Q.  And you would agree that inappropriate physical contact is not

17 permitted on the ship; correct?

18 A.  Correct.

19 Q.  And a crew member is never to walk a guest back to their state

20 room; is that correct?

21 A.  By themselves, that's correct.

22    Well, they're supposed to contact security to do it.

23 Q.  Right.  Obviously, if a person has a medical issue or too

24 intoxicated, security can walk them back to their cabin; correct?

25 A.  Yes.

11:07AM  1   Q.  In this situation, what we have is -- let's go to the 38-4.

11:08AM  2        In the middle, this is titled:  Under no circumstances.

11:08AM  3        Where it says:  Under no circumstances is it allowed to

11:08AM  4   bring guests into crew cabins or crew areas without prior

11:08AM  5   authorization from the ship's leadership team, that maintenance

11:08AM  6   closet, was that considered a crew area?

11:08AM  7   A.  Yes.  It was a laundry area, yes, or a cleaning area.

11:08AM  8   Cleaning supplies or chairs would be placed in there from the

11:08AM  9   deck.

11:08AM  10  Q.  And just so we're clear, we're talking about the maintenance

11:08AM  11  closet that's about six feet by three feet; correct?

11:08AM  12  A.  I don't know the size of it.

11:08AM  13  Q.  Okay.  Have you seen the photographs?

11:08AM  14  A.  I have.

11:08AM  15  Q.  And you were a police officer for over 30 years?

11:08AM  16  A.  Yes.

11:08AM  17  Q.  Okay.  And being a police officer, part of what you have to do

11:08AM  18  is make approximations based on your eyesight; correct?

11:08AM  19  A.  Well, I'm not going to make any approximation.

11:08AM  20       As a police officer, you actually measure it.  You have the

11:08AM  21  crime scene people out to measure the size of something; you don't

11:08AM  22  guess on the size.

11:08AM  23  Q.  Okay.  I'm not going to -- let's move on.

11:09AM  24       Did Fredy Anggara get permission to bring Sierra Lempinen

11:09AM  25  into that maintenance closet?

| | |
|---|---|
| 11:09AM | 1 |
| 11:09AM | 2 |
| 11:09AM | 3 |
| 11:09AM | 4 |
| 11:09AM | 5 |
| 11:09AM | 6 |
| 11:09AM | 7 |
| 11:09AM | 8 |
| 11:09AM | 9 |
| 11:09AM | 10 |
| 11:09AM | 11 |
| 11:09AM | 12 |
| 11:10AM | 13 |
| 11:10AM | 14 |
| 11:10AM | 15 |
| 11:10AM | 16 |
| 11:10AM | 17 |
| 11:10AM | 18 |
| 11:10AM | 19 |
| 11:10AM | 20 |
| 11:10AM | 21 |
| 11:10AM | 22 |
| 11:10AM | 23 |
| 11:10AM | 24 |
| 11:10AM | 25 |

A.  To my knowledge, no.

Q.  And if there is testimony in this case that Mr. Anggara --
actually, there has already been testimony in this case that Mr.
Anggara repeatedly said to Sierra Lempinen:  Take me to your
cabin.  Take me to your cabin, that would also be a violation of
Carnival's procedures; correct?

A.  Yes.  He was asking to go to the cabin, from what I
understand.  That would be a violation, yes.

Q.  There is no test that's given to the crew members to see if
they really understand these procedures; is that correct?

A.  Well, they're trained in that from the beginning.  From the
time they enter their new contracts, they come on board, they're
trained in proper procedures and about fraternization.  It's also
in documents that they have access to on board the ship.

     It's clear to them that they do not fraternize with the
guests.

Q.  I'm going to show you what's in evidence as Joint
Exhibit 40-1.

     And so I see that it appears that this statement started at
7:00 A.M.; is that correct?

A.  That's correct.

Q.  And it looks like that, according to Fredy Anggara's first
statement, that he says it's around 12:45 A.M. that he met the
female guest; right?

     Was he incorrect with that, because you indicated before

| | |
|---|---|
| 11:10AM | 1 |

```
11:10AM    1    that it was --
11:10AM    2              THE COURT:  Wait.  Stop.
11:10AM    3              Mr. Courtney, you asked him a question, and he can tell
11:10AM    4    you if he knows or not --
11:11AM    5              MR. COURTNEY:  I apologize.
11:11AM    6              THE COURT:  -- but then we go on to another matter.
11:11AM    7              So is that what that statement appears to say?  Correct?
11:11AM    8              THE WITNESS:  Yes.
11:11AM    9              THE COURT:  Okay.  Move on.
11:11AM   10    BY MR. COURTNEY:
11:11AM   11    Q.  Did you have a chance to read this three-page statement?
11:11AM   12    A.  I did.
11:11AM   13    Q.  And how many times does he refer to Sierra by her first name?
11:11AM   14    A.  I would have to view the statement.  I don't remember offhand.
11:11AM   15    Q.  Does zero sound correct?
11:11AM   16    A.  Can you go to the next page, please?
11:11AM   17    Q.  Sure.
11:11AM   18    A.  Yes, that's correct.
11:11AM   19    Q.  Okay.  He says that, according to his statement:  I'm sorry I
11:11AM   20    lied to security.  But when I was with the female guest in the
11:12AM   21    locker, when she bend over, I put my dick inside the pussy.
11:12AM   22              Those are his words; correct?
11:12AM   23    A.  Those are his words, yes.
11:12AM   24    Q.  In your review of all of the documents in this case and
11:12AM   25    statements in this case, was there ever a moment that you saw that
```

| | | |
|---|---|---|
| 11:12AM | 1 | Sierra said something that turned out to not be true? |
| 11:12AM | 2 | MR. SEITZ:  Objection, Your Honor. |
| 11:12AM | 3 | THE COURT:  Sustained. |
| 11:12AM | 4 | BY MR. COURTNEY: |
| 11:13AM | 5 | Q.  I want to show you what's been marked as Joint Exhibit 18. |
| 11:13AM | 6 | And this is the security guide and global directory; |
| 11:13AM | 7 | correct? |
| 11:13AM | 8 | A.  Yes. |
| 11:13AM | 9 | Q.  And this is the document that is put in all the different |
| 11:13AM | 10 | cabins; correct? |
| 11:13AM | 11 | A.  Yes, it is. |
| 11:13AM | 12 | Q.  And so this is to inform the guests that in the event they |
| 11:13AM | 13 | become a victim of a crime, they have a few different options; is |
| 11:13AM | 14 | that correct? |
| 11:13AM | 15 | A.  That's correct, yes. |
| 11:13AM | 16 | Q.  They could dial 911; correct? |
| 11:13AM | 17 | A.  Yes. |
| 11:13AM | 18 | Q.  Or they could visit the guest services desk; correct? |
| 11:13AM | 19 | A.  Correct. |
| 11:13AM | 20 | Q.  In this case did Sierra report to the guest services desk? |
| 11:13AM | 21 | A.  She did, with her girlfriend Amanda Powell. |
| 11:13AM | 22 | Q.  Okay.  So that would be doing the correct thing per Carnival's |
| 11:13AM | 23 | instruction; correct? |
| 11:13AM | 24 | A.  Yes. |
| 11:13AM | 25 | Q.  Now, is there anything in the literature here that warns |

11:14AM 1   passengers in any way in terms of where they could go or where

11:14AM 2   they can't go on the ship?

11:14AM 3           MR. SEITZ:  Objection.  Vague, literature here.

11:14AM 4           THE COURT:  Are you talking about this directory, Mr.

11:14AM 5   Courtney?

11:14AM 6           MR. COURTNEY:  I am, yes.

11:14AM 7   BY MR. COURTNEY:

11:14AM 8   Q.  Is there anything within this document that warns passengers

11:14AM 9   where they can or can't go on the ship?

11:14AM 10  A.  Not in this document, no.

11:14AM 11  Q.  Well, are you familiar with any document that's given to

11:14AM 12  guests telling them, for example, that they cannot go to the lido

11:14AM 13  deck at certain hours?

11:14AM 14  A.  No, they're not allowed to go in unauthorized areas, and

11:14AM 15  that's usually marked on the ship at that entrance.

11:14AM 16  Q.  Right.  And there is no warning to the guests that, you know,

11:14AM 17  after midnight you need to travel with another companion; right?

11:14AM 18  There's nothing like that?

11:14AM 19  A.  No.  You can go anywhere on a ship 24 hours a day that's

11:15AM 20  authorized for the passengers.

11:15AM 21  Q.  You would agree that on the last night of the cruise, at

11:15AM 22  1:00 A.M. the traffic is light in terms of the people that are

11:15AM 23  still out and about; correct?

11:15AM 24  A.  Yes.  And that was the purpose of Mr. Anggara cleaning the

11:15AM 25  decks; it was light traffic.

| | |
|---|---|
| 11:15AM | 1 |
| 11:15AM | 2 |
| 11:15AM | 3 |
| 11:15AM | 4 |
| 11:16AM | 5 |
| 11:16AM | 6 |
| 11:16AM | 7 |
| 11:16AM | 8 |
| 11:16AM | 9 |
| 11:16AM | 10 |
| 11:16AM | 11 |
| 11:17AM | 12 |
| 11:17AM | 13 |
| 11:17AM | 14 |
| 11:17AM | 15 |
| 11:17AM | 16 |
| 11:17AM | 17 |
| 11:17AM | 18 |
| 11:17AM | 19 |
| 11:17AM | 20 |
| 11:17AM | 21 |
| 11:17AM | 22 |
| 11:17AM | 23 |
| 11:18AM | 24 |
| 11:18AM | 25 |

Q.  Right.  And you would also agree that when there is light traffic, it is easier to locate people that are on CCTV; correct?

A.  If they're on CCTV, yes.

Q.  Let me show you what's been marked as Plaintiff's Exhibit 8.

THE COURT:  Oh, no.  No.  Is that in evidence yet?

MR. COURTNEY:  No, Your Honor.

THE COURT:  So you'll hand it to our witness; not on the screen.

MR. COURTNEY:  Yes, Your Honor.  May I approach, Your Honor?

THE COURT:  Yes, you may.

Did we talk about this the other day, Mr. Courtney?

MR. COURTNEY:  Yes.

THE COURT:  Okay.  All right.  And Plaintiff's Exhibit 8 is a composite of how many photos?

MR. COURTNEY:  It's 25 photographs.

THE COURT:  And we had that discussion.

MR. COURTNEY:  9 and 10.  And he's just about finished going through them, Your Honor.

THE COURT:  Okay.

THE WITNESS:  Okay.  I looked at them.

BY MR. COURTNEY:

Q.  And just can you explain to the jury what these are still shots of, please?

A.  These are photographs of the areas of the deck, Deck 10,

| | |
|---|---|
| 11:18AM | 1 |
| 11:18AM | 2 |
| 11:18AM | 3 |

various areas near or on that deck of the ship.  It's different

angles.

Q.  Right.  And you also had an opportunity back at your

deposition to review it; is that correct?

A.  Yes, I believe so.  And I think they're photographs of CCTV;

they appear to be.

Q.  Yes.  And, by the way, just so everyone is clear, we're not

saying that that's from the day of the incident; correct?

A.  Yes, correct.

Q.  This is something that after the fact Carnival provided --

THE COURT:  Whoa, whoa, whoa.

Do these truly and accurately depict different areas of

Deck 10?

THE WITNESS:  Yes, it does.  But I don't know when they

were taken.

THE COURT:  That's okay.  That's fine.

Mr. Seitz, do you want to do any voir dire?

MR. SEITZ:  Yes.

Mr. Butchko, looking at Composite Exhibit 8 --

THE COURT:  Use a microphone.

MR. SEITZ:  Looking at Composite Exhibit 8, based on your

personal knowledge, can you tell us whether or not this is how the

scene appeared on the day of the incident at the time of the

incident?

THE WITNESS:  I cannot say that, no.

| | |
|---|---|
| 11:19AM | 1 |

                    MR. SEITZ:  No further questions, Your Honor.

                    THE COURT:  All right.  Are you moving to admit

Plaintiff's 8?

                    MR. COURTNEY:  I am, Your Honor.

                    THE COURT:  Okay.  I'm going to allow Plaintiff's 8, and

you may continue.

                    And you may take up the timing, Mr. Seitz, on any

cross-examination.

                    MR. SEITZ:  Thank you, Your Honor.

                    (Plaintiff's Exhibit 8 received.)

BY MR. COURTNEY:

Q.  So as we go through this, let's try to explain what we have in

these different photographs.

        Let's look at this one, Plaintiff's 8-4.  Do you have that

in front of you on the computer screen maybe?

A.  Yes.

Q.  Okay.  Great.

        Now, this camera is situated on Deck 10; correct?

A.  Yes.

Q.  And what we have here is a situation where we could see going

down by Deck 9, which is by the pool area; correct?

A.  Yes.

Q.  And we also see along on the right side, like a walkway that

walks -- if we're standing where the photo is being taken, we're

towards the front of the ship, and it's going towards the back of

| | | |
|---|---|---|
| 11:20AM | 1 | the ship; is that correct? |
| 11:20AM | 2 | A.  Yes. |
| 11:20AM | 3 | Q.  Now, what we also know is that to the left of where that -- |
| 11:20AM | 4 | towards the top left, that's actually where the maintenance closet |
| 11:20AM | 5 | is; is that correct? |
| 11:20AM | 6 | A.  I -- I don't know. |
| 11:20AM | 7 | Q.  Oh, okay.  Let me show you in 8-1.  This would be on the other |
| 11:20AM | 8 | side of the maintenance closet; is that correct? |
| 11:21AM | 9 | A.  Well, frankly, I don't know exactly where the closet is -- |
| 11:21AM | 10 | Q.  Okay? |
| 11:21AM | 11 | A.  -- on that ship. |
| 11:21AM | 12 | Q.  Let me see if I can find something else that could help us. |
| 11:21AM | 13 | MR. SEITZ:  Your Honor, may we come sidebar, please? |
| 11:21AM | 14 | MR. COURTNEY:  Actually, here it is. |
| 11:21AM | 15 | THE COURT:  All right. |
| 11:21AM | 16 | (Sidebar conference.) |
| 11:22AM | 17 | THE COURT:  Speak into that microphone, Mr. Seitz. |
| 11:22AM | 18 | MR. SEITZ:  Mr. Butchko -- |
| 11:22AM | 19 | THE COURT:  Pull it up.  Do something. |
| 11:22AM | 20 | MR. SEITZ:  Mr. Butchko has testified that he does not |
| 11:22AM | 21 | have personal knowledge of the location of the closet in this |
| 11:22AM | 22 | area.  There was no notice of or subpoena for trial served asking |
| 11:22AM | 23 | him to be able to talk about all pictures produced in discovery. |
| 11:22AM | 24 | I'm trying to give Mr. Courtney time in asking about |
| 11:22AM | 25 | them, but he is being asked about matters he does not have any |

11:22AM  1  knowledge of, and we're getting close to discovery issues.

11:22AM  2        THE COURT:  I don't think we're close to discovery

11:22AM  3  issues.

11:22AM  4        But, Mr. Courtney, I know you have a narrative.  I do not

11:22AM  5  like questions that start with:  What we know now.

11:22AM  6        You can lead this witness, but you cannot editorialize.

11:22AM  7  That's number one.

11:22AM  8        Number two, if he says he doesn't know where the closet

11:22AM  9  is, then I think that's pretty much done.  You can go to other

11:22AM  10  pictures, you can ask him about the deck, you can ask him --

11:22AM  11        My understanding is these pictures were about Ms.

11:22AM  12  Lempinen's injuries on that evening.  But if Mr. Butchko can't

11:23AM  13  help, Mr. Butchko can't help.

11:23AM  14        MR. COURTNEY:  Understood.

11:23AM  15        THE COURT:  How much more do you have with him?

11:23AM  16        MR. COURTNEY:  12:30, Your Honor.

11:23AM  17        THE COURT:  No, no.

11:23AM  18        MR. COURTNEY:  Cross and redirect.

11:23AM  19        THE COURT:  No, no.  You told me 45 minutes on direct.

11:23AM  20  You want to look at your exhibit list; check it again.  You told

11:23AM  21  me yesterday we would be done with this witness today, so you need

11:23AM  22  to move.

11:23AM  23        (End of sidebar conference.)

11:23AM  24        THE COURT:  Okay.  Let's continue.

11:23AM  25  BY MR. COURTNEY:

| | | |
|---|---|---|
| 11:23AM | 1 | Q.  I'm going to show you what's already into evidence as |
| 11:23AM | 2 | Exhibit 41. |
| 11:23AM | 3 |      Can you explain to the members of the jury -- this is on the |
| 11:23AM | 4 | computer -- what is Exhibit 41? |
| 11:23AM | 5 | A.  It appears to be photographs of the Deck 10 on the ship, and |
| 11:24AM | 6 | also the closet where the alleged incident occurred. |
| 11:24AM | 7 | Q.  Okay.  So some of these photographs were taken at night; |
| 11:24AM | 8 | correct? |
| 11:24AM | 9 | A.  The ones you're showing me on the screen? |
| 11:24AM | 10 | Q.  Photo 8 and Photo 9. |
| 11:24AM | 11 | A.  It appears to be, yes. |
| 11:24AM | 12 | Q.  Okay.  And this is the closet -- I can try to zoom it in to |
| 11:24AM | 13 | see if it's easier for us -- right? |
| 11:24AM | 14 |      This is the maintenance closet that we're talking about; |
| 11:24AM | 15 | correct? |
| 11:24AM | 16 | A.  Yes. |
| 11:24AM | 17 | Q.  And this would be after an opportunity was had to clean it up; |
| 11:24AM | 18 | correct? |
| 11:24AM | 19 | A.  I don't know. |
| 11:24AM | 20 | Q.  When you look at Photo 7 towards the top left, are you |
| 11:25AM | 21 | familiar with where the closet is in that photograph? |
| 11:25AM | 22 | A.  I am -- I am not.  There's many closets on the ship, and I'm |
| 11:25AM | 23 | not.  I haven't been on this ship to see where this closet is. |
| 11:25AM | 24 | Q.  Okay.  And when you go through these photographs, these |
| 11:25AM | 25 | photographs that are 41-1 were taken in the daytime; correct? |

11:25AM  1   A.  Yes.

11:25AM  2   Q.  And in 41-2, Photos 9, 10, 11, and 12 all show the inside of

11:25AM  3   the maintenance closet; correct?

11:25AM  4   A.  Yes.

11:25AM  5   Q.  And there are different supplies in there; correct?

11:26AM  6   A.  Yes.

11:26AM  7   Q.  Can you explain to the jury what evidentiary value, if any,

11:26AM  8   there were in Photo 12?

11:26AM  9        MR. SEITZ:  Objection, Your Honor.

11:26AM  10        THE COURT:  Sustained.

11:26AM  11   BY MR. COURTNEY:

11:26AM  12   Q.  We spoke about RAINN earlier, about victim centered and trauma

11:26AM  13   informed; correct?

11:26AM  14   A.  Yes.

11:26AM  15   Q.  And we spoke about the formation of a care team; correct?

11:26AM  16   A.  Yes.

11:26AM  17   Q.  And it's important for a member of the care team to get to an

11:26AM  18   alleged victim as soon as possible; correct?

11:26AM  19   A.  It is.  However, if there is -- if there is a process of

11:26AM  20   investigation going on, then the care team steps aside and law

11:26AM  21   enforcement takes over; or the investigation proceeds, and then at

11:26AM  22   some point they're with the victims.

11:27AM  23   Q.  So what you're saying is then in this case, for example,

11:27AM  24   Carnival's own policies and procedures say that an alleged victim

11:27AM  25   is supposed to be given access to a telephone; is that correct?

11:27AM  1    A.  Yes.

11:27AM  2    Q.  And the alleged victim is supposed to be given Internet

11:27AM  3    access; correct?

11:27AM  4    A.  Correct, yes.

11:27AM  5    Q.  And the reason for this is so that the person can get in touch

11:27AM  6    with a family member or a loved one as soon as possible to try to

11:27AM  7    reduce the trauma; isn't that correct?

11:27AM  8    A.  Yes.

11:27AM  9    Q.  And also so that if they want to contact a victim center, get

11:27AM  10   advice, those are options for them; is that correct?

11:27AM  11   A.  Yes.

11:27AM  12   Q.  If they want to call a lawyer, they have that ability as well;

11:27AM  13   is that correct?

11:27AM  14   A.  Yes, if they want to.  If they ask to do that, yes.

11:27AM  15   Q.  Well, no, not in terms of if they ask.

11:27AM  16        What I'm saying is:  You give them the phone and the

11:27AM  17   Internet, whether they ask for it or not; isn't that your policy?

11:27AM  18   A.  Well, the policy is you have to find out what happened, first

11:27AM  19   of all, so you have to do your investigation.  And during the time

11:28AM  20   of that investigation, as soon as you get your information, then

11:28AM  21   you give them, you know, you have the access to do this.

11:28AM  22        However, if a victim wants to do that immediately, then

11:28AM  23   they're accommodated with that.

11:28AM  24   Q.  Right.  So it's up to the victim to speak up and say:  Please

11:28AM  25   give me a phone first is what you're saying; correct?

11:28AM   1   A.  Yes.  And another thing --

11:28AM   2        If I can explain?

11:28AM   3   Q.  Sure.

11:28AM   4   A.  The guest service manager was a part of the care team on board

11:28AM   5   the ship, and that's the person who was first contacted --

11:28AM   6   Q.  Yes.

11:28AM   7   A.  -- about the allegation.

11:28AM   8   Q.  Yes.

11:28AM   9        And do you know when she first had any contact with Sierra

11:28AM   10  that night?

11:28AM   11  A.  I don't.

11:28AM   12  Q.  Okay.  When Sierra was taken from the medical center back to

11:28AM   13  her cabin, do you know if anyone from the care team at that point

11:28AM   14  had met with her?

11:28AM   15  A.  I personally do not know that.

11:29AM   16  Q.  Okay.  In terms of when assistant chief security officer

11:29AM   17  Hitendra Rawat came into her cabin to take her statement, do you

11:29AM   18  know if Sierra was asked if she wants to give a statement?

11:29AM   19  A.  I don't.  I don't know, but that would be the procedure; to

11:29AM   20  ask them if they'll give a statement.  You can't force somebody to

11:29AM   21  give a statement.

11:29AM   22  Q.  Right.  But in terms of do you know if she was asked whether

11:29AM   23  she was okay with being recorded for her statement?

11:29AM   24  A.  I don't know what conversation occurred between her and the

11:29AM   25  security officers that were there to record her statement.

11:29AM  1   Q.  Do you remember if she asked after the medical examination --

11:29AM  2   already an hour or two afterwards -- when she was in her cabin if

11:29AM  3   she asked if it's okay for her to take a shower, and she was told

11:29AM  4   that she could not?

11:29AM  5   A.  I -- I am aware of that, yes.  And there is a reason for that,

11:30AM  6   so.

11:30AM  7   Q.  Are you aware of Fredy saying that Sierra kissed him by the

11:30AM  8   camera at Deck 10 midship portside by the glass stairs?

11:30AM  9   A.  Yes, I am aware of that.

11:30AM  10  Q.  And was there, in fact -- did Sierra do that?

11:30AM  11  A.  It was not caught on CCTV.

11:31AM  12  Q.  And there are multiple cameras by Deck 10 portside; is that

11:31AM  13  correct?

11:31AM  14          MR. SEITZ:  Objection.  Foundation.

11:31AM  15          THE COURT:  Well, it's been asked and answered, but you

11:31AM  16  can answer it one more time.

11:31AM  17          THE WITNESS:  There are cameras in that area.

11:31AM  18          THE COURT:  Okay.  Let's move on.

11:31AM  19          THE WITNESS:  But they don't cover every inch of the

11:31AM  20  ship.

11:31AM  21  BY MR. COURTNEY:

11:31AM  22  Q.  Understood.  And without going through all 25 photographs, you

11:31AM  23  would agree with me that at least five of them are by the

11:31AM  24  different pools; correct?

11:31AM  25          MR. SEITZ:  Same objection, Your Honor.

John Butchko - Direct (Courtney)

| | |
|---|---|
| 11:31AM | 1 |
| 11:31AM | 2 |
| 11:31AM | 3 |
| 11:31AM | 4 |
| 11:31AM | 5 |
| 11:31AM | 6 |
| 11:31AM | 7 |
| 11:31AM | 8 |
| 11:31AM | 9 |
| 11:31AM | 10 |
| 11:32AM | 11 |
| 11:32AM | 12 |
| 11:32AM | 13 |
| 11:32AM | 14 |
| 11:32AM | 15 |
| 11:32AM | 16 |
| 11:32AM | 17 |
| 11:32AM | 18 |
| 11:32AM | 19 |
| 11:32AM | 20 |
| 11:32AM | 21 |
| 11:32AM | 22 |
| 11:32AM | 23 |
| 11:32AM | 24 |
| 11:32AM | 25 |

THE COURT:  Sustained.  And it's sustained as to it's been asked and answered.

BY MR. COURTNEY:

Q.  When someone gives a statement, Carnival's policy is that it should be done in the person's own handwriting; correct?

A.  Yes.

Q.  And that's so that just in case someone down the road says that they didn't do it, it's in their handwriting, so this way you could say:  Look, it's in your handwriting; correct?

A.  The whole point is, it's their words; and you obviously want them to write this down for you.  That's the reason it's done.

Q.  Yeah.  And in this case at 7:26 A.M., Sierra Lempinen started writing out a four-page statement; correct?

A.  Yes.

Q.  And you've seen that statement; correct?

A.  Yes.

Q.  And she signed the statement; correct?

A.  Yes.

Q.  And when a statement is of particular interest, Carnival's policy would be to record the person giving the statement; is that correct?

A.  When you said record, you mean with, like, a body-worn camera? A device?

Q.  Correct.

A.  That was a new procedure, a new thing that was happening

| | | |
|---|---|---|
| 11:32AM | 1 | around 2016, 2017 -- I'm sorry, 2017, 2018, the body-worn cameras. |
| 11:32AM | 2 | But that's what we would expect the security officers to do. |
| 11:32AM | 3 | Q.  And in this case was that done? |
| 11:32AM | 4 | A.  To my knowledge, yes, it was. |
| 11:32AM | 5 | Q.  Okay.  In your preparation for this, did you have an |
| 11:33AM | 6 | opportunity to review the security chronology, if you will, or the |
| 11:33AM | 7 | security officer watch report that was completed by Rea |
| 11:33AM | 8 | Datinguinoo? |
| 11:33AM | 9 | A.  I don't recall reading the security watch report, which is a |
| 11:33AM | 10 | summary of the incident. |
| 11:33AM | 11 | Q.  And that gives -- |
| 11:33AM | 12 | What about the security summary report that was done by |
| 11:34AM | 13 | Hitendra Rawat?  Do you remember reviewing that? |
| 11:34AM | 14 | A.  I do not.  I read the ship security report. |
| 11:34AM | 15 | Q.  Okay.  At the time that she reported at guest services -- |
| 11:34AM | 16 | A.  Yes. |
| 11:34AM | 17 | Q.  -- there was procedures in place for the guest services |
| 11:34AM | 18 | associate to put down everything into their logs; correct? |
| 11:34AM | 19 | A.  Yes. |
| 11:34AM | 20 | Q.  Okay.  There's been evidence in this case that Sierra Lempinen |
| 11:35AM | 21 | signed a form called a retraction of allegation form.  Are you |
| 11:35AM | 22 | familiar with that? |
| 11:35AM | 23 | A.  Yes, I am. |
| 11:35AM | 24 | Q.  Was that -- |
| 11:35AM | 25 | THE COURT:  Wait.  Mr. Seitz. |

42

| | | |
|---|---|---|
| 11:35AM | 1 | MR. SEITZ:  He's talking about prior evidence outside -- |
| 11:35AM | 2 | THE COURT:  Let's just ask directly:  Are you aware of a |
| 11:35AM | 3 | retraction of allegation form? |
| 11:35AM | 4 | BY MR. COURTNEY: |
| 11:35AM | 5 | Q.  Are you aware of a retraction of allegation form signed by Ms. |
| 11:35AM | 6 | Lempinen? |
| 11:35AM | 7 | A.  Yes, I am. |
| 11:35AM | 8 | Q.  Was that video recorded? |
| 11:35AM | 9 | A.  That was done in the medical center, so I don't believe that |
| 11:35AM | 10 | was video recorded. |
| 11:35AM | 11 | Q.  When is the first time that Carnival's security team became |
| 11:36AM | 12 | aware that Sierra had signed a retraction of allegation? |
| 11:36AM | 13 | A.  Well, on board the ship, it should have been right away; but I |
| 11:36AM | 14 | don't know when they were notified of it. |
| 11:36AM | 15 | Q.  In your review of whatever documents you reviewed, did you see |
| 11:36AM | 16 | anything anywhere that said that any security officer was aware |
| 11:36AM | 17 | that Sierra had retracted her allegation while she was on the |
| 11:36AM | 18 | ship? |
| 11:36AM | 19 | MR. SEITZ:  Objection, Your Honor.  We need to have a |
| 11:36AM | 20 | sidebar, I believe.  If I may? |
| 11:36AM | 21 | THE COURT:  Okay. |
| 11:36AM | 22 | (Sidebar conference.) |
| 11:36AM | 23 | THE COURT:  Speak into the mic. |
| 11:36AM | 24 | MR. SEITZ:  Your Honor, I believe that Mr. Courtney has |
| 11:36AM | 25 | opened the door to the FBI documents, especially the liaison |

| | |
|---|---|
| 11:36AM | 1 |
| 11:37AM | 2 |
| 11:37AM | 3 |
| 11:37AM | 4 |
| 11:37AM | 5 |
| 11:37AM | 6 |
| 11:37AM | 7 |
| 11:37AM | 8 |
| 11:37AM | 9 |
| 11:37AM | 10 |
| 11:37AM | 11 |
| 11:37AM | 12 |
| 11:37AM | 13 |
| 11:37AM | 14 |
| 11:37AM | 15 |
| 11:37AM | 16 |
| 11:37AM | 17 |
| 11:37AM | 18 |
| 11:37AM | 19 |
| 11:38AM | 20 |
| 11:38AM | 21 |
| 11:38AM | 22 |
| 11:38AM | 23 |
| 11:38AM | 24 |
| 11:38AM | 25 |

1  report which was provided to security mentioned the retraction of

2  allegations.  Mr. Courtney has said:  Have you seen any testimony,

3  document, anywhere in Carnival's possession.  That reference is in

4  the FBI documents.

5        Either this witness has to violate your order, or he

6  can't answer that question.

7        THE COURT:  Well, Mr. Courtney, I don't understand what

8  your purpose with this witness is.  He was a 30(b) witness on

9  security.  You can ask him about procedure.  You can ask him about

10  this.  He said he wasn't there that night.  He said he didn't do

11  the investigation.  He is just the person designated to talk about

12  procedures.

13        You are inviting him to bring in hearsay evidence which,

14  as a matter of fact, has been excluded in some contexts and not

15  others.  And, frankly, at this point I have no idea what you've

16  all agreed to in terms of what Fredy said, what she said, what the

17  FBI did.  You are potentially opening the door.

18        You're going to go overtime, and I don't see the

19  relevance of your line of questioning about what other people who

20  are going to testify did.  He's here to tell you this is their

21  policy, this is what they're supposed to do, this is what they're

22  supposed to provide to victims.  These are pictures.  I recognize

23  the deck, and that's it.

24        If you start asking him about the investigation, that's

25  going to get fraught.

| | |
|---|---|
| 11:38AM | 1 |
| 11:38AM | 2 |
| 11:38AM | 3 |
| 11:38AM | 4 |
| 11:38AM | 5 |
| 11:38AM | 6 |
| 11:38AM | 7 |
| 11:38AM | 8 |
| 11:38AM | 9 |
| 11:38AM | 10 |
| 11:38AM | 11 |
| 11:38AM | 12 |
| 11:38AM | 13 |
| 11:39AM | 14 |
| 11:40AM | 15 |
| 11:40AM | 16 |
| 11:40AM | 17 |
| 11:40AM | 18 |
| 11:41AM | 19 |
| 11:41AM | 20 |
| 11:41AM | 21 |
| 11:41AM | 22 |
| 11:41AM | 23 |
| 11:41AM | 24 |
| 11:41AM | 25 |

1   MR. COURTNEY:  Your Honor, I would never want to violate
2   this Court's order.
3        MR. SEITZ:  But the next time I'm going to say:  Mr.
4   Courtney -- I don't think it's my duty.
5        If he asks something that elicits the FBI testimony and
6   opens the door like that, I think it's fair game.
7        THE COURT:  Well, you may think it's fair game, Mr.
8   Seitz; but if you don't tell the Court you're walking through the
9   door, you're going to have a problem.
10       MR. SEITZ:  Which is why I'm here.
11       THE COURT:  In any event, Mr. Courtney, get back on
12  track.
13       (End of sidebar conference.)
14  BY MR. COURTNEY:
15  Q.  Mr. Butchko, do you agree that the uniformed officers are the
16  backbone of the security on the ship?
17  A.  Yes.
18  Q.  And do you agree that the more the security officers are able
19  to be seen, the more incidents will not occur?
20  A.  They patrol like any other city police department.  They can't
21  be everywhere at all times.  They move around the ship, they are
22  seen by guests, but they can't be everywhere at once.
23  Q.  You would agree with Carnival's own statement:  By merely
24  being seen, we stop incidents from occurring?
25  A.  Yes.

| | | |
|---|---|---|
| 11:41AM | 1 | Q.  And you agree that the security officers are instructed to |
| 11:41AM | 2 | enforce in areas in which an incident is likely to occur; do you |
| 11:41AM | 3 | agree with that? |
| 11:41AM | 4 | A.  Well, where there's more people, then there're frequently a |
| 11:41AM | 5 | couple more security officers in that area patrolling.  They're |
| 11:41AM | 6 | free to go throughout the whole ship to patrol. |
| 11:41AM | 7 | Q.  And on the Miracle on December 2, 2018, those areas would be |
| 11:42AM | 8 | bar areas; correct? |
| 11:42AM | 9 | A.  Correct, yes. |
| 11:42AM | 10 | Q.  Promenade deck; correct? |
| 11:42AM | 11 | A.  Yes. |
| 11:42AM | 12 | Q.  And the lido deck; correct? |
| 11:42AM | 13 | A.  Those areas at that time of the morning are a lot less |
| 11:42AM | 14 | populated.  Very few people are there.  They patrol them but, no, |
| 11:42AM | 15 | they go -- again, they go throughout the ship. |
| 11:42AM | 16 | Q.  Based on security, experience, and statistics, security |
| 11:42AM | 17 | officers are supposed to consider as well the time of day; |
| 11:42AM | 18 | correct? |
| 11:42AM | 19 | MR. SEITZ:  Objection.  Form. |
| 11:42AM | 20 | THE COURT:  Well, yes, I don't know.  You're going to |
| 11:42AM | 21 | have to be more specific, Mr. Courtney.  This is not an expert. |
| 11:42AM | 22 | This is a representative of Carnival that knows about Carnival's |
| 11:42AM | 23 | practices and procedures. |
| 11:42AM | 24 | BY MR. COURTNEY: |
| 11:42AM | 25 | Q.  Carnival's own policies and procedures are that:  To be more |

| | |
|---|---|
| 11:43AM | 1 |
| 11:43AM | 2 |
| 11:43AM | 3 |
| 11:43AM | 4 |
| 11:43AM | 5 |
| 11:43AM | 6 |
| 11:43AM | 7 |
| 11:43AM | 8 |
| 11:43AM | 9 |
| 11:43AM | 10 |
| 11:43AM | 11 |
| 11:43AM | 12 |
| 11:44AM | 13 |
| 11:44AM | 14 |
| 12:18PM | 15 |
| 12:18PM | 16 |
| 12:18PM | 17 |
| 12:18PM | 18 |
| 12:18PM | 19 |
| 12:18PM | 20 |
| 12:18PM | 21 |
| 12:18PM | 22 |
| 12:18PM | 23 |
| 12:18PM | 24 |
| 12:18PM | 25 |

1  vigilant as a security officer at night when it comes to sexual

2  crimes; correct?

3  A.  Well, they're supposed to be vigilant at all times involving

4  sexual crimes; and in daytime, nighttime, at any time.

5  Q.  And you would agree that according to Carnival's own policy

6  and procedures, sexual predators look for certain characteristics

7  before committing their crime; is that correct?

8  A.  I don't know that.

9  Q.  Okay.  You've indicated before that --

10       MR. SEITZ:  Your Honor, there is a fire alarm.

11       THE COURT:  Yes, I know.  It could be workers.

12       (Fire alarm sounding.)

13       THE COURT:  You will be escorted down.  Don't worry.

14       (Recess due to a fire alarm at 11:44 A.M.)

15       (Returned to the courtroom at 12:18 P.M.)

16       THE COURT:  Well, wasn't that fun.  I was going to recess

17  because, as I told you, I have a court committee meeting at 12:30

18  anyway.

19       How much more do you have, Mr. Courtney?

20       MR. COURTNEY:  I would say a maximum of ten minutes.

21       THE COURT:  And what kind of cross do you have, Mr.

22  Seitz?

23       MR. SEITZ:  15 to 20, maybe.

24       THE COURT:  Okay.

25       MR. SEITZ:  I can make it work.  Ten.

| | |
|---|---|
| 12:18PM | 1 |
| 12:18PM | 2 |
| 12:18PM | 3 |
| 12:18PM | 4 |
| 12:18PM | 5 |
| 12:18PM | 6 |
| 12:18PM | 7 |
| 12:18PM | 8 |
| 12:18PM | 9 |
| 12:18PM | 10 |
| 12:19PM | 11 |
| 12:19PM | 12 |
| 12:19PM | 13 |
| 12:20PM | 14 |
| 12:20PM | 15 |
| 12:20PM | 16 |
| 12:20PM | 17 |
| 12:20PM | 18 |
| 12:20PM | 19 |
| 12:20PM | 20 |
| 12:20PM | 21 |
| 12:20PM | 22 |
| 12:20PM | 23 |
| 12:20PM | 24 |
| 12:21PM | 25 |

THE COURT:  I think we're just going to give these jurors a break, but I'm going to hold you to 10 and 15.

MR. SEITZ:  Make it 20 then, Judge.

THE COURT:  No, no, no, no.  And we'll let them come back at 9:00 and catch their breath, and that's how we're going to proceed.

I'm sorry, Mr. Butchko, but unforeseen --

THE WITNESS:  No, it's totally fine.

THE COURT:  If you would bring in our jury.

(Jury in at 12:18 P.M.)

THE COURT:  Everyone may be seated.

So that happened.  I hope everyone's doing well. Hydrate.  Take a deep breath.  We were scheduled to end early today -- actually, in about ten minutes.  So I'm going to let you go home and recuperate.  You didn't know you were going to get cardio with justice, but there you have it.  And we will resume testimony in the trial tomorrow at 9:00.

Now, day two.  You're going home.  The suspense is mounting.  What are you doing there?  You can tell them:  There was a fire drill.  The Judge says it happens only in the summer when it's hot and the workers are working on the AC, and she says she's sick of it.  You can share that with anybody you'd like.

But anything regarding the testimony or the case, the parties, or anything having to do with this litigation, you cannot talk about.  You cannot research, you cannot read about anything

12:21PM    1    of that nature either in person or online.

12:21PM    2         So go home.  As far as I'm concerned, you're still here

12:21PM    3    if anybody has any questions about that.  And I'll see you

12:21PM    4    tomorrow at 9:00 A.M., and we will resume trial in this matter.

12:21PM    5         Thank you for your patience.  Thank you for your orderly

12:21PM    6    exit from the building.  I appreciate that.  And I'll see you

12:21PM    7    tomorrow.

12:21PM    8         (Jury out at 12:21 P.M.)

12:22PM    9         THE COURT:  Everyone can be seated.

12:22PM   10         All right.  As usual, if you would, give a few moments,

12:22PM   11    even a few more moments, about 25 of 1:00.  One of our jurors had

12:22PM   12    a little difficulty getting down the stairs, so I think they need

12:22PM   13    to kind of -- well, I had difficulty -- but I think they need to

12:22PM   14    catch their breath and settle in.  So if you'd wait a few moments

12:22PM   15    for them to clear the floor, I'd appreciate that.

12:22PM   16         We will resume Mr. Butchko's testimony tomorrow.  And

12:22PM   17    then we have the witnesses you indicated, Mr. Courtney, and the

12:22PM   18    agreed-on post-lunch testimony of the doctor.  And I think that

12:22PM   19    that takes care of things.  All right.

12:23PM   20         All of you should recoup from the ordeal as well.  Going

12:23PM   21    down stairwells in your suits and heels is not my idea of a fun

12:23PM   22    time.

12:23PM   23         MR. MASE:  May we leave our files in there and lock the

12:23PM   24    rooms?

12:23PM   25         THE COURT:  I'm sorry?

1    MR. MASE:  Excuse me, Judge.

2    THE COURT:  Yes.

3    MR. MASE:  May we leave our files in the room and lock

4    the room?

5    THE COURT:  I would say you can leave them in here.  I

6    don't have a hearing this afternoon; I have a court committee

7    meeting, and so the doors will be locked.

8    MR. MASE:  Okay.

9    THE COURT:  So if you want to leave your files here at

10   your tables, they will be undisturbed by anyone.

11   MR. MASE:  Okay.  We had left our boxes last night in the

12   room and locked it; that's why I was asking the question.  The

13   little witness room outside here.

14   THE COURT:  Either/or.  Whatever you prefer.  But we'll

15   make sure wherever your materials are, the room is locked.

16   MR. MASE:  Fantastic.  Thank you.

17   THE COURT:  All right.

18   Everyone, have a good evening, and I'll see you tomorrow

19   at 9:00.

20   MR. MASE:  Thank you, Judge.

21   (Recess at 12:24 P.M.)

22

23

24

25

```
 1              C E R T I F I C A T E

 2          I certify that the foregoing is a correct transcript from

 3     the record of proceedings in the above-entitled matter to the best

 4     of my ability with counsel and witnesses wearing masks.

 5

 6     August 8, 2022                    /s/ Vernita Allen-Williams

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## /

**/s** [1] - 50:6

## 1

**1-50** [1] - 1:4
**10** [11] - 12:15, 12:16, 30:18, 30:25, 31:13, 32:18, 35:5, 36:2, 39:8, 39:12, 47:2
**108** [1] - 18:11
**10800** [1] - 1:15
**10:26** [1] - 7:25
**10:44** [1] - 8:18
**11** [1] - 36:2
**11:44** [1] - 46:14
**12** [3] - 1:7, 36:2, 36:8
**120** [1] - 18:11
**12:18** [2] - 46:15, 47:10
**12:21** [1] - 48:8
**12:24** [1] - 49:21
**12:30** [2] - 34:16, 46:17
**12:45** [1] - 26:23
**15** [2] - 46:23, 47:2
**160** [1] - 12:13
**18** [1] - 28:5
**19-CV-24766-WILLIAMS/TORRES** [1] - 1:2
**1:00** [6] - 4:18, 18:14, 19:13, 21:6, 29:22, 48:11
**1:30** [4] - 4:18, 16:14, 16:23, 17:3
**1:45** [2] - 16:14, 17:3

## 2

**2** [2] - 21:6, 45:7
**20** [2] - 46:23, 47:3
**2016** [1] - 41:1
**2017** [2] - 41:1
**2018** [4] - 12:12, 21:7, 41:1, 45:7
**2020** [2] - 20:21, 20:22
**2022** [2] - 1:7, 50:6
**22** [2] - 20:21, 20:22
**24** [3] - 17:19, 19:22, 29:19
**25** [6] - 12:16, 12:17, 21:2, 30:16, 39:22, 48:11
**2601** [1] - 1:19
**2:00** [3] - 8:7, 8:9, 21:6

## 3

**3** [1] - 18:3
**30** [1] - 25:15
**30(b** [1] - 43:8
**305.523.5048** [1] - 1:23
**31** [1] - 10:8
**32** [1] - 2:12
**33128** [1] - 1:24
**33133** [1] - 1:19
**33161** [1] - 1:15
**38-4** [1] - 25:1
**38-5** [1] - 23:25
**3:00** [2] - 8:8, 18:17

## 4

**40-1** [1] - 26:18
**400** [1] - 1:23
**41** [2] - 35:2, 35:4
**41-1** [1] - 35:25
**41-2** [1] - 36:2
**45** [1] - 34:19
**48** [1] - 19:22
**4:25** [1] - 13:18

## 7

**7** [2] - 2:2, 35:20
**700** [1] - 1:15
**75** [2] - 20:7, 21:2
**7:00** [2] - 23:16, 26:20
**7:26** [1] - 40:12

## 8

**8** [9] - 30:4, 30:14, 31:19, 31:21, 32:3, 32:5, 32:10, 35:10, 50:6
**8-1** [1] - 33:7
**8-4** [1] - 32:14
**8......................
Page** [1] - 2:12
**800** [1] - 1:19
**804** [1] - 6:21

## 9

**9** [7] - 2:4, 12:15, 12:16, 30:18, 32:21, 35:10, 36:2
**911** [1] - 28:16
**9:00** [6] - 1:8, 3:14, 47:5, 47:17, 48:4, 49:19
**9:14** [1] - 7:4

## A

**A.M** [19] - 1:8, 7:4, 7:25, 8:18, 13:18, 16:14, 18:14, 18:17, 19:13, 21:6, 23:16, 26:20, 26:23, 29:22, 40:12, 46:14, 48:4
**abides** [1] - 11:11
**ability** [2] - 37:12, 50:4
**able** [4] - 8:12, 12:24, 33:23, 44:18
**above-entitled** [1] - 50:3
**absolutely** [1] - 22:2
**AC** [1] - 47:21
**access** [4] - 26:14, 36:25, 37:3, 37:21
**accommodate** [1] - 8:8
**accommodated** [1] - 37:23
**according** [3] - 26:22, 27:19, 46:5
**accurately** [1] - 31:12
**accusation** [1] - 11:6
**accused** [1] - 12:5
**additional** [2] - 23:4, 23:22
**adjourned** [1] - 8:1
**admit** [1] - 32:2
**ADMITTED** [1] - 2:11
**admitted** [1] - 6:15
**advice** [1] - 37:10
**advised** [1] - 4:15
**afternoon** [3] - 8:5, 8:6, 49:6
**afterwards** [1] - 39:2
**agent** [3] - 3:22, 5:24, 6:24
**ago** [3] - 3:12, 10:12, 19:24
**agree** [14] - 12:16, 13:6, 19:12, 23:2, 24:16, 29:21, 30:1, 39:23, 44:15, 44:18, 44:23, 45:1, 45:3, 46:5
**agreed** [2] - 43:16, 48:18
**agreed-on** [1] - 48:18
**agreement** [2] - 3:13, 3:17
**ahead** [3] - 12:22, 21:3, 22:2
**Air** [1] - 10:10
**alarm** [3] - 46:10, 46:12, 46:14
**allegation** [10] - 10:21, 11:19, 11:23, 19:7,

38:7, 41:21, 42:3, 42:5, 42:12, 42:17
**allegations** [2] - 10:25, 43:2
**alleged** [6] - 11:16, 17:12, 35:6, 36:18, 36:24, 37:2
**allegedly** [1] - 15:11
**ALLEN** [1] - 1:22
**Allen** [1] - 50:6
**ALLEN-WILLIAMS** [1] - 1:22
**Allen-Williams** [1] - 50:6
**allow** [1] - 32:5
**allowed** [2] - 25:3, 29:14
**Amanda** [4] - 7:14, 7:18, 15:6, 28:21
**AMANDA** [1] - 2:2
**amount** [5] - 19:13, 19:17, 19:19, 21:5, 22:8
**Angarra** [2] - 5:19, 6:19
**Angarra's** [1] - 6:14
**Anggara** [6] - 13:24, 16:13, 25:24, 26:2, 26:4, 29:24
**Anggara's** [1] - 26:22
**angles** [1] - 31:2
**Ann** [4] - 18:7, 18:14, 18:19, 19:5
**announcement** [1] - 4:11
**answer** [10] - 20:1, 20:5, 20:25, 21:8, 21:11, 21:21, 22:24, 23:24, 39:16, 43:6
**answered** [3] - 22:9, 39:15, 40:2
**answering** [1] - 22:18
**answers** [2] - 21:15, 21:23
**anticipate** [1] - 6:1
**anyway** [1] - 46:18
**apologize** [1] - 27:5
**appear** [1] - 31:6
**APPEARANCES** [1] - 1:13
**appeared** [1] - 31:23
**appointment** [2] - 8:8, 8:9
**appreciate** [2] - 48:6, 48:15
**approach** [1] - 30:9
**appropriate** [1] - 19:13
**approximation** [1] - 25:19

**approximations** [1] - 25:18
**area** [13] - 13:9, 13:14, 13:19, 13:20, 18:20, 19:6, 25:6, 25:7, 32:21, 33:22, 39:17, 45:5
**areas** [11] - 17:25, 18:13, 25:4, 29:14, 30:25, 31:1, 31:12, 45:2, 45:7, 45:8, 45:13
**argued** [1] - 6:14
**aside** [1] - 36:20
**assault** [8] - 10:20, 10:25, 11:6, 11:8, 11:23, 13:14, 17:12, 23:3
**assaults** [1] - 11:4
**assigned** [1] - 17:25
**assistant** [10] - 17:10, 17:14, 18:2, 18:19, 19:14, 21:9, 22:15, 23:9, 23:12, 38:16
**associate** [1] - 41:18
**assuming** [3] - 4:15, 6:13, 6:16
**attendant** [1] - 6:21
**August** [1] - 50:6
**author** [1] - 6:2
**authorities** [1] - 14:8
**authorization** [1] - 25:5
**authorized** [1] - 29:20
**available** [2] - 17:18, 17:19
**Avenue** [1] - 1:23
**avoid** [1] - 6:4
**aware** [11] - 14:1, 14:6, 14:7, 39:5, 39:7, 39:9, 42:2, 42:5, 42:12, 42:16

## B

**backbone** [1] - 44:16
**bar** [1] - 45:8
**base** [1] - 6:11
**based** [4] - 22:11, 25:18, 31:21, 45:16
**basing** [1] - 22:19
**basis** [1] - 21:19
**Bay** [1] - 10:9
**Bayshore** [1] - 1:19
**became** [2] - 23:19, 42:11
**become** [1] - 28:13
**BEFORE** [1] - 1:10
**beginning** [1] - 26:11
**behalf** [1] - 20:1

**bend** [1] - 27:21
**benefit** [1] - 4:12
**best** [1] - 50:3
**between** [4] - 4:18, 17:3, 21:6, 38:24
**bigger** [2] - 22:7
**Biscayne** [1] - 1:15
**bit** [1] - 8:13
**board** [5] - 22:20, 26:12, 26:14, 38:4, 42:13
**body** [2] - 40:22, 41:1
**body-worn** [2] - 40:22, 41:1
**Boulevard** [1] - 1:15
**boxes** [1] - 49:11
**break** [5] - 4:18, 5:10, 7:21, 8:7, 47:2
**breath** [3] - 47:5, 47:13, 48:14
**bridge** [1] - 18:15
**brief** [1] - 5:2
**bring** [7] - 5:8, 6:25, 8:11, 25:4, 25:24, 43:13, 47:9
**building** [1] - 48:6
**BUTCHKO** [2] - 2:3, 9:12
**Butchko** [15] - 3:7, 3:8, 8:21, 8:24, 9:7, 9:24, 15:22, 20:15, 31:19, 33:18, 33:20, 34:12, 34:13, 44:15, 47:7
**Butchko's** [1] - 48:16
**BY** [20] - 9:14, 9:22, 12:23, 16:11, 21:4, 21:18, 23:1, 24:15, 27:10, 28:4, 29:7, 30:22, 32:11, 34:25, 36:11, 39:21, 40:3, 42:4, 44:14, 45:24

# C

**CABEZA** [1] - 1:18
**cabin** [8] - 17:18, 24:24, 26:5, 26:7, 38:13, 38:17, 39:2
**cabins** [3] - 23:4, 25:4, 28:10
**Calbeck** [1] - 3:12
**camera** [3] - 32:18, 39:8, 40:22
**cameras** [6] - 12:13, 12:16, 12:24, 39:12, 39:17, 41:1
**cannot** [6] - 29:12, 31:25, 34:6, 47:24, 47:25

**captain** [2] - 17:20
**cardio** [1] - 47:16
**care** [10] - 4:10, 5:11, 11:21, 12:3, 36:15, 36:17, 36:20, 38:4, 38:13, 48:19
**CARNIVAL** [2] - 1:7
**Carnival** [17] - 10:1, 10:2, 10:22, 10:25, 11:3, 11:7, 11:11, 11:12, 11:17, 12:12, 12:25, 19:16, 19:25, 21:21, 24:2, 31:10, 45:22
**Carnival's** [13] - 14:20, 23:22, 26:6, 28:22, 36:24, 40:4, 40:19, 42:11, 43:3, 44:23, 45:22, 45:25, 46:5
**case** [18] - 3:19, 6:4, 7:22, 10:15, 19:22, 20:15, 23:20, 26:2, 26:3, 27:24, 27:25, 28:20, 36:23, 40:7, 40:12, 41:3, 41:20, 47:23
**CASE** [1] - 1:2
**catch** [2] - 47:5, 48:14
**caught** [1] - 39:11
**CCTV** [8] - 12:6, 12:9, 13:9, 14:17, 30:2, 30:3, 31:5, 39:11
**center** [6] - 14:18, 14:25, 19:1, 37:9, 38:12, 42:9
**centered** [2] - 11:11, 36:12
**certain** [3] - 3:9, 29:13, 46:6
**certify** [1] - 50:2
**chairs** [1] - 25:8
**chance** [1] - 27:11
**change** [1] - 23:18
**characteristics** [1] - 46:6
**check** [1] - 34:20
**checked** [1] - 14:18
**chief** [15] - 17:10, 17:11, 17:14, 17:17, 18:2, 18:19, 18:22, 18:25, 19:14, 21:9, 22:15, 23:3, 23:9, 23:12, 38:16
**chronology** [1] - 41:6
**circuit** [1] - 12:9
**circumstances** [2] - 25:2, 25:3
**city** [1] - 44:20
**clean** [1] - 35:17
**cleaning** [3] - 25:7,

25:8, 29:24
**clear** [10] - 6:4, 13:23, 19:5, 19:21, 22:21, 23:21, 25:10, 26:15, 31:7, 48:15
**clock** [1] - 3:14
**close** [2] - 34:1, 34:2
**closed** [1] - 12:9
**closed-circuit** [1] - 12:9
**closet** [16] - 17:2, 17:6, 25:6, 25:11, 25:25, 33:4, 33:8, 33:9, 33:21, 34:8, 35:6, 35:12, 35:14, 35:21, 35:23, 36:3
**closets** [1] - 35:22
**Club** [1] - 17:24
**Coast** [1] - 13:11
**coffee** [3] - 4:2, 4:4, 7:23
**collect** [1] - 18:15
**comfortable** [1] - 11:16
**coming** [2] - 5:21, 6:20
**committed** [1] - 11:8
**committee** [2] - 46:17, 49:6
**committing** [1] - 46:7
**community** [1] - 10:9
**companion** [1] - 29:17
**completed** [1] - 41:7
**Composite** [2] - 31:19, 31:21
**composite** [1] - 30:15
**computer** [5] - 3:4, 24:7, 24:8, 32:15, 35:4
**concern** [2] - 5:11, 5:12
**concerned** [2] - 5:18, 48:2
**concerns** [1] - 5:5
**concluded** [1] - 6:7
**conclusion** [1] - 5:16
**conditions** [1] - 6:21
**confer** [1] - 5:2
**conference** [6] - 15:17, 16:10, 33:16, 34:23, 42:22, 44:13
**confirm** [1] - 3:12
**confusing** [1] - 19:3
**consider** [2] - 6:5, 45:17
**considered** [1] - 25:6
**contact** [4] - 24:16, 24:22, 37:9, 38:9
**contacted** [1] - 38:5
**contexts** [1] - 43:14

**continue** [3] - 22:25, 32:6, 34:24
**contracts** [1] - 26:12
**contrary** [1] - 6:18
**control** [1] - 11:18
**conversation** [1] - 38:24
**copy** [1] - 20:12
**cordoning** [2] - 13:18, 13:20
**CORPORATION** [1] - 1:7
**correct** [122] - 7:11, 7:12, 10:14, 10:20, 10:21, 10:23, 10:24, 11:2, 11:4, 11:8, 11:13, 11:16, 11:19, 11:25, 12:7, 12:10, 12:13, 13:1, 13:4, 13:8, 13:15, 13:19, 13:21, 13:22, 13:25, 14:10, 15:7, 17:9, 17:12, 17:15, 17:18, 17:20, 17:21, 17:24, 18:4, 18:7, 18:12, 18:15, 18:21, 19:2, 19:6, 19:10, 19:15, 19:22, 19:23, 20:2, 20:14, 20:16, 22:15, 23:5, 23:13, 23:17, 23:23, 24:2, 24:17, 24:18, 24:20, 24:21, 24:24, 25:11, 25:18, 26:6, 26:10, 26:20, 26:21, 27:7, 27:15, 27:18, 27:22, 28:7, 28:10, 28:14, 28:15, 28:16, 28:18, 28:19, 28:22, 28:23, 29:23, 30:2, 31:4, 31:8, 31:9, 32:18, 32:21, 33:1, 33:5, 33:8, 35:8, 35:15, 35:18, 35:25, 36:3, 36:5, 36:13, 36:15, 36:18, 36:25, 37:3, 37:4, 37:7, 37:10, 37:13, 37:25, 39:13, 39:24, 40:5, 40:9, 40:13, 40:15, 40:17, 40:21, 40:24, 41:18, 45:8, 45:9, 45:10, 45:12, 45:18, 46:2, 46:7, 50:2
**counsel** [3] - 4:16, 5:2, 50:4
**couple** [2] - 5:4, 45:5
**course** [6] - 5:19, 11:10, 13:24, 14:7, 14:9, 15:6

**COURT** [101] - 1:1, 3:1, 3:8, 3:15, 3:18, 3:23, 4:2, 4:4, 4:10, 5:1, 5:6, 5:10, 5:14, 6:5, 7:5, 7:8, 7:13, 7:15, 7:20, 8:2, 8:4, 8:14, 8:17, 8:22, 9:2, 9:7, 9:11, 9:20, 12:20, 12:22, 15:16, 15:19, 15:22, 16:8, 20:8, 20:10, 20:14, 20:18, 20:20, 20:22, 20:24, 21:3, 21:13, 21:17, 22:23, 24:4, 24:6, 24:10, 24:14, 27:2, 27:6, 27:9, 28:3, 29:4, 30:5, 30:7, 30:11, 30:14, 30:17, 30:20, 31:11, 31:16, 31:20, 32:2, 32:5, 33:15, 33:17, 33:19, 34:2, 34:15, 34:17, 34:19, 34:24, 36:10, 39:15, 39:18, 40:1, 41:25, 42:2, 42:21, 42:23, 43:7, 44:7, 44:11, 45:20, 46:11, 46:13, 46:16, 46:21, 46:24, 47:1, 47:4, 47:9, 47:11, 48:9, 48:25, 49:2, 49:5, 49:9, 49:14, 49:17
**court** [7] - 4:7, 7:17, 7:19, 7:23, 9:9, 46:17, 49:6
**Court** [3] - 1:22, 1:23, 44:8
**Court's** [2] - 6:4, 44:2
**COURTNEY** [60] - 1:14, 3:7, 4:23, 5:4, 5:8, 5:13, 5:15, 7:2, 7:12, 7:14, 8:1, 8:12, 8:15, 8:21, 9:14, 9:18, 9:21, 9:22, 12:21, 12:23, 15:18, 15:21, 16:5, 16:9, 16:11, 20:7, 20:9, 20:21, 21:2, 21:4, 21:18, 23:1, 24:8, 24:15, 27:5, 27:10, 28:4, 29:6, 29:7, 30:6, 30:9, 30:13, 30:16, 30:18, 30:22, 32:4, 32:11, 33:14, 34:14, 34:16, 34:18, 34:25, 36:11, 39:21, 40:3, 42:4, 44:1, 44:14, 45:24, 46:20
**Courtney** [25] - 1:14,

3:11, 3:16, 3:25, 4:25, 7:10, 8:20, 20:8, 20:24, 21:1, 22:25, 24:7, 27:3, 29:5, 30:12, 33:24, 34:4, 42:24, 43:2, 43:7, 44:4, 44:11, 45:21, 46:19, 48:17
**courtroom** [2] - 15:6, 46:15
**cover** [2] - 16:6, 39:19
**covering** [1] - 13:9
**credibility** [1] - 16:3
**credible** [1] - 16:1
**crew** [6] - 10:20, 24:19, 25:4, 25:6, 26:9
**crime** [5] - 12:6, 13:21, 25:21, 28:13, 46:7
**crimes** [2] - 46:2, 46:4
**cross** [3] - 32:8, 34:18, 46:21
**cross-examination** [1] - 32:8
**crossed** [1] - 7:9
**Cruise** [2] - 10:1, 10:2
**cruise** [1] - 29:21
**CRUISE** [1] - 1:7
**cue** [1] - 4:21
**cued** [2] - 3:3, 4:1
**CURTIS** [1] - 1:17
**custody** [1] - 5:20

**D**

**d/b/a** [1] - 1:7
**Dade** [1] - 10:7
**DANIEL** [1] - 1:14
**Daniel** [1] - 1:14
**date** [1] - 20:20
**Datinguinoo** [1] - 41:8
**daytime** [2] - 35:25, 46:4
**deal** [1] - 11:24
**December** [5] - 12:12, 20:21, 20:22, 21:6, 45:7
**decision** [1] - 6:11
**Deck** [9] - 18:3, 18:4, 30:25, 31:13, 32:18, 32:21, 35:5, 39:8, 39:12
**deck** [12] - 14:11, 16:19, 16:20, 25:9, 29:13, 30:25, 31:1, 34:10, 43:23, 45:10, 45:12
**Decks** [2] - 12:15, 12:16

**decks** [2] - 19:18, 29:25
**deep** [1] - 47:13
**defendant** [1] - 1:8
**Defendant** [1] - 1:17
**department** [1] - 44:20
**depict** [1] - 31:12
**depo** [1] - 4:13
**deposed** [1] - 19:24
**Deposition** [1] - 2:2
**deposition** [8] - 5:9, 7:16, 7:18, 15:6, 20:12, 20:16, 20:20, 31:4
**designated** [1] - 43:11
**desk** [2] - 28:18, 28:20
**determine** [1] - 19:19
**determined** [1] - 19:25
**determines** [1] - 19:16
**device** [1] - 40:23
**dial** [1] - 28:16
**dick** [1] - 27:21
**different** [13] - 5:21, 12:2, 12:24, 18:11, 23:4, 24:1, 28:9, 28:13, 31:1, 31:12, 32:13, 36:5, 39:24
**difficulty** [2] - 48:12, 48:13
**dire** [1] - 31:17
**direct** [2] - 5:17, 34:19
**DIRECT** [1] - 9:13
**Direct** [1] - 2:4
**directly** [1] - 42:2
**directory** [2] - 28:6, 29:4
**discovery** [3] - 33:23, 34:1, 34:2
**discussion** [1] - 30:17
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [1] - 1:23
**doctor** [1] - 48:18
**doctor's** [1] - 8:8
**doctors** [1] - 14:25
**document** [5] - 28:9, 29:8, 29:10, 29:11, 43:3
**documents** [5] - 26:14, 27:24, 42:15, 42:25, 43:4
**DOE** [1] - 1:4
**done** [7] - 34:9, 34:21, 40:5, 40:11, 41:3, 41:12, 42:9
**door** [4] - 42:25, 43:17, 44:6, 44:9
**doors** [1] - 49:7
**down** [10] - 9:9, 14:12, 16:24, 32:21, 40:7,

40:11, 41:18, 46:13, 48:12, 48:21
**Dr** [1] - 3:12
**drill** [1] - 47:20
**Drive** [1] - 1:19
**due** [1] - 46:14
**during** [2] - 15:6, 37:19
**duties** [1] - 18:9
**duty** [11] - 17:9, 17:11, 17:14, 17:18, 18:7, 18:8, 18:10, 23:6, 23:19, 44:4

**E**

**early** [2] - 11:19, 47:13
**easier** [2] - 30:2, 35:13
**editorialize** [1] - 34:6
**efficient** [1] - 4:20
**eight** [1] - 41:10
**either** [3] - 18:16, 43:5, 48:1
**either/or** [1] - 49:14
**elicits** [1] - 44:5
**ELMO** [1] - 24:7
**emergency** [1] - 4:6
**end** [5] - 13:23, 16:10, 34:23, 44:13, 47:13
**ended** [1] - 13:4
**enforce** [1] - 45:2
**enforcement** [1] - 36:21
**enter** [1] - 26:12
**entire** [1] - 8:6
**entitled** [1] - 50:3
**entrance** [1] - 29:15
**error** [2] - 19:2
**escorted** [1] - 46:13
**especially** [1] - 42:25
**ESQ** [4] - 1:14, 1:17, 1:17, 1:18
**established** [1] - 6:17
**estimated** [1] - 17:3
**evening** [4] - 13:7, 16:12, 34:12, 49:18
**event** [4] - 11:22, 11:25, 28:12, 44:11
**everywhere** [2] - 44:21, 44:22
**evidence** [10] - 6:12, 14:4, 14:16, 23:25, 26:17, 30:5, 35:1, 41:20, 42:1, 43:13
**evidentiary** [1] - 36:7
**exact** [1] - 41:9
**exactly** [1] - 33:9
**EXAMINATION** [1] - 9:13
**examination** [2] -

32:8, 39:1
**Examination............**
  **Page** [1] - 2:4
**examining** [1] - 4:14
**example** [3] - 19:18, 29:12, 36:23
**excluded** [1] - 43:14
**excuse** [1] - 49:1
**exhibit** [1] - 34:20
**Exhibit** [11] - 2:12, 23:25, 26:18, 28:5, 30:4, 30:14, 31:19, 31:21, 32:10, 35:2, 35:4
**EXHIBITS** [1] - 2:11
**exit** [1] - 48:6
**expect** [2] - 3:21, 41:2
**experience** [1] - 45:16
**expert** [1] - 45:21
**explain** [6] - 22:1, 30:23, 32:12, 35:3, 36:7, 38:2
**explained** [1] - 22:16
**eyesight** [1] - 25:18

**F**

**fact** [7] - 6:9, 6:17, 13:17, 15:2, 31:10, 39:10, 43:14
**fair** [4] - 10:13, 11:1, 44:6, 44:7
**fall** [4] - 14:21, 15:10, 16:6, 16:7
**familiar** [4] - 24:1, 29:11, 35:21, 41:22
**family** [2] - 4:6, 37:6
**fantastic** [1] - 49:16
**far** [2] - 3:11, 48:2
**FBI** [9] - 5:16, 5:20, 5:24, 6:9, 6:24, 42:25, 43:4, 43:17, 44:5
**feet** [2] - 25:11
**fell** [4] - 14:14, 14:16, 15:1, 15:3
**female** [2] - 26:24, 27:20
**few** [8] - 3:12, 13:24, 17:4, 28:13, 45:14, 48:10, 48:11, 48:14
**fifth** [1] - 18:6
**figure** [2] - 6:3, 11:7, 12:5
**files** [3] - 48:23, 49:3, 49:9
**fine** [2] - 31:16, 47:8
**fingers** [1] - 7:8
**finished** [2] - 3:20, 30:18

**Fire** [1] - 46:12
**fire** [6] - 18:7, 18:8, 18:10, 46:10, 46:14, 47:20
**first** [17] - 3:13, 4:13, 4:18, 6:15, 12:6, 14:9, 16:15, 16:23, 17:1, 19:22, 26:22, 27:13, 37:18, 37:25, 38:5, 38:9, 42:11
**five** [5] - 17:8, 17:10, 17:13, 17:23, 39:23
**fixed** [1] - 7:8
**floor** [1] - 48:15
**floors** [1] - 14:13
**FLORIDA** [1] - 1:1
**Florida** [4] - 1:6, 1:15, 1:19, 1:24
**flsd.uscourts.gov** [1] - 1:23
**follow** [1] - 20:13
**followed** [1] - 21:12
**following** [2] - 20:4, 20:5
**footage** [1] - 13:7
**Force** [1] - 10:10
**force** [1] - 38:20
**foregoing** [1] - 50:2
**forgetting** [1] - 3:6
**form** [5] - 41:21, 42:3, 42:5, 45:19
**formation** [1] - 36:15
**foundation** [1] - 39:14
**four** [3] - 12:25, 13:4, 40:13
**four-page** [1] - 40:13
**frank** [1] - 6:13
**Frankenstein** [1] - 17:24
**frankly** [3] - 6:22, 33:9, 43:15
**fraternization** [2] - 24:1, 26:13
**fraternize** [1] - 26:15
**fraught** [1] - 43:25
**Fredy** [5] - 16:13, 25:24, 26:22, 39:7, 43:16
**free** [2] - 22:2, 45:6
**frequently** [1] - 45:4
**Friday** [3] - 3:14, 3:20, 4:19
**front** [2] - 32:15, 32:25
**fun** [2] - 46:16, 48:21
**functioning** [1] - 12:13
**FYI** [1] - 8:4

## G

**game** [2] - 44:6, 44:7
**gentlemen** [4] - 7:6, 7:15, 7:20, 24:12
**girlfriend** [1] - 28:21
**given** [5] - 22:24, 26:9, 29:11, 36:25, 37:2
**glad** [1] - 4:19
**glass** [1] - 39:8
**global** [1] - 28:6
**great** [1] - 32:17
**group** [1] - 11:21
**Guard** [1] - 13:11
**guess** [1] - 25:22
**guest** [13] - 10:19, 18:17, 18:20, 19:6, 19:9, 24:19, 26:24, 27:20, 28:18, 28:20, 38:4, 41:15, 41:17
**guests** [6] - 25:4, 26:16, 28:12, 29:12, 29:16, 44:22
**Guibao** [4] - 18:7, 18:14, 18:19, 19:5
**guide** [1] - 28:6

## H

**half** [4] - 10:12, 13:6, 19:24, 23:2
**hallway** [1] - 22:20
**hand** [2] - 8:23, 30:7
**handwriting** [3] - 40:5, 40:8, 40:9
**head** [5] - 14:15, 14:16, 14:19, 14:21, 15:1
**hear** [5] - 5:16, 6:10, 6:25, 15:9, 20:10
**heard** [2] - 12:18, 15:11
**hearing** [3] - 5:25, 6:15, 49:6
**hearsay** [1] - 43:13
**heavily** [1] - 17:25
**heels** [1] - 48:21
**help** [3] - 33:12, 34:13
**henceforth** [1] - 15:22
**herself** [1] - 18:14
**hit** [3] - 14:15, 14:16, 14:21
**Hitendra** [4] - 23:10, 23:15, 38:17, 41:13
**hold** [1] - 47:2
**home** [3] - 47:15, 47:18, 48:2
**Honor** [36] - 3:7, 4:23, 5:4, 5:13, 5:17, 5:25, 6:1, 7:2, 7:12, 8:1,

8:12, 9:18, 9:21, 15:18, 16:9, 20:6, 20:9, 24:3, 24:8, 24:9, 28:2, 30:6, 30:9, 30:10, 30:19, 32:1, 32:4, 32:9, 33:13, 34:16, 36:9, 39:25, 42:19, 42:24, 44:1, 46:10
**HONORABLE** [1] - 1:10
**hope** [1] - 47:12
**hoped** [1] - 8:7
**hot** [1] - 47:21
**hour** [2] - 23:2, 39:2
**hours** [5] - 13:25, 17:19, 19:22, 29:13, 29:19
**hydrate** [1] - 47:13

## I

**idea** [2] - 43:15, 48:21
**identified** [1] - 12:25
**II** [1] - 1:11
**imagine** [1] - 15:25
**immediately** [3] - 5:19, 11:23, 37:22
**implies** [1] - 5:20
**important** [4] - 11:7, 11:10, 11:18, 36:17
**impression** [1] - 15:12
**inappropriate** [2] - 15:24, 24:16
**inch** [1] - 39:19
**incident** [7] - 10:17, 31:8, 31:23, 31:24, 35:6, 41:10, 45:2
**incidents** [2] - 44:19, 44:24
**incorrect** [1] - 26:25
**INDEX** [1] - 2:1
**indicated** [4] - 14:25, 26:25, 46:9, 48:17
**indication** [2] - 14:18, 23:16
**individuals** [2] - 11:21, 12:25
**inform** [1] - 28:12
**information** [1] - 37:20
**informed** [2] - 11:12, 36:13
**initial** [1] - 13:2
**injuries** [4] - 14:17, 14:19, 14:25, 34:12
**inside** [3] - 17:2, 27:21, 36:2
**instructed** [2] - 18:2, 45:1

**instruction** [1] - 28:23
**interest** [1] - 40:19
**Internet** [2] - 37:2, 37:17
**intoxicated** [1] - 24:24
**investigation** [9] - 5:16, 10:23, 13:2, 36:20, 36:21, 37:19, 37:20, 43:11, 43:24
**investigator** [1] - 10:3
**inviting** [1] - 43:13
**invoke** [2] - 15:20, 15:21
**invoked** [2] - 15:19, 15:22
**involved** [2] - 19:21, 23:19
**involving** [1] - 46:3
**issue** [1] - 24:23
**issues** [4] - 7:3, 20:1, 34:1, 34:3

## J

**James** [1] - 15:9
**JANE** [1] - 1:4
**JAY** [1] - 1:17
**JOHN** [2] - 2:3, 9:12
**John** [5] - 3:5, 3:7, 3:8, 8:21, 9:24
**join** [1] - 23:17
**joined** [1] - 23:19
**Joint** [3] - 23:25, 26:17, 28:5
**Judge** [8] - 3:19, 4:3, 4:9, 5:3, 47:3, 47:20, 49:1, 49:20
**JUDGE** [1] - 1:11
**July** [1] - 1:7
**JURORS** [1] - 24:13
**jurors** [6] - 3:1, 6:10, 8:5, 8:11, 47:1, 48:11
**jury** [10] - 5:6, 7:1, 7:25, 8:18, 30:23, 35:3, 36:7, 47:9, 47:10, 48:8
**Jury** [1] - 7:4
**JURY** [2] - 1:10, 7:7
**justice** [1] - 47:16

## K

**KATHLEEN** [1] - 1:10
**keep** [1] - 3:6
**kind** [2] - 46:21, 48:13
**kinds** [1] - 12:2
**kissed** [1] - 39:7
**knowledge** [6] - 15:4, 26:1, 31:22, 33:21,

34:1, 41:4
**knows** [5] - 4:17, 12:9, 16:3, 27:4, 45:22

## L

**ladies** [4] - 7:5, 7:15, 7:20, 24:11
**language** [1] - 5:18
**laptop** [1] - 8:16
**largely** [1] - 3:20
**larger** [1] - 22:12
**last** [4] - 3:6, 3:22, 29:21, 49:11
**laundry** [1] - 25:7
**LAUREN** [1] - 1:18
**law** [1] - 36:20
**lawyer** [1] - 37:12
**lawyers** [1] - 9:8
**lead** [1] - 34:6
**leadership** [1] - 25:5
**learn** [1] - 13:13
**learned** [2] - 19:8, 22:12
**least** [1] - 39:23
**leave** [7] - 8:13, 9:19, 9:20, 48:23, 49:3, 49:5, 49:9
**leaving** [1] - 15:5
**left** [5] - 6:8, 33:3, 33:4, 35:20, 49:11
**Lempinen** [7] - 10:15, 16:13, 25:24, 26:4, 40:12, 41:20, 42:6
**Lempinen's** [1] - 34:12
**less** [3] - 18:19, 19:18, 45:13
**liaison** [1] - 42:25
**lido** [2] - 29:12, 45:12
**lied** [1] - 27:20
**light** [3] - 29:22, 29:25, 30:1
**likely** [2] - 8:7, 45:2
**limit** [1] - 12:15
**line** [3] - 21:1, 21:2, 43:19
**Line** [2] - 10:1, 10:2
**LINE** [1] - 1:7
**list** [1] - 34:20
**literature** [2] - 28:25, 29:3
**litigation** [1] - 47:24
**locate** [1] - 30:2
**location** [1] - 33:21
**lock** [2] - 48:23, 49:3
**locked** [3] - 49:7, 49:12, 49:15
**locker** [1] - 27:21
**logs** [1] - 41:18

**look** [5] - 32:14, 34:20, 35:20, 40:9, 46:6
**looked** [2] - 5:24, 30:21
**looking** [3] - 18:12, 31:19, 31:21
**looks** [1] - 26:22
**lost** [2] - 15:12, 15:13
**Lounge** [1] - 17:24
**loved** [1] - 37:6
**lunch** [3] - 3:13, 4:17, 48:18

## M

**ma'am** [3] - 9:1, 20:17, 20:19
**maintenance** [7] - 25:5, 25:10, 25:25, 33:4, 33:8, 35:14, 36:3
**manager** [1] - 38:4
**marked** [3] - 28:5, 29:15, 30:4
**Mary** [4] - 18:7, 18:14, 18:19, 19:5
**Mase** [3] - 1:18, 5:23, 6:14
**MASE** [16] - 1:17, 3:11, 3:16, 3:19, 3:24, 4:3, 4:9, 4:24, 5:3, 48:23, 49:1, 49:3, 49:8, 49:11, 49:16, 49:20
**mask** [1] - 9:4
**masks** [2] - 9:3, 50:4
**materials** [1] - 49:15
**matter** [4] - 27:6, 43:14, 48:4, 50:3
**matters** [1] - 33:25
**maximum** [1] - 46:20
**maze** [1] - 5:15
**mean** [3] - 13:3, 22:16, 40:22
**means** [1] - 11:15
**measure** [2] - 25:20, 25:21
**Mebane** [1] - 1:18
**medical** [10] - 14:5, 14:18, 14:24, 14:25, 19:1, 24:23, 38:12, 39:1, 42:9
**meeting** [2] - 46:17, 49:7
**member** [4] - 10:20, 24:19, 36:17, 37:6
**members** [2] - 26:9, 35:3
**mentioned** [2] - 14:24, 43:1

**merely** [1] - 44:23
**met** [4] - 10:12, 14:11, 26:23, 38:14
**Miami** [6] - 1:6, 1:15, 1:19, 1:23, 1:24, 10:7
**Miami-Dade** [1] - 10:7
**mic** [1] - 42:23
**Michael** [1] - 8:15
**microphone** [5] - 4:12, 9:3, 9:9, 31:20, 33:17
**middle** [1] - 25:2
**midnight** [1] - 29:17
**midship** [1] - 39:8
**military** [2] - 10:10
**minute** [1] - 18:19
**minutes** [8] - 7:21, 7:24, 16:21, 17:4, 17:6, 34:19, 46:20, 47:14
**Miracle** [2] - 12:12, 45:7
**moment** [2] - 3:3, 27:25
**moments** [5] - 3:12, 16:18, 48:10, 48:11, 48:14
**Monday** [2] - 3:22, 5:24
**monitor** [1] - 18:3
**morning** [7] - 3:22, 7:5, 7:7, 7:12, 9:15, 9:16, 45:13
**mounting** [1] - 47:19
**move** [9] - 8:13, 16:3, 21:17, 23:21, 25:23, 27:9, 34:22, 39:18, 44:21
**moved** [1] - 13:17
**moving** [1] - 32:2
**MR** [101] - 3:7, 3:11, 3:16, 3:19, 3:24, 4:3, 4:9, 4:23, 4:24, 5:3, 5:4, 5:8, 5:13, 5:15, 7:2, 7:12, 7:14, 8:1, 8:12, 8:15, 8:21, 9:14, 9:18, 9:21, 9:22, 12:21, 12:23, 15:18, 15:21, 16:5, 16:9, 16:11, 20:6, 20:7, 20:9, 20:11, 20:21, 21:2, 21:4, 21:18, 23:1, 24:3, 24:5, 24:8, 24:9, 24:15, 27:5, 27:10, 28:2, 28:4, 29:3, 29:6, 29:7, 30:6, 30:9, 30:13, 30:16, 30:18, 30:22, 31:18,

31:21, 32:1, 32:4, 32:9, 32:11, 33:13, 33:14, 33:18, 33:20, 34:14, 34:16, 34:18, 34:25, 36:9, 36:11, 38:14, 39:21, 39:25, 40:3, 42:1, 42:4, 42:19, 42:24, 44:1, 44:3, 44:10, 44:14, 45:19, 45:24, 46:10, 46:20, 46:23, 46:25, 47:3, 48:23, 49:1, 49:3, 49:8, 49:11, 49:16, 49:20
**multiple** [3] - 13:18, 13:24, 39:12

**N**

**name** [3] - 3:6, 9:23, 9:24, 18:6, 27:13
**names** [1] - 19:3
**narrative** [1] - 34:4
**nature** [1] - 48:1
**near** [1] - 31:1
**necessary** [2] - 17:18, 19:20
**need** [7] - 4:21, 12:4, 29:17, 34:21, 42:19, 48:12, 48:13
**nervous** [1] - 5:21
**never** [7] - 6:17, 6:21, 14:16, 14:24, 14:25, 24:19, 44:1
**new** [3] - 26:12, 40:25
**next** [5] - 5:24, 8:20, 27:16, 44:3
**NICOLE** [1] - 1:18
**night** [8] - 10:16, 19:19, 29:21, 35:7, 38:10, 43:10, 46:1, 49:11
**nightclub** [1] - 19:18
**nighttime** [1] - 46:4
**nine** [2] - 10:5
**ninth** [1] - 16:19
**NO** [1] - 1:2
**nonetheless** [1] - 15:24
**normally** [1] - 22:6
**North** [2] - 1:23, 10:8
**note** [1] - 9:2
**notes** [3] - 5:25, 6:2, 6:6
**nothing** [2] - 14:9, 29:18
**notice** [1] - 33:22
**noticed** [1] - 15:5
**notified** [1] - 42:14
**number** [3] - 21:20,

34:7, 34:8

**O**

**oath** [1] - 20:18
**objection** [7] - 28:2, 29:3, 36:9, 39:14, 39:25, 42:19, 45:19
**obviously** [2] - 24:23, 40:10
**occur** [2] - 44:19, 45:2
**occurred** [4] - 13:14, 17:17, 35:6, 38:24
**occurring** [1] - 44:24
**OF** [3] - 1:1, 1:10, 2:1
**offhand** [1] - 27:14
**office** [1] - 19:9
**officer** [21] - 10:6, 10:7, 10:8, 17:14, 17:17, 18:3, 18:6, 18:20, 18:23, 18:25, 19:15, 23:3, 23:9, 23:13, 25:15, 25:17, 25:20, 38:16, 41:7, 42:16, 46:1
**officers** [3] - 13:18, 17:8, 17:13, 17:23, 19:13, 19:14, 19:16, 21:5, 23:4, 23:6, 23:7, 23:23, 38:25, 41:2, 44:15, 44:18, 45:1, 45:5, 45:17
**Official** [1] - 1:22
**once** [2] - 11:6, 44:22
**one** [19] - 5:11, 12:6, 12:8, 14:5, 14:6, 14:8, 14:22, 15:19, 17:14, 18:2, 19:14, 23:12, 23:16, 23:17, 32:14, 34:7, 37:6, 39:16, 48:11
**ones** [2] - 19:6, 35:9
**online** [1] - 48:1
**open** [2] - 7:19, 19:18
**opened** [1] - 42:25
**opening** [3] - 5:15, 12:18, 43:17
**openly** [1] - 3:24
**opens** [1] - 44:6
**opportunity** [3] - 31:3, 35:17, 41:6
**opposing** [1] - 4:16
**options** [2] - 28:13, 37:10
**ordeal** [1] - 48:20
**order** [2] - 43:5, 44:2
**orderly** [1] - 48:5
**otherwise** [1] - 22:17
**out-of-turn** [1] - 3:13
**outside** [2] - 42:1,

49:13
**overtime** [1] - 43:18
**own** [6] - 11:11, 36:24, 40:5, 44:23, 45:25, 46:5

**P**

**P.A** [2] - 1:14, 1:18
**P.M** [4] - 46:15, 47:10, 48:8, 49:21
**page** [6] - 20:7, 21:1, 21:2, 27:11, 27:16, 40:13
**Pages** [1] - 1:4
**part** [3] - 15:9, 25:17, 38:4
**particular** [2] - 13:9, 40:19
**parties** [1] - 47:24
**passengers** [3] - 29:1, 29:8, 29:20
**passport** [1] - 8:9
**past** [1] - 22:11
**patience** [1] - 48:5
**patrol** [4] - 18:8, 44:20, 45:6, 45:14
**patrolling** [1] - 45:5
**pause** [1] - 5:2
**people** [14] - 4:10, 11:23, 11:24, 13:4, 19:17, 22:8, 22:20, 23:19, 25:21, 29:22, 30:2, 43:19, 45:4, 45:14
**per** [1] - 28:22
**perform** [1] - 18:8
**period** [1] - 7:21
**permission** [2] - 9:18, 25:24
**permitted** [1] - 24:17
**person** [11] - 7:17, 11:7, 12:5, 14:10, 19:25, 24:23, 37:5, 38:5, 40:20, 43:11, 48:1
**person's** [1] - 40:5
**personal** [2] - 31:22, 33:21
**personally** [1] - 38:15
**personnel** [2] - 14:3, 14:5
**phone** [2] - 37:16, 37:25
**photo** [1] - 32:24
**Photo** [4] - 35:10, 35:20, 36:8
**photograph** [1] - 35:21
**photographs** [10] -

25:13, 30:16, 30:25, 31:5, 32:13, 35:5, 35:7, 35:24, 35:25, 39:22
**photos** [1] - 30:15
**Photos** [1] - 36:2
**physical** [1] - 24:16
**pictures** [4] - 33:23, 34:10, 34:11, 43:22
**pile** [1] - 18:15
**place** [1] - 41:17
**placed** [1] - 25:8
**plaintiff** [1] - 1:5, 3:20, 7:14, 8:21
**Plaintiff** [1] - 1:14
**Plaintiff's** [7] - 2:12, 30:4, 30:14, 32:3, 32:5, 32:10, 32:14
**PLAINTIFF'S** [1] - 9:12
**plans** [1] - 8:5
**plastic** [1] - 9:3
**play** [1] - 5:8
**played** [1] - 7:18
**Played.......Page** [1] - 2:2
**plus** [2] - 17:10, 19:14
**podiums** [1] - 8:12
**point** [6] - 15:4, 16:21, 36:22, 38:13, 40:10, 43:15
**points** [2] - 6:19, 18:11
**police** [8] - 10:6, 10:7, 10:8, 10:10, 25:15, 25:17, 25:20, 44:20
**Police** [1] - 10:7
**policies** [2] - 36:24, 45:25
**policy** [8] - 11:3, 11:11, 37:17, 37:18, 40:4, 40:20, 43:21, 46:5
**pool** [1] - 32:21
**pools** [1] - 39:24
**popped** [1] - 6:19
**populated** [2] - 18:1, 45:14
**portside** [2] - 39:8, 39:12
**position** [4] - 14:20, 14:22, 23:22, 23:24
**possession** [1] - 43:3
**possible** [3] - 13:1, 36:18, 37:6
**post** [1] - 48:18
**post-lunch** [1] - 48:18
**potential** [1] - 13:21
**potentially** [1] - 43:17
**POWELL** [1] - 2:2

**Powell** [7] - 3:5, 4:22, 6:25, 7:11, 7:14, 7:18, 28:21
**Powell's** [2] - 15:6, 16:1
**practices** [1] - 45:23
**predators** [1] - 46:6
**prefer** [1] - 49:14
**preparation** [1] - 41:5
**presentation** [1] - 24:5
**presented** [1] - 6:12
**pretty** [1] - 34:9
**previous** [1] - 5:25
**previously** [1] - 5:17
**problem** [2] - 22:17, 44:9
**problems** [1] - 4:13
**procedure** [3] - 38:19, 40:25, 43:9
**procedures** [9] - 26:6, 26:10, 26:13, 36:24, 41:17, 43:12, 45:23, 45:25, 46:6
**proceed** [1] - 47:6
**PROCEEDINGS** [1] - 1:10
**proceedings** [1] - 50:3
**proceeds** [1] - 36:21
**process** [1] - 36:19
**produced** [1] - 33:23
**proffer** [1] - 6:22
**progresses** [1] - 4:1
**promenade** [1] - 45:10
**Promenade** [1] - 18:4
**proper** [1] - 26:13
**prove** [1] - 6:23
**provide** [2] - 21:22, 43:22
**provided** [2] - 31:10, 43:1
**public** [1] - 4:11
**pull** [1] - 33:19
**purpose** [2] - 29:24, 43:8
**pussy** [1] - 27:21
**put** [3] - 27:21, 28:9, 41:18

## Q

**questioning** [2] - 9:19, 43:19
**questions** [6] - 6:1, 20:1, 21:15, 32:1, 34:5, 48:3
**quickly** [2] - 13:13, 13:17
**quite** [1] - 6:18

## R

**RAINN** [1] - 36:12
**raise** [2] - 5:4, 8:23
**ran** [1] - 15:11
**Ranslem** [1] - 3:14
**Rawat** [4] - 23:10, 23:15, 38:17, 41:13
**Rea** [1] - 41:7
**read** [5] - 21:13, 22:3, 27:11, 41:14, 47:25
**reading** [1] - 41:9
**ready** [1] - 8:11
**really** [2] - 11:6, 26:10
**reason** [4] - 19:24, 37:5, 39:5, 40:11
**received** [1] - 32:10
**receiving** [1] - 24:5
**recess** [4] - 8:3, 46:14, 46:16, 49:21
**recognize** [1] - 43:22
**record** [6] - 6:18, 6:23, 38:25, 40:20, 40:22, 50:3
**recorded** [3] - 38:23, 42:8, 42:10
**recoup** [1] - 48:20
**recuperate** [1] - 47:15
**redirect** [1] - 34:18
**reduce** [1] - 37:7
**refer** [1] - 27:13
**reference** [1] - 43:3
**regarding** [2] - 20:1, 47:23
**regular** [1] - 17:13
**related** [1] - 6:16
**relevance** [1] - 43:19
**remember** [12] - 6:5, 6:6, 19:11, 20:4, 20:15, 20:22, 20:24, 21:15, 21:23, 27:14, 39:1, 41:13
**remove** [1] - 9:18
**renewal** [1] - 8:9
**repatriated** [1] - 5:19
**repatriation** [4] - 6:6, 6:13, 6:16, 6:23
**repeatedly** [1] - 26:4
**replace** [1] - 9:4
**report** [9] - 10:19, 13:14, 19:9, 28:20, 41:7, 41:9, 41:12, 41:14, 43:1
**Reported** [1] - 1:22
**reported** [7] - 18:17, 18:20, 18:25, 19:6, 23:3, 23:23, 41:15
**reporter** [2] - 4:7, 9:9
**Reporter** [1] - 1:22

**reporting** [1] - 11:19
**representative** [1] - 45:22
**requires** [1] - 13:11
**research** [1] - 47:25
**responded** [1] - 16:20
**resume** [3] - 47:16, 48:4, 48:16
**retracted** [1] - 42:17
**retraction** [5] - 41:21, 42:3, 42:5, 42:12, 43:1
**Returned** [1] - 46:15
**review** [4] - 27:24, 31:4, 41:6, 42:15
**reviewed** [1] - 42:15
**reviewing** [1] - 41:13
**road** [1] - 40:7
**ROBERT** [1] - 1:17
**room** [6] - 24:20, 49:3, 49:4, 49:12, 49:13, 49:15
**rooms** [1] - 48:24
**rule** [4] - 15:19, 15:20, 15:21, 15:22
**ruled** [1] - 5:18
**rules** [1] - 24:1
**ruling** [1] - 6:4
**run** [1] - 16:24
**running** [2] - 14:12, 15:10

## S

**Sanders** [1] - 4:5
**Santorufo** [1] - 3:3
**sat** [1] - 16:3
**saw** [5] - 14:12, 16:3, 16:7, 16:18, 27:25
**scene** [4] - 6:9, 13:21, 25:21, 31:23
**schedule** [1] - 3:12
**scheduled** [1] - 47:13
**scheduling** [1] - 4:20
**screen** [4] - 24:11, 30:8, 32:15, 35:9
**seated** [5] - 3:1, 7:5, 8:4, 8:19, 9:2, 47:11, 48:9
**second** [1] - 7:2
**seconds** [1] - 18:18
**security** [51] - 12:3, 12:4, 14:3, 17:8, 17:13, 17:14, 17:17, 17:23, 18:3, 18:6, 18:19, 18:25, 19:9, 19:12, 19:13, 19:14, 19:16, 20:1, 21:5, 21:22, 22:21, 23:3, 23:4, 23:7, 23:9,

23:12, 23:22, 24:22, 24:24, 27:20, 28:6, 38:16, 38:25, 41:2, 41:6, 41:7, 41:9, 41:12, 41:14, 42:11, 42:16, 43:1, 43:9, 44:16, 44:18, 45:1, 45:5, 45:16, 46:1
**see** [15] - 3:19, 3:24, 3:25, 26:9, 26:19, 32:20, 32:23, 33:12, 35:13, 35:23, 42:15, 43:18, 48:3, 48:6, 49:18
**SEITZ** [28] - 1:17, 20:6, 20:11, 24:3, 24:5, 24:9, 28:2, 29:3, 31:18, 31:21, 32:1, 32:9, 33:13, 33:18, 33:20, 36:9, 39:14, 39:25, 42:1, 42:19, 42:24, 44:3, 44:10, 45:19, 46:10, 46:23, 46:25, 47:3
**Seitz** [8] - 1:18, 20:10, 31:17, 32:7, 33:17, 41:25, 44:8, 46:22
**senior** [1] - 10:3
**sense** [1] - 11:18
**separate** [1] - 18:3
**seriously** [1] - 10:25
**served** [1] - 33:22
**service** [2] - 4:11, 38:4
**services** [9] - 10:19, 18:18, 18:20, 19:6, 19:9, 28:18, 28:20, 41:15, 41:17
**settle** [1] - 48:14
**seven** [5] - 19:14, 21:8, 21:9, 22:14
**several** [1] - 6:19
**sexual** [11] - 10:20, 10:25, 11:3, 11:6, 11:8, 11:23, 17:12, 23:2, 46:1, 46:4, 46:6
**Shane** [1] - 8:17
**share** [1] - 47:22
**shift** [1] - 23:18
**shifts** [1] - 19:17
**ship** [32] - 6:8, 12:14, 18:11, 19:12, 19:17, 21:22, 22:7, 22:8, 22:12, 22:20, 24:17, 26:14, 29:2, 29:9, 29:15, 29:19, 31:1, 32:25, 33:1, 33:11, 35:5, 35:22, 35:23, 38:5, 39:20, 41:14, 42:13, 42:18, 44:16,

44:21, 45:6, 45:15
**ship's** [1] - 25:5
**ships** [1] - 11:22
**shots** [1] - 30:24
**show** [6] - 26:17, 28:5, 30:4, 33:7, 35:1, 36:2
**shower** [1] - 39:3
**showing** [2] - 23:25, 35:9
**sick** [1] - 47:22
**side** [2] - 32:23, 33:8
**sidebar** [8] - 15:16, 16:10, 33:13, 33:16, 34:23, 42:20, 42:22, 44:13
**Sidebar** [1] - 15:17
**Sierra** [17] - 10:15, 14:20, 15:10, 25:24, 26:4, 27:13, 28:1, 28:20, 38:9, 38:12, 38:18, 39:7, 39:10, 40:12, 41:20, 42:12, 42:17
**signed** [4] - 40:17, 41:21, 42:5, 42:12
**Singh** [4] - 18:22, 18:25, 23:3
**sit** [1] - 13:6
**sitting** [1] - 15:23
**situated** [1] - 32:18
**situation** [4] - 13:3, 18:3, 25:1, 32:20
**situations** [1] - 12:3
**six** [1] - 25:11
**size** [4] - 22:7, 25:12, 25:21, 25:22
**slip** [4] - 14:20, 15:10, 16:6, 16:7
**slipped** [2] - 14:14, 15:2
**slow** [2] - 14:12, 16:24
**slowly** [2] - 4:12, 9:8
**snacks** [1] - 7:23
**someone** [4] - 11:22, 14:6, 40:4, 40:7
**sometime** [2] - 16:14, 17:3
**somewhere** [1] - 6:19
**soon** [5] - 10:22, 18:18, 36:18, 37:6, 37:20
**sorry** [6] - 12:21, 15:18, 27:19, 41:1, 47:7, 48:25
**sound** [1] - 27:15
**sounding** [1] - 46:12
**SOUTHERN** [1] - 1:1
**speaking** [1] - 4:19
**specific** [2] - 11:21,

45:21
**spoken** [1] - 13:4
**staff** [3] - 10:3, 14:24, 17:20
**stages** [1] - 13:2
**stairs** [2] - 39:8, 48:12
**stairwells** [1] - 48:21
**stand** [1] - 8:23
**standing** [1] - 32:24
**start** [3] - 10:16, 34:5, 43:24
**started** [2] - 26:19, 40:12
**starts** [1] - 10:22
**state** [1] - 24:19
**statement** [21] - 5:15, 12:18, 26:19, 26:23, 27:7, 27:11, 27:14, 27:19, 38:17, 38:18, 38:20, 38:21, 38:23, 38:25, 40:4, 40:13, 40:15, 40:17, 40:19, 40:20, 44:23
**statements** [5] - 6:15, 13:24, 14:1, 14:5, 27:25
**States** [2] - 1:23, 10:10
**STATES** [2] - 1:1, 1:11
**statistics** [1] - 45:16
**steps** [1] - 36:20
**still** [4] - 18:8, 29:23, 30:23, 48:2
**stop** [2] - 27:2, 44:24
**subpoena** [1] - 33:22
**subsequently** [1] - 17:11
**sufficient** [1] - 21:21
**Suite** [2] - 1:15, 1:19
**suits** [1] - 48:21
**summary** [2] - 41:10, 41:12
**summer** [1] - 47:20
**supplies** [2] - 25:8, 36:5
**supposed** [8] - 11:12, 24:22, 36:25, 37:2, 43:21, 43:22, 45:17, 46:3
**suspects** [1] - 13:1
**suspense** [1] - 47:18
**sustained** [4] - 28:3, 36:10, 40:1
**Suyal** [3] - 18:20, 19:5, 23:15
**sworn** [1] - 8:25
**SWORN** [1] - 9:12

**T**

**tables** [1] - 49:10
**team** [11] - 11:21, 12:3, 12:4, 25:5, 36:15, 36:17, 36:20, 38:4, 38:13, 42:11
**technologically** [1] - 3:2
**technology** [1] - 7:8
**telephone** [1] - 36:25
**television** [1] - 12:9
**ten** [5] - 7:21, 7:23, 46:20, 46:25, 47:14
**tenth** [1] - 16:20
**terms** [7] - 19:12, 29:1, 29:22, 37:15, 38:16, 38:22, 43:16
**terrible** [1] - 12:5
**test** [1] - 26:9
**testified** [1] - 33:20
**testify** [2] - 16:2, 43:20
**testimony** [10] - 16:1, 20:12, 26:2, 26:3, 43:2, 44:5, 47:17, 47:23, 48:16, 48:18
**THE** [117] - 1:10, 3:1, 3:8, 3:15, 3:18, 3:23, 4:2, 4:4, 4:10, 5:1, 5:6, 5:10, 5:14, 6:5, 7:5, 7:7, 7:8, 7:13, 7:15, 7:20, 8:2, 8:4, 8:14, 8:17, 8:22, 9:1, 9:2, 9:6, 9:7, 9:10, 9:11, 9:20, 12:20, 12:22, 15:16, 15:19, 15:22, 16:8, 20:8, 20:10, 20:14, 20:17, 20:18, 20:19, 20:20, 20:22, 20:23, 20:24, 21:3, 21:13, 21:16, 21:17, 22:23, 24:4, 24:6, 24:10, 24:13, 24:14, 27:2, 27:6, 27:8, 27:9, 28:3, 29:4, 30:5, 30:7, 30:11, 30:14, 30:17, 30:20, 30:21, 31:11, 31:14, 31:16, 31:20, 31:25, 32:2, 32:5, 33:15, 33:17, 33:19, 34:2, 34:15, 34:17, 34:19, 34:24, 36:10, 39:15, 39:17, 39:18, 39:19, 40:1, 41:25, 42:2, 42:21, 42:23, 43:7, 44:7, 44:11, 45:20, 46:11, 46:13, 46:16, 46:21, 46:24, 47:1, 47:4, 47:8,
47:9, 47:11, 48:9, 48:25, 49:2, 49:5, 49:9, 49:14, 49:17
**themselves** [1] - 24:21
**there're** [1] - 45:4
**thereafter** [1] - 18:18
**three** [5] - 13:6, 14:4, 17:24, 25:11, 27:11
**three-page** [1] - 27:11
**throughout** [3] - 12:14, 45:6, 45:15
**Thursday** [1] - 8:5
**timing** [1] - 32:7
**titled** [1] - 25:2
**today** [4] - 13:6, 14:20, 34:21, 47:14
**together** [5] - 4:19, 16:15, 17:1, 17:6, 19:8
**tolerance** [1] - 11:3
**tomorrow** [6] - 3:10, 47:17, 48:4, 48:7, 48:16, 49:18
**top** [2] - 33:4, 35:20
**total** [1] - 21:10
**totally** [1] - 47:8
**touch** [1] - 37:5
**towards** [4] - 32:25, 33:4, 35:20
**track** [4] - 3:9, 15:12, 15:13, 44:12
**traffic** [3] - 29:22, 29:25, 30:2
**trained** [2] - 26:11, 26:13
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 50:2
**trauma** [3] - 11:12, 36:12, 37:7
**traumatic** [1] - 11:25
**travel** [1] - 29:17
**traveled** [1] - 19:19
**treat** [1] - 7:16
**trial** [5] - 3:25, 5:22, 33:22, 47:17, 48:4
**TRIAL** [1] - 1:10
**true** [1] - 28:1
**truly** [1] - 31:12
**try** [5] - 6:3, 9:8, 32:12, 35:12, 37:6
**trying** [1] - 33:24
**turn** [2] - 3:3, 3:13
**turned** [1] - 28:1
**two** [8] - 8:5, 10:9, 14:1, 14:2, 14:3, 14:7, 17:10, 19:8, 34:8, 39:2, 47:18
**typically** [1] - 23:13

**U**

**U.S** [1] - 6:20
**unauthorized** [1] - 29:14
**unavailability** [2] - 6:17, 6:22
**under** [3] - 20:18, 25:2, 25:3
**understood** [3] - 16:17, 34:14, 39:22
**undisturbed** [1] - 49:10
**unforeseen** [1] - 47:7
**unfortunate** [1] - 4:6
**uniformed** [1] - 44:15
**UNITED** [2] - 1:1, 1:11
**United** [2] - 1:23, 10:10
**up** [15] - 3:3, 4:1, 4:21, 5:10, 6:19, 6:24, 13:4, 23:4, 23:7, 23:22, 32:7, 33:19, 35:17, 37:24
**usual** [1] - 48:10

**V**

**vague** [1] - 29:3
**value** [1] - 36:7
**various** [1] - 31:1
**Vernita** [1] - 50:6
**VERNITA** [1] - 1:22
**Vernita_Allen** [1] - 1:22
**Vernita_Allen-Williams** [1] - 1:22
**veteran** [1] - 4:7
**via** [1] - 10:12
**victim** [13] - 11:11, 11:12, 11:16, 11:18, 28:13, 36:12, 36:18, 36:24, 37:2, 37:9, 37:22, 37:24
**victims** [2] - 36:22, 43:22
**video** [5] - 2:2, 13:13, 15:15, 42:8, 42:10
**videotaped** [1] - 7:18
**view** [1] - 27:14
**vigilant** [2] - 46:1, 46:3
**Vikas** [3] - 18:20, 19:5, 23:15
**Vikram** [4] - 18:22, 18:25, 23:3
**Village** [1] - 10:9
**violate** [2] - 43:5, 44:1
**violation** [3] - 5:17, 26:5, 26:8
**visit** [1] - 28:18
**voir** [1] - 31:17
**Volume** [1] - 1:11
**vs** [1] - 1:6

**W**

**wait** [5] - 20:8, 27:2, 41:25, 48:14
**waiting** [1] - 5:7
**wake** [2] - 23:4, 23:22
**waking** [1] - 23:7
**walk** [2] - 24:19, 24:24
**walking** [1] - 44:8
**walks** [1] - 32:24
**walkway** [1] - 32:23
**wants** [2] - 37:22, 38:18
**warning** [1] - 29:16
**warns** [2] - 28:25, 29:8
**watch** [5] - 18:7, 18:8, 18:10, 41:7, 41:9
**watched** [1] - 15:10
**water** [1] - 7:23
**wearing** [1] - 50:4
**Wednesday** [1] - 4:17
**welcome** [1] - 9:6
**wet** [1] - 14:13
**Whoa** [1] - 12:20
**whoa** [6] - 12:20, 21:13, 31:11
**whole** [3] - 12:14, 40:10, 45:6
**WILLIAM** [1] - 1:17
**Williams** [2] - 1:22, 50:6
**WILLIAMS** [2] - 1:10, 1:22
**witness** [17] - 3:14, 3:22, 4:13, 4:14, 4:17, 7:10, 8:20, 8:23, 8:25, 20:11, 30:7, 34:6, 34:21, 43:5, 43:8, 49:13
**WITNESS** [15] - 9:1, 9:6, 9:10, 9:12, 20:17, 20:19, 20:23, 21:16, 27:8, 30:21, 31:14, 31:25, 39:17, 39:19, 47:8
**witness'** [1] - 16:2
**WITNESSES** [1] - 2:1
**witnesses** [8] - 3:10, 4:15, 14:23, 15:2, 16:2, 16:6, 48:17, 50:4
**words** [4] - 22:14, 27:22, 27:23, 40:10
**workers** [2] - 46:11, 47:21

**worn** [2] - 40:22, 41:1
**worry** [1] - 46:13
**write** [1] - 40:11
**writing** [1] - 40:13

## Y

**year** [2] - 10:12, 19:24
**years** [6] - 10:5, 10:8, 10:9, 13:7, 25:15
**yesterday** [2] - 12:18, 34:21
**yourself** [1] - 19:21

## Z

**zero** [2] - 11:3, 27:15
**Zoom** [1] - 10:12
**zoom** [1] - 35:12