# EXPERT

# CHERI SURLOFF, PHD., PSYD

**CHERI SURLOFF, Ph.D., Psy.D.**
**Clinical Neuropsychology**
17251 N.E. 19th Avenue
North Miami Beach, FL 33162
Phone: (305) 948-8444
Fax: (305) 948-6627
Pager: 1-800-746-9145

**REPORT**

| | |
|---|---|
| NAME | : [redacted] |
| AGE/SEX/DOB | : [redacted] |
| EXAMINER | : [redacted], Psy.D. |
| DATE OF INCIDENT | : 12/02/18 |
| DATE OF EXAMINATION | : 08/13/20 |
| DATE OF REPORT | : 08/31/20 |

*** ***CONTENTS CONFIDENTIAL******

*(This is privileged and confidential patient information. Individuals or entities granted permission to this record through written release by the appropriate persons must be professionals capable of ethically and professionally interpreting, understanding and communicating the information it contains. Any duplication, transmittal, re-disclosure or transfer of this report is expressly prohibited).*

**REASON FOR REFERRAL:**
[redacted] was sexually assaulted by a crew member while on the Carnival Cruise [redacted] The ship was in international waters. She was 21 years old when the assault occurred.

**RELEVANT HISTORY:** [redacted] describes her attacker as an Indonesian wearing a blue shirt. When she was being treated for the assault she was described as having "panic attacks" per Steve Matthews, CTOC, who received a call from Carnival Cruise Line Duty Agent, Julio Eftopiaman about the sexual assault. This was investigated by the Federal Bureau of Investigation due to the incident happening on international waters. [redacted] was traveling with her friend, Amanda Powell, who she was sharing a [redacted]g the cruise. It is reported that she had been drinking and ran on the pool deck, where she slipped and fell, subsequently hitting her head. She stated that she met someone who worked on the ship who she remembers kept stating "You look like my girlfriend." She saw his nametag and remembers that he was from Indonesia. He took her inside a locker and "There were mops in there. I remember his penis was out. He bent me over, entered me and ejaculated on my backside. I was confused as to where I was and I wanted to go back to my room. Prior to this I had been drinking and he was rubbing his penis against my back. He said 'If you want me to open the door you have to bend over.' He had locked the closet door. He pulled my shorts down and entered me. He said 'Let's go back to your cabin, it's my lunchbreak.' She was able to return to her cabin and told Amanda Powell what had happened. They went to Guest Services to inform them. Security showed her cruise photos and she was able to identify her rapist. The attack happened sometime between the hours of 12/01/18 and 12/02/18. The cruise member stated to the FBI that she asked him to hide her in the locker. He states "She hugged me, touched my penis, and asked me if I wanted to fuck." He stated that he said




no, but she masturbated him with her hand. He stated she undid the pant clasp and pulled his pants down. He stated that he ejaculated in her hand, although he may have ejaculated into his hand as well. He then stated that she bent over in front of him with her shorts pulled down, so he placed his penis inside her, but he had already ejaculated from the masturbation and withdrew from inside her. He did not know if he ejaculated while he was inside her. He states she kissed him and he "felt the entire encounter to be consensual".

She has had multiple previous traumas; the early death of her father at age six, and she was sexually assaulted by her grandfather at age nine. She confided this to her mother, who did not believe her or support her at that time. She was admitted to Centennial Peaks Hospital after an attempted suicide overdose at the age of 14, on 7/9/11. She was admitted due to the ingestion of multiple pills and cleaning products. She was assessed by Elizabeth Shuman, MD, who stated that [redacted] had a history of depression since the sixth grade. This was consistent with the timeframe of what must have been a very difficult integration of sexual advances from a loved grandparent. He had told her not to tell anyone. She describes the relationship with her mother as not supportive, and invalidating of her pain and the voracity of the sexual molestation of her grandfather at age 9.

She sought security and stability from other relationships. The precipitating factor when she was 14 and attempted suicide, was that her boyfriend was dating her best friend. She initially stabbed herself in the stomach, which may have been symbolic for 'not being able to stomach the events around her at age 14'. She was diagnosed with major depressive disorder, single episode, moderate, without psychosis, and moderate psychosocial stressors. This seems to be an understatement of the psychosocial arena that she was living in, however, she was discharged on Zoloft 37.5 mg and Sertraline as a selective serotonin reuptake inhibitor. It would not have been prescribed if bipolar illness was suspected, as an SSRI can spiral a patient vulnerable to bipolar disorder into mania. This drug was well accepted by [redacted] and she states that she felt better on the drug, however her mother discontinued the medication because she told [redacted] they could not afford it. [redacted] stated that she felt very uncomfortable when she stopped the drug, although she was only on it for a month or two, and it took her a month to get back to feeling better. This is because there is receptor change with the serotonin reuptake inhibitors, and one should not abruptly withdraw from it. Her mother did not procure any other avenue to get [redacted] the drug, although she presented with irritability, crying spells, and feelings of hopelessness per her psychiatric evaluation on 7/20/11, she was 'the identified patient' with little intervention for the feelings of betrayal and invalidation she felt from those closest to her, especially her mother and grandfather.

[redacted] describes her relationship with her mother as loving, but not supportive in areas where she felt very fragile. Her mother told her she would have to live with her grandfather due to her instability in her own life, as well as what [redacted] described as alcohol and substance abuse by her mother at that time. [redacted] states "My first suicide attempt was when I thought I would have to live with my grandfather. He was in his 40's then and





sometimes he would just hug me too long. The sexual encounter was about touching his genitals. I never wanted to be alone with him again. I never really told my cousin, it was awkward. My grandfather told me the reason that it happened is that I should have said no and it was my fault. He was in the house and had been drinking. Again, [redacted] is left feeling guilty for the actions of people who are not only close to her, but are adults, so she internalizes this. She states "In order to have a relationship with my mother, I had to be the adult. She was doing drugs at that time. Her boyfriend was supportive of me, and I valued that relationship, however, my mother became jealous and did not want me to have a relationship with him. I was then engaging in obsessive rituals like counting my bites when I would chew and enjoying even numbers on tasks. It is clear that [redacted] was attempting to control her environment to control some aspect of her behaviors because her environment and ensuing anxiety from the psychosocial stressors and feelings of isolation and betrayal were out of her control at that time. She was in Colorado at the Medical Center and became more interactive and benefitted from therapy and wanted to learn better coping strategies. She was treated by Wayne Scott Jeffers, MD. He wrote on 7/9/11 "She benefited from her stay and reported seldom having suicidal ideation. She lost any intention to act on suicidal thoughts. She had no evidence of a thought disorder or manic symptomatology and no difficulty expressing herself or her thoughts." In 2018, she experienced another abandonment of a rather abrupt nature when a young man who she was dating stated that she was too young for him. He was ten years older. She again decided to end her life. She wrote a note "I love you." She stated "My world was shattered. I knew it would never be the same especially since I didn't have you. You always made me feel so safe." Again, reaffirming that she sought stability and a constant relationship with men in her life, and reacted with the post-traumatic stress disorder symptomatology when she felt that she was abandoned. The cruise was two weeks later. She writes "To Amanda, It should have never happened. I have to make it go away forever. That is why I have to go away forever too. I can't get my head out of that closet. I feel like I can't ever breath anymore." She wrote to her mother "All the pain will go away and I know that no one will ever know what I've been through."

She was able to engage, on 12/13/19, to identify warning signs, panic, tears and thoughts of suicide. She had a support contact at all times. She had Amanda's phone number, Andreya and Amber. She learned strategies to avoid alcohol, not access firearms, and to keep away from anyone that would have firearms. She put a picture of her niece and nephew on the dash while she was driving and gave all her medications to her sister to hold until needed that week. She was adopting all the behavioral resolutions and therapy that had been provided to her. She wrote "If I cannot keep myself safe, I will go to the nearest ER or call 911." She saw Dr. Robert Reinach on 12/18/19, who felt her fatigue, loss of energy, feelings of worthlessness, excessive guilt resulting in suicidal ideation, was the result of the factors prior to the rape that made her more vulnerable to the consequences of that rape. One involved the death of her father at 6 years of age, her mother's alcohol and substance abuse, her mother's inconsistent behavior with her feelings of abandonment, and her grandfather, who she felt very loved and attached to, sexually abusing her, resulting in the culmination of being raped on the ship, which should have been a secure haven for rest and relaxation where she was trying to get over the





breakup that she had just had with her boyfriend. She was then given a diagnosis of post-traumatic stress disorder, depression and anxiety. She also was diagnosed with bipolar, mixed, but was never given drugs for bipolar illness, nor has she had symptomatology of bipolar illness since that diagnosis. She stated that she shaved her head in April 2019, and had her head tattooed as a sign of strength and change. She also engaged with a crises center in September 2019, and began heavy drinking in October and November of 2019. She stated "I had a drinking problem after the cruise. I had difficulty with trust issues with men." She writes "The incident has changed my life. I have depressive episodes. I suffer from anxiety in public. It has affected how intimate I am with a person. I was not only raped and taken advantage of by the ship's rapist employee, but I was also humiliated by the defendants' staff. I was being treated indifferently. I was kept in the dark. They wouldn't let me see video footage. They kept my underwear. They let me stay in the clothes I was raped in. I had to walk past the passengers disembarking in a large T shirt looking horrible. I remember how the staff from the subject cruise said 'Oh this happens all the time.' Now when I see on the news or an article anything about cruise rapes it affects me on a deeper level. Months after the incident occurred, I shaved my long blonde hair completely off. I felt I needed to change myself physically. I had gotten two tattoos, one on my head and one on my ribs that resemble new beginnings and getting through hard times. At the lowest point I thought of killing myself. I had a plan. I went around to visit my friends and create memories for them to remember me. I also wrote everyone notes. I was hospitalized. Further, I feel that the cruise line is directly negligent for its misrepresentations in their literature, website, and videos about the existence and quality of its crew and officers, and the services provided by the crew."

"On December 1, 2018, I was sexually assaulted by one of the defendant's employees. At the time I was sexually assaulted I was a 21-year-old traveling with my friend Amanda, and my friend's family. That was my first cruise. On the last night of the subject's cruise, I went up a stairwell in the pool deck area. At the top was an employee of the defendant. Once I reached the top of the stairs the subject's employee lured me into a closet. He went inside the closet with me and locked the door behind me. He pulled my shorts down and bent me over some sort of cone. He penetrated me and ejaculated on me. Thereafter he unlocked the closet door and let me leave. I immediately rushed away towards my room. The employee caught up with me and asked me to allow him back in my room. I declined his request. Once I reached my room I burst into tears and told Amanda what had just happened. I was so angry and hurt and confused as to what had happened. Amanda and I went to find help and report what had happened. I located employees of the cruise to report the crime. I started hyperventilating. I was placed in a wheelchair and taken to the medical facility inside the cruise. There a rape kit was utilized on me. Ship security questioned me and FBI agents came on the ship and questioned me. To the best of my recollection the employee had a nametag that said Indonesia. I don't remember how he looked, but I remember his eyes and him looking down on me. I positively was able to identify him as the rapist. I was also subject to numerous episodes of humiliation following the medical examination where I had to walk through dozens of passengers who were waiting to disembark the ship. I felt so embarrassed. The passengers were ogling me as I passed them in just a T shirt, and I was not provided any





fresh clothes to wear. I was also told by the lady that performed the rape kit 'This happens all the time.' It was infuriating."

"It was the last day of my cruise. I was on the boat all day with my friend Amanda. We were tanning and at the pool all day. I went to Fine Dining with Amanda and met two guys. I went back to my room to change. Later I went to the comedy show. I sat with the guys and Amanda. We all went to take pictures. We hung out in the room for some time after the show. One of the guys wanted to take us back to our room. On the way back to my room is when the incident occurred. After the incident occurred, I went running back to my room. I had consumed some alcoholic beverages during that day while at the pool, dinner and comedy show. I did not consume any drugs or medications."

She stated "I had a drinking problem after the cruise. I had trust issues with men. Stress caused me to lose my hair. I decided to shave it off in a moment of panic. I felt I would never be raped again if I was uglier. Shaving my hair made me feel that I had a different identity, now the strong 'brave girl who shaved her hair off' not the 'weak girl who was raped on the cruise.' I had a lot of sleepless nights and dark thoughts and I became vulnerable to thoughts of suicide. I decided to execute a plan. I couldn't cope with my work schedule and was having a tough time maintaining my psychological equilibrium. I went down from three jobs to one within months. Affection was hard for me with partners for a long time. Also, I don't know if this is a bad thing to say, I feel wrong for saying it, but when I work where I work, there is a lot of Asian people who come in and I have a panic attack for a moment. I'm not really racist by any means and I hate to admit that I become very agitated when I see an Asian man."

One of [redacted] most salient trigger points is her abandonment of security figures as well as betrayal and harm sexually by men. When she is vulnerable at ages 9-11 with a beloved grandfather, or crew member on a cruise ship when she is incapacitated with alcohol, this triggers all of the past emotional upheavals and vulnerabilities. She now is in a stable relationship with her baby's father. His parents are also very supportive of her. She states "My feelings resurfaced for what happened to me as a child. I blamed myself for many months about what happened on the cruise ship and fear that no one would believe me, as how I felt with Pompo for a long time. I hit a really low point and was on the verge of killing myself again. I had a plan this time. I was going to do it better than when I was 14. I am working with my therapist on how to deal and cope with what has happened to me and to not ever be suicidal again. I know now I did not ask for a grown man to lock me in a closet while I was drunk. I am working at being healthier for my child. The baby has been my saving grace."

"Pompo, my grandfather, molested me when I was young. For a long time, I blamed myself for what happened and I chose to forget it. I had a relationship with him as a teenager, however when I was raped on the cruise ship my feelings resurfaced for what happened to me as a child. I blamed myself for many months about what happened on the cruise ship."





**SUMMARY:** In summary, [redacted] has been experiencing post-traumatic stress disorder in response to trauma she experienced as a child, as well as sexual molestation by her grandfather, culminating in the rape on the cruise ship. Post-traumatic stress disorder is an anxiety disorder that develops in response to a traumatic experience with hyperarousal, avoidance behaviors, and a numbing of responsivity as well as cognitive distortions. She describes difficulty with sexual responsiveness in relationships after the rape. Intense psychological distress, recurrent and distressing recollections of the rape, poor sleep, and hyper physiological reactivity. She felt such persistent symptoms of post-traumatic stress disorder that she contemplated suicide. The diagnostic criteria for post-traumatic stress disorder is in the DSM5. Post-traumatic stress disorder is unique among psychiatric disorders in that the symptoms are tied directly to the etiological event, the traumatic stressor (Breslau, 2002). In her case the rape recapitulated all of the childhood trauma, especially the sexual trauma, who report higher rates of exposure to post-traumatic stress disorder from rape, sexual molestation, childhood neglect and physical abuse (Hildago and Davidson, 2000). Early response to trauma increases the risk through reexposure (Breslau, Davis, Andresti, 1995). These increase the risk factors for post-traumatic stress as one enters another phase of life.

Much of what has motivated her to contemplate suicide is the uncontrollable stress; the amygdala induces the relapse of high levels of catecholamines and cortisol, which impairs prefrontal cortex regulation of behavior. Thoughts are inhibited by the strong focus of emotional centers. This is when the amygdala floods the prefrontal cortex with catecholamines and takes the prefrontal cortex 'off line'. It diminishes rational behavior and thought. This makes it more difficult for her to realize that she was not at fault or responsible for this rape (Quirk, Likhtik, Pelletier, 2003). [redacted] is experiencing high levels of negativity after the rape, which increased her perception of risk in her environment (Butler and Mathews, 1983, and Constans 2001). It is found that in post-traumatic stress her condition would escalate to suicidal ideation and it is not uncommon in post-traumatic stress disorder that the event augmented her initial vulnerability to the sexual assault and the thoughts of suicide. There is a propensity to worry and there is a perception of risk (Constans, 2001). In [redacted] history of childhood mistreatment and sexual abuse, this affects her vulnerability to emotional, behavioral, cognitive, neuroendocrine, neurotransmitter system dysregulation, and affects her reactions to further traumas that she experienced, such as the unexpected rape. This also increases the likelihood of increased anxiety and depression (Lansford, Dodge, Petit), a twelve-year perspective study of the long-term effects of early childhood physical maltreatment of psychological behavioral and academic problems in adolescence, revealed this data. This paves the way for future depressive disorders, substance abuse, and suicide attempts. Negative trauma appraisals by [redacted] elicited shame, guilt and suicidal ideation. The feelings of hopelessness she felt after the rape, with depression, co-varies with suicidal ideation (Resick et al 2002, Gallagher and Resick, 2012).





The intervention at Kaiser Permanente assisted her to reduce severe major depression and suicidal ideation. Her pregnancy motivated her to align with therapy to buffer the effects of the rape and her depression as well as post-traumatic stress disorder. There are certainly mechanisms of change and cognitive processing therapy, and her prolonged exposure therapy for post-traumatic stress disorder. There is also the hormonal influence and hope and optimism of her having the baby. She is now in a relationship that is stable, which is something that she craved throughout her childhood, and hopefully she will continue, after the birth of the baby, to feel supported and to not have disabling symptomatology.

**DIAGNOSES:**

1. Post-traumatic stress disorder.
2. Major Depressive Disorder, recurrent, in remission

**RECOMMENDATIONS:**

1) It is recommended that [redacted] see a psychiatrist twice weekly to integrate her traumatic childhood events exacerbated by her sexual assault.

2) Due to the level of hyperarousal in post-traumatic stress disorder she is more vulnerable to higher cognitive processing being compromised. The involvement of a psychiatrist should be ongoing to help her gain modulation of her anxiety and potential suicidal ideation. She will be more vulnerable to psychosocial stressors with the PTSD due to change.

3) She would benefit from attending AA for support and peer mentoring to avoid alcohol abuse in concert with her individual therapy.

4) Continued psychiatric monitoring and psychotropic intervention. An emphasis should be placed on the behavioral effects that include her misrepresentation of emotional and social information, and to assist in an appropriate interpretation of her emotions and actions of others in her processing of affective memories and inhibiting inappropriate social response as well as hospitalizations.

5) She would benefit from walking 30 minutes a day to reduce anxiety and augment feelings of physical vitality.

6)

| Treatment | Frequency | Duration | Cost Per Visit | Total Cost |
|---|---|---|---|---|
| Psychotherapy | 2/week | 2 years | $200.00** | $41,600.00 |
| Psychotherapy | 1/week | 56 years | $200.00 | $582,400.00 |
| Group Support | 1/week | 58 years | $125.00*** | $377,000.00 |

* Social Security Actuarial Life Table shows that a 23 year old female has a life expectancy of 58.72 years. https://www.ssa.gov/oact/STATS/table4c6.html.

** see e.g. Zencare – blog.zencare.co/therapy-fees-how-much-to-charge-private-practice/

***see e.g. Zencare – zencare.co/therapy-group/psychodynamic-therapy-group-for-substance-use-issues





CHERI SURLOFF, Ph.D., Psy.D., ABMP
Diplomate American Board of Medical Psychology
Executive Member of the Board of Medical Psychology
Past President of Medical Division, Florida Psychological Association
Post-Doctoral Masters in Clinical Psychopharmacology
Florida Licensed Psychologist, PY5918

CS/mm

**CHERI SURLOFF, Ph.D., Psy.D.**
**Clinical Neuropsychology**
17251 N.E. 19th Avenue
North Miami Beach, FL 33162
Phone: (305) 948-8444
Fax: (305) 948-6627
Pager: 1-800-746-9145

# NEUROPSYCHOLOGICAL REPORT

| | | |
|---|---|---|
| NAME | : | [redacted] |
| AGE/SEX/DOB | : | 25-Female-[redacted] |
| EXAMINER | : | Cheri Surloff, Ph.D., Psy.D. |
| DATE OF INCIDENT | : | 12/02/18 |
| DATE OF EXAMINATION | : | 06/20/22 |
| DATE OF REPORT | : | 07/05/22 |

****** CONTENTS CONFIDENTIAL******

*(This is privileged and confidential patient information. Individuals or entities granted permission to this record through written release by the appropriate persons must be professionals capable of ethically and professionally interpreting, understanding and communicating the information it contains. Any duplication, transmittal, re-disclosure or transfer of this report is expressly prohibited).*

**REASON FOR REFERRAL:**
[redacted] was sexually assaulted by a crew member while on the Carnival Cruise Ship, Miracle. The ship was in international waters. She was 21 years old when the assault occurred. Her attorney connected her with me shortly before the scheduled start of trial.

**RELEVANT HISTORY:** Please see report of 8/31/20. [redacted] continues to be in a stable relationship with Bradley Boaz. His parents are also very supportive of her. Since I saw her she had a baby. Although the baby has been a joy to both parents, she is still clearly suffering post-traumatic stress and her diagnosis remains. She has sleeping issues, forgetfulness, anxiety, and most significantly, fear. She is concerned about someone coming from behind her and attacking her. This is at its peak when she is alone with her child in public. She becomes panicky when she has to bend over and put him in his car seat. She gets startled and afraid when Bradley comes behind her even in an affectionate way. She is currently not suicidal but still suffers from iconic memories which she refers to as "pictures" that she recalls, most typically from the inside of the maintenance closet, and especially the latch door and her being bent over as he entered her from behind.

Since I last saw her, with the assistance of a few therapists, she continued to deal and cope with the aftermath of the rape. Her number one priority is towards working at being healthier for her child.

**SUMMARY:** Please see Report of 8/31/20. Despite [redacted] hope and optimism prior to her having her baby, [redacted] is still experiencing post-traumatic stress disorder symptomotology that includes: fear; flashbacks; loss of interest or pleasure in activities; hypervigilance; social isolation; trouble concentrating; emotional detachment; and

unwanted thoughts. [REDACTED] is interested in getting better and she is willing to put in the work to lessen her symptomotology. She has tried psychotherapy with some success but her abandonment issues resurfaced when her psychotherapist left Better Help. She needs: to be seen regularly by a psychiatrist; consistent psychotherapy; and group support. My opinions and recommendations from August 31, 2020 remain.

CHERI SURLOFF, Ph.D., Psy.D., ABMP
Diplomate American Board of Medical Psychology
Executive Member of the Board of Medical Psychology
Past President of Medical Division, Florida Psychological Association
Post-Doctoral Masters in Clinical Psychopharmacology
Florida Licensed Psychologist, PY5918

CS/mm