09:28

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                    CASE NUMBER 19-CV-24766-KMW
```

Jane Doe,

      **Plaintiff**

    **vs.**

Carnival Corporation,

        Defendant

___

<u>TRIAL PROCEEDINGS HELD 7-11-2022</u>
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE
___

<u>APPEARANCES</u>:

| | |
|---|---|
| FOR THE PLAINTIFF: | DANIEL COURTNEY, ESQUIRE |
| FOR THE DEFENDANT: | CURTIS MASE, ESQUIRE<br>**WILLIAM SEITZ, ESQUIRE**<br>**LAUREN CABEZA, ESQUIRE** |
| REPORTED BY: | PATRICIA SANDERS, RPR<br>United States Court Reporter<br>400 North Miami Avenue, Suite 11-3<br>Miami, FL  33128<br>T: 305.523.5528<br>patricia_sanders@flsd.uscourts.gov. |

1      You can't bring a guest into crew quarters. And it says
2  right here that any violation subjects you to disciplinary
3  action, including dismissal.
4      On December 1st, 2018, Mr. Anggara was working in his job
5  out on Deck 10 cleaning the area, I think with a spray gun, if
6  I remember correctly.
7      It was the middle of the night, about 12:30 at night,
8  when Ms. ▓▓▓▓ came out onto the deck. According to her, she
9  was playing hide-and-seek with her friend Amanda.
10     And Amanda didn't know she was playing hide-and-seek, but
11 that's what Ms. ▓▓▓▓ says. And Ms. ▓▓▓▓ will testify
12 that when she heard Amanda, and I believe it was James, looking
13 for her, she would run away and hide.
14     And as part of her running away and hiding she came upon
15 Mr. Anggara. And according to him -- she asked him, can you
16 help me hide from my friend?
17     And I am going to put up here -- so you can see right
18 here -- this is the statement of Mr. Anggara. Mr. Anggara will
19 not be testifying. Mr. Anggara was fired by Carnival, and he is
20 back in his home country.
21     So we have this statement and we have other information
22 with which you are going to be able to hear his side of things.
23 But unfortunately as you can imagine he wasn't terribly happy
24 to be fired.
25

1          And so we can't force him to be here, so this is what we
2    have, this is his statement about what happened.
3          "I open the housekeeping locker, deck 10, to change my
4    shoes, and she -- that's referring to Ms. ▮▮▮▮▮ -- she
5    asked, can I stay inside the locker?
6          I said, yes, it's okay.
7          She entered the locker -- me also in the locker -- and
8    then I closed the door, but I didn't lock the door. And she
9    hold my hand and she hugged me.
10         And then she touched my dick over my pants. And then she
11   opened my pants and start to shake my dick."
12          Now understand Mr. Anggara is a steward onboard the
13   ship, and so English is not his first language. And while that
14   may seem crass to you, he is saying what happened the way that
15   it happened.
16         And so as you can see here, ladies and gentlemen, what he
17   explains is that Ms. ▮▮▮▮▮ came on to him when she was in
18   that locker with him.
19         Now let's go on a little after he describes in more
20   detail what happened in there. You can see the second passage
21   where he says:
22         "She hold my hand and kissed me on the lips. Then she
23   said, thanks, and she left the area, and I went to check
24   something else."
25

1    He says right above that, that he'd gone and washed his
2    hands, and he also says he had gone and looked to make sure her
3    friends had already left.
4    And that is because Ms. [redacted] did not want her friends
5    to know that she had been in this storeroom or locker alone
6    with Mr. Anggara.
7    So it is clear, when he wrote the statement -- this was
8    written on three separate occasions. He wrote the first part in
9    which he denies that they had sex. Then he went back and added
10   a little more.
11   And then at the end he acknowledged that they had, had
12   sex.  And I'll show that to you in a moment.
13   Why was that? That is because of this non-fraternization
14   policy. Because if he admitted that he was in a storeroom with
15   Ms. [redacted] to the Carnival ship's superiors, he was going to
16   get fired.
17   And so as he was writing it, he didn't want to admit it.
18   And you can see the stages in which it's written. And you'll
19   hear that he had to be interviewed three separate times by
20   Security, but he did in fact admit it.
21    He did it right on the same day without any trepidation
22   or hesitation. He was very believable and credible and also was
23   forthcoming in his admission.
24   He just didn't really want to at first because he knew it
25   was going to get him fired.

1          I'll show you the last page now.

2          "I'm sorry I lied to Security but when I was with the

3     female guest in the locker, when she bend down I put my dick

4     inside her pussy."

5          And I again apologize for the language. But it wasn't his

6     first language, and it was him confessing, if you will, or his

7     acknowledging, if you will, what he did.

8          He knew that in writing those words that he was basically

9     signing his termination notice.  And, yes, as soon as the

10    investigation onboard that ship was over he was terminated and

11    repatriated to his home country.

12         Now let's talk for a moment about this business of

13    hide-and-seek and let's talk a little bit about what the

14    evidence is going to show Ms. ▓▓▓▓▓ remembers and doesn't

15    remember.

16         One of the things that she doesn't remember, when asked

17    directly, is whether she consented or agreed to having sexual

18    relations.

19         She doesn't seem to be able to remember how she got into

20    the closet. She doesn't seem to remember how she got out of the

21    closet. But she does have a pretty good memory of seeing Mr.

22    Anggara ejaculate, seeing Mr. Anggara's penis. She describes

23    that.

24         And you're going to hear, when she testifies, that her

25    memory is somewhat selective.

1      You're going to have to decide what to do with. I'm going
2 to suggest to you that what Mr. Anggara says and what was
3 determined in the investigation by the FBI afterwards is much
4 more credible and believable.
5      You will have in evidence the notes from the FBI and the
6 investigation they conducted. One of the things that you're
7 going to hear is that Ms. ▮▮▮▮ -- you heard Mr. Courtney
8 say this -- she was being very playful in this moment.
9      She thought she was playing hide-and-seek with her
10 friends.  That she was running around and running away from
11 them.  And she openly says, yeah, I was being really playful.
12      Well, what about when you got into the storage room with
13 Mr. Anggara and you asked him to hide you, were you being
14 playful then?
15      And the FBI recorded in their notes, this is in evidence
16 and you will see it, that she was being playful before that
17 point, before going into the closet, and may have asked for
18 help hiding.
19      When asked whether or not she was being playful with
20 Mr. Anggara in the closet, Ms. ▮▮▮▮ at first denied it,
21 and then later said, well, maybe.
22      So, the fact of the matter is, folks, that what we have
23 here is a situation where the evidence is going to show you Ms.
24 ▮▮▮▮ was out on the deck, walked up to Mr. Anggara, asked
25 him to help her to hide from her friends.

```
 1                         - - -
 2                    C E R T I F I C A T E
 3        I hereby certify that the foregoing is an accurate
 4   transcription of proceedings in the above-entitled matter.
 5
 6                                        /S/PATRICIA SANDERS
 7   _____                       _____
 8   DATE FILED                       PATRICIA SANDERS, RPR
```