**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-24766-CV-WILLIAMS**

JANE DOE,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 390) ("***Report***") on Plaintiff's Motion to Enter Judgment, including pre-judgment interest on her past damages and post-judgment interest (DE 321) ("***Motion***"), against Defendant Carnival Corporation ("***Defendant***"). Defendant filed an opposition (DE 322) and Plaintiff filed a reply (DE 324).  Following an evidentiary hearing in the case on other matters, Defendant filed with the Court's leave a supplemental brief regarding pre-judgment interest (DE 376) and Plaintiff filed an amended proposed final judgment (DE 381).  On August 9, 2024, Plaintiff filed an updated amended proposed final judgment.  (DE 397.)  In the Report, Judge Torres recommends that the Motion be granted.  (DE 390 at 1.)  Defendant filed an Objection to the Report.  (DE 393.)  The Court conducted a *de novo* review of the portions of the Report to which Defendants objected and a review of the remainder of the Report for clear error.[1]

---

[1] The Court notes that Defendant's objections merely rehash arguments that were presented to Judge Torres, or simply disagree with the Report's conclusion.  However, it is well settled that an objecting party may not "submit [] papers to a district court which are nothing more than a rehashing of the same arguments and positions taken in the

Having carefully reviewed the Report, the Objection, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report (DE 390) is **AFFIRMED AND ADOPTED**.

2.  Plaintiff's Motion to Enter Judgement (DE 321) is **GRANTED**.

3.  The **CLERK** is **DIRECTED** to enter final judgment in favor of Plaintiff and against Defendant in the form and amount proposed by Plaintiff (DE 397-1), with additional pre-judgment interest in the amount of $1,157.93 per day from August 10, 2024 through today's date added to the final judgment, as specified by Plaintiff (*see* DE 397 at 2), for the total amount of $12,367,229.90.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>30th</u> day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

original papers submitted to the Magistrate Judge.  Clearly, parties are not to be afforded a 'second bite at the apple' when they file objections to a [Report]." *Marlite, Inc. v. Eckenrod*, 2012 WL 3614212, at *2 (S.D. Fla. Aug. 21, 2012) (quoting *Camardo v. Gen. Motors Hourly-Rate Emps. Pension Plan*, 806 F. Supp. 380, 382 (W.D.N.Y. 1992)).